United States District Court
Southern District of Texas
FILED

JUN 2 5 2004

Michael N. Milby
Clerk of Court

TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| Carlos Jorge | § | Case no. **B-04-107** |
| Of the Hinojosa Family | § | |
| Fed # M 34033179 | § | IN LAW PETITION FOR |
| | § | WRIT OF HABEAS |
| Petitioner per se | § | CORPUS |
| | § | |
| versus | § | |
| | § | |
| Albert Bravo | § | |
| | § | |
| Respondent | § | |
| in charge of East Hidalgo | § | |
| Federal Detention Center | § | |
| P. O. Box 239 | § | |
| La Villa, Texas 78562 | § | |

## IN LAW PETITION FOR WRIT OF HABEAS CORPUS

### INTRODUCTION

I, Carlos Jorge of the Hinojosa family, am the petitioner in this case. I am

held prisoner by the above-named respondent, illegally and improperly, and ask

this Court to issue the writ of habeas corpus forthwith, on the following grounds:

### PARTIES

The respondent is, a Federal officer and employee, in charge of the

Federal Detention Center located within the Southern District at Hidalgo, Texas.

I am Carlos Jorge of the Hinojosa family, petitioner per se for the writ of

habeas corpus. It is my signature that appears below. I am an American man,

not a Federal person. I relinquished U.S. Citizenship nunc pro tunc – see Public

Record # 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 in the Office of the county Clerk of Harris county, Texas - in order to enjoy the rights of Life, Liberty, and the Pursuit of Happiness referred to in the American Declaration of Independence of July 4th, 1776 and secured by the organic Constitution for the republican form of government known as the united States of America. Incorporated herein by reference as proof of my act of expatriation is a copy of my affidavit of expatriation as recorded in the County Clerk's Office of Harris County, Texas, and copies of my Cancellatura, Notice of Fault and Default, Findings of Fact and Conclusions of Law and Notice of Expatriation as adjudicated by the Nevada common law Court, and Apostille from the Nevada Secretary of State which see; (Attached Exhibits)

## JURISDICTION

The source of my right to Liberty is Nature's God;

The source of my right of action in this case is the organic law of the united States of America consisting of those documents commonly referred to as the Declaration of Independence and the Constitution for the united States of America, and the Texas republic Constitution.

No rights claimed in this Petition have as their source the United States Code, Rules, or Regulations.

My cause of action arises from the following

## FACTS

I, Carlos Jorge of the Hinojosa family, have not waived the Law and refuse to do so.

I, Carlos Jorge of the Hinojosa family, have cancelled, declined, forfeited and waived all benefits from the United States and its instrumentalities.

I, Carlos Jorge of the Hinojosa family, am not a citizen of the United States and I object to the 14th amendment to the constitution of the United States.

I, Carlos Jorge of the Hinojosa family, object to the use of Federal Reserve notes to discharge debts in equity with limited liability. Any such use is by compelled necessity under protest as a matter of survival only.

I, Carlos Jorge of the Hinojosa family, have reserved all my unalienable Rights protected by the Texas Constitution and have waived none.

I, Carlos Jorge of the Hinojosa family, have been denied bail in violation of my constitutionally protected unalienable Rights.

I, Carlos Jorge of the Hinojosa family, am being subjected to involuntary servitude and peonage in violation of my constitutionally protected unalienable Rights.

I, Carlos Jorge of the Hinojosa family, have been denied the Right of free speech and the Right to defend as myself.

On March 8th, 2004 A. D. I was kidnapped by agents of the Federal Bureau of Investigations and was eventually placed into the custody of the respondent.

I, Carlos Jorge of the Hinojosa family, am restrained of constitutionally protected Liberty by being held prisoner against my will and without my consent or assent by the respondent at the Federal Detention Center within the Southern District at Hidalgo, Texas.

I, Carlos Jorge of the Hinojosa family, am restrained of constitutionally protected Liberty under foreign, **privately copyrighted laws** that have nothing to do with me. See attached Brief in support, Exhibit A.

On March 8th 2004 A. D., I demanded of the respondent a true copy of his warrant of commitment or detainer to hold me captive;

As of today's date, the respondent has refused or neglected to provide me with a true copy of his warrant of commitment or detainer to hold me prisoner:

## ARGUMENT

The respondent is holding me prisoner illegally and improperly in violation of my constitutionally protected unalienable Rights to Life, Liberty, and the Pursuit of Happiness.

## RELIEF REQUESTED

WHEREFORE, I ask this Court to issue the writ of habeas corpus directed to Federal officer and employee Albert Bravo, compelling said respondent to come forth with the body and show cause as to why I should not be released immediately.

_____
Carlos Jorge of the Hinojosa family

## 28 U.S.C. § 1746 (1) VERIFICATION (Without the United States)

I declare (or certify, verify, or state) under penalties of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____

Date:

_____
Carlos Jorge of the Hinojosa family
temporary mailing location
c/o 309 East Liberty Drive,
Mercedes
Texas [78570]

Attachments: Copies of

Affidavit on file with the Clerk of the Harris county Recorder's Office.
Cancellatura
Notice of Fault and Default
Findings of Fact and Conclusions of Law
Notice of Expatriation
Application for Apostille
Apostille
Brief in support

### Certificate of Service

I certify that a copy of the above documents was placed in the U. S. Mail, pre-paid express delivery on June 17th, 2004 to the person and address listed below.

Albert Bravo
East Hidalgo Federal Detention Center
P. O. Box 239
La Villa, Texas 78562

## Brief In Support

Your Petitioner challenges the validity of the Business & Professions, and Government Codes, and other Special Laws and/or Private Laws under the copyright of West Publishing, Co., and other copyright holders. The UNITED STATES OF AMERICA AND ITS AGENCIES moved under color of law when it attempted to coerce and subjugate your Petitioner to the private laws owned by private members. An example of private law can clearly be demonstrated by examining the International Conference of Building Officials, 5360 Workman Mill Road, Whittier, California 90601-2298 pursuant to the Uniform Building Codes. The following is a press release concerning the copyrights of the International Conference of Building Officials:

# U.S. District Court Grants ICBO/ICC's Motion for Partial Summary Judgment in WFCA v. ICBO/ICC Lawsuit

July 14, 1997
On July 14, 1997, U.S. District Court Judge Kim Wardlaw granted ICBO and ICC's motion for partial summary judgment in the WFCA v. ICBO/ICC federal court action by eliminating the copyright infringement claims from Western Fire Chief Association's (WFCA) case.
This ruling confirmed that ICBO, as co-owner of the copyright with WFCA in the Uniform Fire Code™, has equal rights to use and exploit the fire code. Although the granting of the motion for partial summary judgment did not adjudicate the entire case as filed by WFCA, the court's decision eliminated the cause of action upon which WFCA was relying to stop the International Code Council (ICC) from using the Uniform Fire Code in creating the International Fire Code™. ICBO and ICC will continue their vigorous defense against the balance of WFCA's claims and are optimistic that ultimately the WFCA lawsuit will be completely terminated in favor of the defendants, ICBO and ICC.

EXhibit A

1

**ACTUAL NOTICE OF IN ITINERE STATUS**

Prepared to:
Carlos Jorge: Hinojosa
temporary mailing location
c/o 380 East Liberty Drive,
Mercedes
Texas [78570]

Actual Notice of in Itinere Status

To whom it may concern: including but
not limited to any and all instrumentalities
agents, employees, and/or contractors of
the UNITED STATES or its subdivisions

Dated: the _11_ day of the ___06___ month in
the year of our Lord, Jesus, The Christ,
two thousand four.

This notice is forwarded to you for official signature and seal of approval.

I, Carlos Jorge: Hinojosa, am in this country, (THE UNITED STATES), but not of this country, I am neutral. See Exhibits consisting of: Sovereignty Findings of Facts, pages one through three; Certified copy of Birth certificate, one page; Statement of Social Security Number, one page; Copy of State of Texas Driver's License, one page; Notice of Expatriation by common law Affidavit, pages one and two; total of eight pages.

I am here temporarily. I came from my Father's land, and my intentions, and hope is that my actions and deeds while I am here, will allow me to go back to my Father's land.

I will live among your people, I will do business with your people, but I will not be of your people. I request in itinere status while I am in your land. This apostille is being requested from you for the purpose stated in this NOTICE.

Any response must be directed as above, and should be done within ten (10) days from the mailing of this NOTICE.

I, Carlos Jorge: Hinojosa, do this _11_ day of the ___06___ month in the year of our Lord, Jesus the Christ, two thousand four, Anno domini, set my mark and autograph, which applies heretofore and herein after as to my in itinere status.  L.S.

FOR WITNESSING OR ATTESTING SIGNATURE:

The State of Nevada
County of _Clark_

Signed (or attested) before me on _June 11, 2004_ by, Carlos Jorge: Hinojosa.

Notary seal/stamp

NOTARY PUBLIC

My Commission expires on _3-7-06_

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
A. DALGORD
Appt. No. 94-4245-1



# SECRETARY OF STATE

## STATE OF NEVADA

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country **United States of America**

   This public document

2. has been signed by  A. DALGORD

3. acting in the capacity of NOTARY PUBLIC STATE OF NEVADA

4. bears the seal/stamp of  A. DALGORD
CERTIFIED

5. at  **Carson City, Nevada, U.S.A.**

6. the  FOURTEENTH DAY OF JUNE, 2004

7. by  **Dean Heller** Secretary of State, State of Nevada, U.S.A.

8. Number  63674

9. Seal/Stamp:                    10. Signature:

Dean Heller
Secretary of State

THERESA FIELD
Certification Clerk

11/07/03  300293771        $33.00

FOR OFFICIAL USE:

_____
_____
_____
_____
_____
_____
_____

**AFFIDAVIT, DECLARATION, & NOTICE OF RESCISSION OF CONTRACTS,
AND FOR OTHER PURPOSES NUNC PRO TUNC &**

*Notice of Declaration of Independence &*

_____

**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS in their private capacity
NOTICE TO PRINCIPALS IS NOTICE TO AGENTS in their private capacity
Applicable to all Successors and Assigns
*SILENCE IS ACQUIESCENCE***

_____

From: Declarant herein, a Private Man

    Carlos Jorge Hinojosa
    309 East Liberty Drive
    Mercedes
    Texas (78570)
    The United States of America

To:   Respondents herein:

    Office of the President of the United States.
    1600 Pennsylvania Avenue
    Washington, D.C. 20500

    Office of the Secretary of Transportation of the United States.
    400  7th Street S.W.
    Washington, D. C. 20590

2003 NOV -7  PM 12: 42
COUNTY CLERK
HARRIS COUNTY, TEXAS
FILED

This Document was copyrighted
in October 2000 A. D.
There are substantial penalties for
unauthorized use.

1

Office of the Secretary of the Treasury of the United States
1500 Pennsylvania Avenue, N. W.
Washington, D.C. 20220

Office of the Secretary of Commerce of the United States
Room 5854, US Department of Commerce
14th and Constitution Avenue SW
Washington DC 20230

Office of the Commissioner of the Internal Revenue Service.
1111 Constitution Avenue N. W.
Washington, D.C. 20224

Office of the Chief Justice of the U.S. Supreme Court
1 First Street N. E.
Washington, D.C. 20543

Office of the Secretary of State of the United States.
2201 C Street N. W.
Washington, D. C. 20520

Office of the Attorney General of the United States.
950 Pennsylvania Avenue N W
Washington, D.C. 20530-0001

Office of the Secretary of State of Texas state.
P.O. Box 12887
Austin,
Texas 78711-2887

Office of the Governor of Texas state.
Office of the Governor
P.O. Box 12428
Austin
Texas 78711-2428

Office of the Attorney General of Texas state.
P.O. Box 12548
Austin
Texas 78711-2548

Office of the Chief Justice of the Texas state Supreme Court.

This Document was copyrighted
in October 2000 A. D.
There are substantial penalties for
unauthorized use.

2



P.O. Box 12248
Austin
Texas 78711-2248


Office of the Comptroller of Texas state.
P.O. Box 13528
Austin
Texas 78711-3528


Department of Transportation of Texas state.
125 E. 11ᵗʰ St.
Austin
Texas 78701-2483


## VERIFICATION

| County: | Harris | ) | |
| | | ) | *VERIFIED DECLARATION* |
| State: | Texas | ) | |

*I, Carlos Jorge Hinojosa, Declarant herein, a Private Man in the Texas Republic, one of The United States of America, a Union of republic states, declare, under penalties of perjury under the Laws of The United States of America and of the Texas Republic, that Declarant is competent to be a witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarant's first hand knowledge.*

### NOTICE OF SEVERANCE and WAIVER, FORFEITURE,
### AND REJECTION OF ALL BENEFITS

I, Carlos Jorge Hinojosa, Declarant herein, freely give Respondents, in their private capacity, and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, **NOTICE OF SEVERANCE and WAIVER, FORFEITURE, CANCELLATION, AND REJECTION OF ALL ADMIRALTY AND ANY AND ALL OTHER BENEFITS** from the corporate United States and its instrumentalities, and NOTICE, that **any and all** hidden and invisible or adhesion contracts, **including pledges and registrations,** commercial agreements, or bankruptcy, creating an attachment of an equity relationship between the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, and Carlos Jorge Hinojosa, and/or the juristic person, CARLOS JORGE HINOJOSA, or any derivative name-forms or any idem sonans thereof, are hereby SEVERED, RESCINDED, DISSOLVED, CANCELED, AND TERMINATED **from My birth-**

This Document was copyrighted
in October 2000 A. D.
There are substantial penalties for
unauthorized use.

3

date, January 2ⁿᵈ, 1946 A.D., *ab initio and nunc pro tunc,* now for then, for mistake, failure of disclosure,  **FRAUD, AND FAILURE OF FAIR CONSIDERATION.**

I, Carlos Jorge Hinojosa, Declarant herein, give Respondents, in their private capacity, and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, NOTICE, that **any and all** benefits associated with such unrevealed contracts and/or commercial agreements, **including pledges and registrations,** is being, in toto, severed, waived, rejected, declined, cancelled, and forfeited, and that **no compelled benefits,** including, but not limited to the Limited Debt Liability Benefits of discharging debts with Federal Reserve Notes are being *voluntarily* accepted by Declarant, Carlos Jorge Hinojosa, and/or the juristic person, CARLOS JORGE HINOJOSA, or any derivative name-forms or any idem sonans thereof.

I, Carlos Jorge Hinojosa, Declarant herein, give Respondents, in their private capacity, and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, NOTICE, that Carlos Jorge Hinojosa, and/or the juristic person, CARLOS JORGE HINOJOSA, or any derivative name-forms or any idem sonans thereof, **object to the 14th amendment** to the Constitution for the United States of America of 1789 A.D. as amended in 1791 A.D., **from My birth-date and nunc pro tunc, now for then.**

I, Carlos Jorge Hinojosa, Declarant herein, give Respondents, in their private capacity and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, NOTICE, that Carlos Jorge Hinojosa and/or the juristic person, CARLOS JORGE HINOJOSA, or any derivative name-forms or any idem sonans thereof, have declared My status as a **non-juristic stranger to the public trust** created on July Twenty-Eighth, 1868 A. D. by the 14th amendment to the Constitution for the United States of America of 1789 A.D. as amended in 1791 A.D., and any and all resulting, charitable, or any other trust, and that I, Carlos Jorge Hinojosa, Declarant herein, have voluntarily severed, waived, rejected, forfeited, declined, cancelled, and refused to *voluntarily* accept any and all benefits, including enfranchisement benefits, from the corporate United States, a legislative democracy, and its instrumentalities through unrevealed, implied, or adhesion contracts and or commercial agreements, or bankruptcy.

### *Notice of Declaration of Independence*

Respondents, **TAKE NOTICE:**

That, I, Carlos Jorge Hinojosa, Declarant herein, in the name of the Almighty Creator, by My Declaration of Independence, solemnly Publish and Declare My Political Choice, Will, and Intent **as a matter of Unalienable Right.**

This Document was copyrighted
in October 2000 A. D.
There are substantial penalties for
unauthorized use.

4

That, I, Carlos Jorge Hinojosa, Declarant herein, under the Right protected by The Constitutions for the United States of America and Texas, declare myself as a member of the national citizenry of continental United States of America, domiciled in the sovereign republic State of Texas. Furthermore, I am not aware of any constitutional or legal requirements for me to be a citizen of the United States, a legislative democracy. I am competent to declare my status.

That, I, Carlos Jorge Hinojosa, Declarant herein, **from My Birth-date, ab initio and nunc pro tunc, now for then, exercise my Right and do expatriate** absolute, **My** *res*, estates, and **registered pledges** of all **My** property in a resulting, charitable, or other trust from the foreign jurisdiction known as the municipal corporation doing business as the District of Columbia, a/k/a United States, a legislative democracy and the communal trust known as THE STATE OF TEXAS, and their laws and I explicitly refuse to be, and refuse to subject Myself to be, chattel property and citizens of the United States, a legislative democracy or THE STATE OF TEXAS.

That, I, Carlos Jorge Hinojosa, Declarant herein, have lawfully **declared myself** firstly as a Texas state republic *Citizen, and secondly as a member of the national citizenry of continental United States of America, a Republic,* and under their Laws passed in pursuance of the Constitution for the United States of America of A. D. 1789, *reclaiming all My estates and properties,* **including registered pledges** of *real and personal, tangible and intangible properties, and barring none,* formerly held in trust by the legislative democracy known as the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, for the general welfare and benefit of all "citizens of the corporate United States" and its instrumentalities within the 14th amendment communal public trust that went into effect on July Twenty-Eighth, 1868 A.D. and any resulting, charitable, or other trust.

That, I, Carlos Jorge Hinojosa, Declarant herein, deny being a "Donor" or "Grantor" to any such resulting, charitable, or other trust, and hereby reclaim any property that I may have mistakenly or in error donated or granted to such resulting trusts.

That, I, Carlos Jorge Hinojosa, Declarant herein, deny having the intent of giving my property or a part of the title to my property to any resulting, charitable, or other trusts such as "this state", THE STATE OF TEXAS, or the UNITED STATES/UNITED STATES OF AMERICA, appointing them as trustees.

That, I, Carlos Jorge Hinojosa, Declarant herein, reject and waive all benefits of the said trust or trusts, and I deny, waive, and reject any status as beneficiary to said trusts in any capacity.

That, I, Carlos Jorge Hinojosa, Declarant herein, as a matter of law, cannot be held liable for compelled benefits.

This Document was copyrighted in October 2000 A. D. There are substantial penalties for unauthorized use.

5

That, I, Carlos Jorge Hinojosa, Declarant herein, by making this declaration, state that it is the intent and purpose of Declarant to remove and expatriate his proper person, his legal personality and all res property, both corporeal and incorporeal, real and personal, tangible or intangible, to a place, venue, and jurisdiction foreign to any presumption of a purportedly implied, constructive, resulting, charitable, or other trust, and to rejoin and re-unite the legal and equitable titles in such property, completely, solely, and absolutely in the Declarant, so as to become allodial, nunc pro tunc, to Declarant's birth date, and ab initio March 9, 1933 or other such time as the purported trusts were presumed to have been created.

That, I, Carlos Jorge Hinojosa, Declarant herein, by making this declaration, state that it is the intent and purpose of Declarant to declare his independence from the purported unincorporated de facto NEW STATES, "this state" or "Federal States" and repatriate all his property and the property of his proper person and legal personality or juristic person, from any and all resulting trusts, presumed and otherwise. The intent and purpose of the Declarant are to reconstitute the proper person and legal personality of the living Man in relation to all commercial agreements and contracts relative to the organic Constitution for the United States of America adopted in A. D. 1789, and as amended in A. D. 1791, adding the "Bill Of Rights".

That, I, Carlos Jorge Hinojosa, Declarant herein, state that such property includes, but is not limited to, all My real and personal property previously *transferred* in error or by fraudulent registration, pledges, or otherwise, to the legislative corporate United States and its instrumentalities, a/k/a the District of Columbia and/or the trust, STATE OF TEXAS, regardless of their location within the legislative corporate United States or other countries foreign to the legislative corporate United States and its territories. Such properties, **separated from public domain by purchase,** are now declared **private property** and under the organic state Constitutions are not subject to any form of legal disability by the legislative democracy known as the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS.

That, I, Carlos Jorge Hinojosa, Declarant herein, declare that I am a private Texas Citizen, and am not a party to the federal or state Constitutions.

That, I, Carlos Jorge Hinojosa, Declarant herein, freely choose and pledge My allegiance firstly to the Texas Republic and secondly to the constitutional Republic, The United States of America, and not to the municipal, legislative corporation called United States, a/k/a the District of Columbia, and its instrumentalities a/k/a the STATE OF TEXAS, a democracy.

That, I, Carlos Jorge Hinojosa, Declarant herein, absolutely **refuse** to be in rebellion, and **do not and will not** commit treason, against the Texas Republic and the United States of America, the Republic, and will not be found to knowingly, intentionally, and voluntarily support enemies of said Republics, and will not be found to be voting for Officers and Representatives of the de facto corporate United States and its instrumentalities, a foreign corporation with respect to Texas state, a republic.

This Document was copyrighted in October 2000 A. D. There are substantial penalties for unauthorized use.

6

Respondents, **TAKE NOTICE:**

That, I, Carlos Jorge Hinojosa, Declarant herein, freely state that any and all past and present political ties implied by operation of law or otherwise in trust, resulting or otherwise, with the legislative democracy, a/k/a the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, <u>are hereby severed, rescinded, dissolved, cancelled, and terminated</u>, for non-disclosure, mistake, **FRAUD, AND FAILURE OF CONSIDERATION**, and all benefits, including but not limited to, benefits of enfranchisement from any country, including the legislative corporate United States, a/k/a the District of Columbia, its agents, agencies, and instrumentalities, a/k/a the STATE OF TEXAS, <u>are severed, forfeited, rejected, waived, declined, cancelled, and not accepted</u>, **from My Birth-date ab initio and nunc pro tunc, now for then.**

Respondents, **TAKE NOTICE:**

That, I, Carlos Jorge Hinojosa, Declarant herein, have full power to contract and establish commerce as guaranteed by the Texas Republic Constitution and the Article therein known as the **Bill of Rights,** as well as the Declaration of Independence of July Fourth, 1776 A. D.

I, Carlos Jorge Hinojosa, Declarant herein, give Respondents, in their private capacity, and as agents of the legislative, democratic corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, NOTICE, that the **compelled benefits** resulting from the unrevealed or invisible contracts and/or commercial agreements referred to above include, but are not limited to, the following: *The past Use of:*
*Social Security Number issued to CARLOS JORGE HINOJOSA; The U.S. Postal Service; Federal Reserve Notes to discharge debts with limited liability; Bank Accounts; Bank Loans, Mortgage Loans, Credit cards and other Loans or credit instruments; All Licenses, including but not limited to Driver's Licenses; Professional Licenses; Marriage licenses etc.; A State's registration of motor vehicles or associated conveyances; A State's registration of other conveyances, including but not limited to aircraft, motor-boats, or any and all other similar conveyances; A State's certificate of title to any motor vehicle, motor boat, aircraft, or similar conveyances; A State's registration number on motor vehicles, motor-boats, aircrafts, or any associated conveyances; A State's license plates on cars or other vehicles; Public Schools; Two-letter State abbreviations and federal postal "zip" codes; Birth Certificates or Certificates of Live Birth, Passports issued by the U.S. Secretary of State; Internal Revenue Services or any issuances from the Commissioner of Internal Revenue; Voter registrations; U.S. citizenship or any other variation thereof; U.S. "green card" for residency or any other variation thereof; The use of all forms of Insurance; Medicaid benefits; Medicare benefits, other Social Security benefits in any form, including, but not limited to, disability benefits; and any and all other unrevealed benefits, barring none.*

This Document was copyrighted in October 2000 A. D. There are substantial penalties for unauthorized use.

7

**NOTICE OF RESERVATION OF RIGHT FROM MY BIRTH-DATE AND NUNC PRO TUNC, NOW FOR THEN**

I, Carlos Jorge Hinojosa, Declarant herein, give Respondents, in their private capacity, and as agents of the legislatively created corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, **FURTHER NOTICE** that, I, Carlos Jorge Hinojosa, and/or the juristic person, CARLOS JORGE HINOJOSA, or any derivative name-forms or any idem sonans thereof, pursuant to the Uniform Commercial Code at (U.C.C.) 1-207 & 1-103, **from My Birth-date and nunc pro tunc, now for then,** have exercised the remedy provided to me whereby I might reserve My Common Law Right not to be compelled to perform under any contracts, commercial agreements or bankruptcy in which I did not enter knowingly, intentionally, and voluntarily, with full disclosure of all relevant facts, meeting of the minds, specified obligations, and mutual exchange of **fair consideration.**

I, Carlos Jorge Hinojosa, Declarant herein, give Respondents, in their private capacity, and as agents of the legislatively created corporate United States, a/k/a the District of Columbia and its instrumentalities, **FURTHER NOTICE** that by such "Reservation of Right at U.C.C. 1-207", I, Carlos Jorge Hinojosa, and/or the juristic person, CARLOS JORGE HINOJOSA, or any derivative name-forms or any idem sonans thereof, have notified all administrative agencies and agents of Local, State, and Federal governments and their instrumentalities, that, I, Carlos Jorge Hinojosa, and/or the juristic person, CARLOS JORGE HINOJOSA, or any derivative name-forms or any idem sonans thereof, **do not and will not accept any and all liability** associated with any and all **compelled benefits** of any and all such unrevealed contracts, commercial agreements or bankruptcy, be they Admiralty or otherwise.

**NOTICE OF WITHDRAWAL OF SIGNATURES**

I, Carlos Jorge Hinojosa, Declarant herein, give Respondents, in their private capacity, and as agents of the legislatively created, corporate United States, **NOTICE**, that any and all of Declarant's signatures that purport to give any power of attorney to the legislatively created, corporate United States, its agents, agencies, or instrumentalities, or to card carrying members of the American or State Bars, are hereby withdrawn for lack of intent, lack of disclosure, misrepresentation and **failure of consideration.**

**NOTICE OF OBJECTION AND NOTICE OF PROTEST**

I, Carlos Jorge Hinojosa, Declarant herein, give Respondents, in their private capacity, and as agents of the legislatively created corporate United States, **NOTICE**, that any further and continued *Use* of *Social Security Number issued to CARLOS JORGE HINOJOSA; The U.S. Postal Service; Federal Reserve Notes to discharge debts with limited liability; Any and all forms of Insurances; All Bank Accounts; Bank Loans, Mortgage Loans, Credit cards and other Loans or credit instruments; All Licenses, including but not limited to Driver's Licenses; Professional Licenses; Marriage licenses;*

This Document was copyrighted                  8
in October 2000 A. D.
There are substantial penalties for
unauthorized use.

*A State's registration of motor vehicles or associated conveyances; A State's registration of other conveyances, including but not limited to aircraft, motor-boats, or any and all other similar conveyances; A State's certificate of title to any motor vehicle, motor boat, aircraft, or similar conveyances; A State's registration number on motor vehicles, motor-boats, aircrafts, or any associated conveyances; A State's license plates on cars; Public Schools; Two-letter State abbreviations and federal postal "zip" codes; Birth Certificates or Certificates of Live Birth, Passports issued by the U.S. Secretary of State; Internal Revenue Services or any issuances from the Commissioner of Internal Revenue; U.S. citizenship or any other variation thereof; U.S. "green card" for residency or any other variation thereof; Medicaid benefits; Medicare benefits, other Social Security benefits in any respect, including, but not limited to, disability benefits; and any and all other unrevealed benefits, barring none,* by Carlos Jorge Hinojosa, and/or the juristic person, CARLOS JORGE HINOJOSA, or any derivative name-forms or any idem sonans thereof, **as benefits** from the legislatively created democracy known as the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the STATE OF TEXAS, will <u>not</u> be voluntary and will <u>not</u> be under any contractual **relationship, but instead and <u>always</u> will be ONLY by Necessity under Objection and under Protest, as <u>compelled benefits,</u> Without Prejudice under My Explicit Reservation of Right at U.C.C. 1-207 and 1-103,** whether so claimed at the time of *Use* or **not.**

## NOTICE TO RESPOND

I, Carlos Jorge Hinojosa, Declarant herein, and/or the juristic person, CARLOS JORGE HINOJOSA, or any derivative name-forms or any idem sonans thereof, give Respondents ten (10) days from the date of receipt of this NOTICE, to dispute or object to My Right to sever, cancel, reject, forfeit, waive, and refuse to voluntarily accept any and all benefits from the legislatively created corporate United States, a/k/a the District of Columbia, a democracy and its laws, and from the STATE OF TEXAS, and its laws, and give allegiance to the Texas Republic and the United States of America, the Republic and their Laws, repatriating My *res property in trust, including but not limited to,* all of My registered pledges, estates, real and/or personal, tangible and/or intangible properties, whether by error or fraudulently or otherwise transferred by registration and pledges to the legislatively created corporate United States and its instrumentalities, a/k/a the STATE OF TEXAS, or formerly held in trust by the legislatively created corporate United States and its instrumentalities, a/k/a the District of Columbia and/or the STATE OF TEXAS, ab initio, for the general welfare and benefit of all "citizens of the United States" within the communal 14th amendment public trust, and other resulting, charitable, or implied trusts. Such res property includes but is not limited to My real and personal property, corporeal or incorporeal, tangible or intangible, including property pledged and registered, located within the legislatively created corporate United States or any country foreign to the legislatively created corporate United States and its

This Document was copyrighted in October 2000 A. D. There are substantial penalties for unauthorized use.

9

ANY PROVISIONS HEREIN WHICH RESTRICT THE SALE, RENTAL

instrumentalities, especially real property located at My abode or place of inhabitation in Texas state, and all such property having been separated from public domain by purchase, being private, is now exempt from encumbrances under the organic Constitutions and from any operation of law made by the de facto legislatively created corporate United States and its instrumentalities, a/k/a the District of Columbia and/or a/k/a the STATE OF TEXAS.

Failure of Respondents to timely dispute and object to My cancellation, severance, forfeiture and waiver of benefits and expatriation of my res property from the legislatively created corporate United States, a/k/a the District of Columbia, a democracy and its laws, and from the STATE OF TEXAS, a democracy and its laws, and My allegiance to the Republics and their Laws, repatriating **My *res property, including but not limited to,* all** My estates and properties, **separated from public domain by purchase**, including those pledged and registered with the legislatively created corporate United States and its instrumentalities, a/k/a the STATE OF TEXAS, tangible and intangible, will be admission, confession, stipulation, and **agreement** by Respondents through *TACIT PROCURATION, Stare Decisis,* **enforced by estoppel in pais, that:**

Respondents are in **Fault.**

Declarant, herein, **is a non-juristic and natural living being who is one of the Private People on the Land with a sui juris status, and having no legal disabilities.**

Declarant herein, Carlos Jorge Hinojosa, has the **Right** through his political Choice, Will, and Intent, to cancel, sever, forfeit and waive, and refuse to voluntarily accept all benefits and refuse to voluntarily contract with the democracy known as the legislatively created corporate United States and its instrumentalities, a/k/a the District of Columbia and/or the STATE OF TEXAS, and to lawfully declare allegiance to the Republic known as Texas, one of The United States of America Republics, wherein is protected the Right to Life, Liberty, and the Pursuit of Happiness, and reclaiming, repatriating, and retaining all his res property formerly, pledged, registered and held in trust by the legislatively created corporate United States and its instrumentalities for the use and general welfare of the "citizens" of the United States, a democracy, without interference from anyone, including governments, their agents, or their agencies.

Declarant herein, Carlos Jorge Hinojosa, has knowingly, intentionally, and voluntarily exercised **His Right, and has not only expressed his political will and preference to be a member of the sovereignty in the Texas republic, ab initio and nunc pro tunc,** and from the date of his birth, **but refuses to be subject to the legislatively created corporate United States, a democracy and its instrumentalities.**

This Document was copyrighted in October 2000 A. D. There are substantial penalties for unauthorized use.

10

Declarant herein, Carlos Jorge Hinojosa, has lawfully **repatriated his res property,** including but not limited to, **all** His estates and private properties, real and personal, tangible and intangible, including all property pledged and registered with the legislatively created corporate United States and its instrumentalities, into the Texas Republic and The United States of America, the Republic, and under their Laws,

**Declarant's properties include, but are not limited to, real and personal property located anywhere within The United States or any other country foreign to the United States and its instrumentalities, especially real property located anywhere within the continental United States of America, including within the land mass known as the Texas Republic, previously transferred, donated, or granted in error or fraudulently, by pledges, registrations, or otherwise, to the legislatively created corporate United States and its instrumentalities, a democracy.**

Declarant's properties, formerly held in trust by the legislatively created corporate United States and its instrumentalities, **from Declarant's Birth-date,** for the general welfare and benefit of all the "citizens of the United States" within the communal 14th amendment public trust, and other resulting, charitable, or implied trusts, are withdrawn from such trusts and are declared **private property, separated from public domain by purchase, are no longer subject to encumbrances and control** by the legislatively created corporate United States, a/k/a the District of Columbia and its instrumentalities and/or the STATE OF TEXAS.

*Further Declarant says not.*

*Given under My hand and Seal this_____ day of_____, _____A.D.*

*Submitted* <u>*With Explicit Reservation of All My Rights at U.C.C. 1-207, and 1-103,*</u>
<u>*Without Recourse.*</u>

By: _____          Seal:
Carlos Jorge Hinojosa, Declarant and Creditor, Sui Juris

This Document was copyrighted
in October 2000 A. D.          11
There are substantial penalties for
unauthorized use.

**NAME AND ADDRESS CORRECTION**

Carlos Jorge Hinojosa
C/o 309 East Liberty Drive
Mercedes, Texas (78570)

VV

I hereby certify that on this _____ day of _____, ___ A.D., a Man appeared with proper identification, to attest and affirm that he is the Man, Carlos Jorge Hinojosa, executing the foregoing document titled, **"AFFIDAVIT, DECLARATION, & NOTICE OF RESCISSION OF CONTRACTS, AND FOR OTHER PURPOSES NUNC PRO TUNC &** *Notice of Declaration of Independence &....".*

I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

_____
NOTARY PUBLIC

Date: 11-8-03

11-29-05
My Commission Expires

Seal:

[Notary Seal: Matthew W. Hunt, Notary Public, State of Texas, My Commission Expires 11-29-05]

To:   The Clerk – Harris County Recorder's Office:

   After Recording This Document Please Return To:

This Document was copyrighted in October 2000 A. D. There are substantial penalties for unauthorized use.

12



Carlos Jorge Hinojosa
309 East Liberty Drive
Mercedes
Texas (78570)
The United States of America

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

ANY PROVISION HEREIN WHICH RESTRICTS THE SALE, RENTAL, OR USE OF THE DESCRIBED REAL
PROPERTY BECAUSE OF COLOR, OR RACE IS INVALID AND UNFORCEABLE UNDER FEDERAL LAW
THE STATE OF TEXAS
COUNTY OF HARRIS
    I hereby certify that this instrument was FILED in file number Sequence on the
date and at the time stamped hereon by me, and was duly RECORDED, in the
Official Public Records of Real Property of Harris County Texas on

NOV - 7 2003

*Beverly B. Kaufman*

COUNTY CLERK
HARRIS COUNTY, TEXAS

RECORDERS MEMORANDUM
ALL BLACKOUTS, ADDITIONS AND CHANGES
WERE PRESENT AT THE TIME THE INSTRUMENT
WAS FILED AND RECORDED.

This Document was copyrighted           13
in October 2000 A. D.
There are substantial penalties for
unauthorized use.

Respond to:                Carlos – Jorge: Hinojosa
                                c/o 309 East Liberty Drive,
                                Mercedes
                                Texas [78570]

Published by:            Geoffrey S. Connor
                                Secretary of The State of Texas
                                1019 Brazos, # 1 E 8
                                Austin
                                Texas 78701

### To the STATE OF TEXAS
### And the UNITED STATES OF AMERICA

Carlos – Jorge: Hinojosa                     **Part One**
Free Inhabitant

#### Against

GEOFFREY S. CONNOR, and/or you, your     **Part Two**
predecessor(s), successor(s), agents, heirs and assigns
jointly and/or severally, in person and/or in office
heretofore known as and incorporated by:
Secretary of the **STATE OF TEXAS** (sic)
**Certified Mail # 7003 0500 0001 2068 5935**

COLLIN POWELL, and/or you,
your predecessor(s), successor(s), agents, heirs and assigns
jointly and/or severally, in person and/or in office
heretofore known as and incorporated by:
Secretary of State of the UNITED STATES (sic)
Main State Building
2201C St. N.W.
Washington (D.C.) 20520
**Certified Mail # 7003 0500 0001 2068 5942**

JOHN W. SNOW, and/or you,
your predecessor(s), successor(s), agents, heirs and assigns
jointly and/or severally, in person and/or in office
heretofore known as and incorporated by:
Secretary of the Treasury of the UNITED STATES (sic)
1500 Pennsylvania Avenue, North West,
Washington (D.C.) 20220
**Certified Mail # 7003 0500 0001 2068 5959**

1

**ACTUAL NOTICE**
**Of**
**FAULT, DEFAULT and**
**DEFAULT JUDGEMENT**

**Respond to:**

**Carlos Jorge: Hinojosa**
**temporary mailing location**
**c/o 309 East Liberty Drive**
**Mercedes**
**Texas [78570]**

| | | |
|---|---|---|
| **Carlos Jorge: Hinojosa** | § | Re: Cancellatura of |
| **Declarant** | § | **Foreign Instruments** |
| | § | |
| **V** | § | Dated **03** day of **30** _____, |
| | § | Anno Domini 2004 |
| **Respondent** | § | |
| **Colin Powell, et al.** | § | **ACTUAL NOTICE of** |
| **Secretary of State** | § | **FAULT, DEFAULT and** |
| **of the UNITED STATES (sic)** | § | **DEFAULT JUDGEMNT** |
| | § | |

---

You, Colin Powell, Secretary of State, of the UNITED STATES, have been served, Cancellatura of Foreign Instruments, Dated **02** day of **27** _____, Anno Domini 2004, evidenced by attached copies.

You faulted by not responding as per instructions and are now in default.

This Actual Notice will be filed ten (10) days from the date of this notice.

"I state under penalty of perjury under the laws of the united States of America, that the foregoing is true and correct."

Executed this **03** day of _____ **30** _____, Anno Domini 2004.



_____
Sign Manual
Carlos Jorge: Hinojosa

**COPY**

**CONFIDENTIAL**

## Cancellatura of Foreign Instruments

By, Carlos – Jorge: Hinojosa:

In the matter of the "Security," also known as birth certificate; trust number, (unknown), voting trust certificate, (commercial papers) all certificate of titles, deeds of trust, licenses, all political ties of any Nature whatsoever.

To All and Sundry Whom These Presents Do or May Concern:

### INTRODUCTION

This is Part One of a Cancellatura of Foreign Instruments issued pursuant to Common Law rules and 13 Am Jur 2d Section 6 applicable to such cases against: Mr. JOHN W. SNOW, Secretary of the Treasury, COLLIN POWELL, Secretary of State of the "UNITED STATES" (sic), and GEOFFREY S. CONNOR, Secretary of the **STATE OF TEXAS**" (sic), because the "UNITED STATES" (sic) and the instrumentality franchise of the "UNITED STATES" (sic), know as "**THE STATE OF TEXAS** " (sic) is imposing provisions of a contract shocking to the conscience and contrary to public morals.

Part One of this matter shall be known as Cancellatura of Foreign Instruments and contains the following document titled: I.    Cancellatura of Foreign Instruments: and II. Verification.

### Chapter One

### Return of papers

Please find enclosed the following items:

**One**...The birth certificate along with all other papers to be returned, to the instrumentality of the "UNITED STATES" (sic). These foreign instruments are refused for cause without dishonor and recourse to Me, and are returned, herewith, because they are irregular and unauthorized, based upon the following to wit (at My Marks):

**Two**...A Writ of Prohibition, to prevent you and your agents from visiting harm upon Me; and,

**Three**...A Writ of Mandamus, to compel you and your agents to honor this Demand; and,
**Four**...A Writ of Execution ordering the statutorily defined Articles of the "UNITED STATES" (sic) and its instrumentalities to perform as Demandant has demanded.

Comes Now a Private Party, herein known as the Accused Demandant, Me, My or Myself, humbly extending Greetings and Salutations to you and by visitation ONLY, to exercise Ministerial Powers in this matter, as a Sovereign in my right and tolerant of the American flag of peace and the Texas flag of peace, both being flown ONLY, as banners, never handing any of my unalienable rights to anyone or anything, exercising Ministerial power in this matter and all matters connected with your papers, to return your papers, which papers were inadvertently received, but not accepted and can not be construed to be consent by this private party.

2

**Mark my words:**

**First:**

**Mark:**    Your papers do not have upon their face my full name in upper and lower case letters, nor do the additions in the compilation upon the items, herewith returned, apply to Me as My name is not styled, written, and spelled "CARLOS JORGE HINOJOSA" or any construction thereof: and this "CARLOS JORGE HINOJOSA" is a corruption of My name, which I did not create, adopt or ever use as pertains to myself and cannot be construed to be *Idem Sonans* with my actual Christian name; and,

**Second:**

**Mark:**    The Demandant does not believe, by any law that a woman who has just expelled a newborn infant from her womb is a competent informant nor would she agree to sign as an informant if she knew what the word legally meant; and,

**Third:**

**Mark:**    Medical Doctor / Attendants, and County Registrar did not have the power of attorney to deliver Me unto any instrumentality of the "UNITED STATES" (sic), nor to create a mortgaged property (chattel paper) with my Appellation, Carlos – Jorge: Hinojosa, attached thereto; and,

**Fourth:**

**Mark:**    It was never My will to contract for any obligations which are exclusive of the "UNITED STATES" (sic) or any of its instrumentalities for a mere compelled benefit of limited or implied liability; and,

**Fifth:**

**Mark:**    The Vital Statistics Registrar of Hidalgo County, of "THE STATE OF TEXAS" (sic), apparently converted said alleged property described on said "birth certificate" into a security instrument without My knowledge and / or authority which is hereby terminated for breach of trust and breach of fiduciary duty; and,

**Sixth:**

**Mark:**    The Secretary of the Treasury, the Secretary of State (of the UNITED STATES) (sic) and the Secretary of State (of the STATE OF TEXAS) (sic) never had the authority, or consent to construct said "security" instrument and transfer it to the Secretary of the Treasury of the (UNITED STATES) for funds and other benefits; and,

**Seventh:**

3

**Mark:**    Through the use of "security" derived from bearing my given appellations as payment or collateral to any foreign entity or bank of obligations exclusive to the foreign "UNITED STATES" (sic), any of its instrumentalities; and,

### Eighth:

**Mark:**    JOHN W. SNOW, Secretary of the Treasury (of the UNITED STATES) (sic), and COLLIN POWELL, Secretary of State (of the UNITED STATES) (sic) and ' GEOFFREY S. CONNOR, Secretary of State (of the STATE OF TEXAS) (sic) never had My authority, knowledge or consent to encumber My future onto death to the Federal Reserve Bank for payment of obligations which are exclusive of the "UNITED STATES" (sic) (pursuant to Title 31 USC section 3128); and,

### Ninth:

**Mark**    JOHN W. SNOW, Secretary of the Treasury (of the UNITED STATES) (sic), and COLLIN POWELL, Secretary of State (of the UNITED STATES) (sic) and, GEOFFREY S. CONNOR Secretary of State (of the STATE OF TEXAS) (sic) never had the authority to subject Me to any "Ex-post facto law" within the general or special admiralty venue or jurisdiction or republic's inhabitants who have original and exclusive venue in Common Law; and,

### Tenth:

**Mark:**    JOHN W. SNOW, Secretary of the Treasury (of the UNITED STATES) (sic) has a fiduciary obligation to inform Me of this ("TRUST") (sic) derived by the use of My full given Appellation, and that this trust would cause damage and injury to a natural right retained by me and secured by the lawful Constitution, for these united States of America, and said Constitution is not lawfully suspended; and,

### Eleventh:

**Mark:**    In my life, this ("TRUST") (sic) has stripped Me of My Rights, Liberties and Inheritance secured to Me as well as My property, all gold and silver, My Lawful Character and the liberty to travel. It attempted to make me a debtor to foreign bankers, take My identity, subjected Me to threat, duress, and coercion from notoriously armed and dangerous police officers and unlawful courts which are foreign to My Original and rightful venue; and,

### Twelfth:

**Mark:**    This foreign document, having shown sufficient supporting evidence of a craftily designed fraudulent scheme, which includes fraudulent conversion, and having established clear and unmistakable grounds for estoppel by contract, meaning said alleged contractible obligations are being derived by means of fraud from My Appellation, (CERTIFICATE OF LIVE BIRTH) whether or not said alleged contract is to be considered by any or all parties to be expressed or implied in its creation, gratuitous or onerous in its consideration, consensual or unconscionable and unenforceable; and,

4

### Thirteenth:

**Mark:**     The foreign document, while rendering said alleged contract null and void *ab initio*, also renders any and all *quasi in rem* actions or foreign proceedings against My lawfully claimed inherent rights and venue in substantive Law, also to be null and void, thereby reestablishing on *intergro* My *domain on industria* beyond the seas; and,

### Fourteenth:

**Mark:**     With the advent of maritime special admiralty/Owenism, the International bankers, through fraudulent liens of possessions, perception and other means, against, that is, citizens, voters, residents, property, et cetera, have denied Our People the substantive Law, making all people foreigners to their own inheritances while they raped Our inheritance of its natural resources for payment on a usurious debt exclusive to the "UNITED STATES" (sic). We have allowed Ourselves to be sued, raped, plundered, pillaged, abused, defrauded, et cetera, for over two centuries now. We have become totally dependent on them and have ignored the basic principles of the law of nature. With this document, foreign to the "UNITED STATES" (sic), therefore, Demandant is returning these papers to you for all the reasons of: fraud *in factum*, fraud in the inducement, *fraus dans locum contractui*, fraudulent misrepresentation, fraudulent conversion, fraudulent concealment, estoppel fraud, duress, coercion, mistake, fraud under bankruptcy or other invalidation cases; and,

### Fifteenth:

**Mark:**     It sickens me to think that a man and men have turned to buying, selling, and investing in delivered newborn infants without the consent or knowledge of the natural mother and father for payment on an alleged debt exclusive ONLY to the "UNITED STATES" (sic) by means of an invisible watermark and/or coded language imprinted on said "birth certificate", all in violation of the Law of Nature; and,

### Sixteenth:

**Mark:**     Your statutory defined office and your attendant courts, its officers, agents and employees exercise no authority, jurisdiction or venue over Me or My Private individual production. Demandant ONLY recognizes the Common Law as written for the constitutional Texas republic and will not, as a sovereign, allow you or any other statute defaced entity to hold sway over Me, unless you are willing to come into My venue, which is Common Law. Demandant currently inhabits the sovereign state republic and respects the Common Law therein. Furthermore, being you and the agents who pander to you in your official "office" are defined by statute ONLY. That fact alone makes you and those agents of the "UNITED STATES" (sic) foreign agents in My country and subject to possible prosecution in My venue, that being "state" Common Law in which there is no jury trial available; and,

5

**Seventeenth:**

**Mark:**    Finally, the Original organic thirteenth Amendment to the Constitution for these united States of America clearly and strictly forbids Titles of Nobility and Honor to be taken by any Citizen of the several states of the American union. Woe be unto any lawyer, counselor of the law, counsel to the law, judge, magistrate or justice of the peace who is a member of any association or "bar", and whose membership is constructed to hold power and/or force over the common and sovereign people of this country. For to do so, forfeits their citizenship on this great land and makes them vulnerable to a host of liabilities, some of which may be felonious in nature. To proceed against this Cancellatura of Foreign Instruments in any venue other than the American republic and the jurisdiction of the common law, is to proceed at one's own peril and risk! May God have mercy on those who embark on such a journey of foolhardiness.

A sworn affidavit must be filed within ten days of the release of the cancellatura showing the reason why this Cancellatura of Foreign Instruments, mentioned, above, should not be imposed. Failure to respond in the days prescribed will render all foreign instruments defective.

This concludes Chapter One, "Mark My Words," some seventeen marks of damnation brought to your attention, which Demandant DEMANDS be corrected prior to any reply by you or your agents who operate within a statutory defined environment known as the "UNITED STATES" (sic) or "THE STATE OF TEXAS" (sic) or any other "STATE OF THE UNITED STATES UNION" (sic).

**Chapter Two**

**Verification**

Until this conflict is resolved, Demandant DEMANDS you do the following, to wit;

**Firstly:**    Cancel, delete and destroy My alleged account number(s) and issue an order from your office to all other instrumentalities defined by statute (of the UNITED STATES) (sic) which may have an interest in these proceedings to likewise comply and to return to me all documents bearing my actual appellation in upper and lower case letters which may be in their possession to wit, and;

**Secondly:**    Cancel, delete and destroy My alleged trust number and issue an order from your office to all the instrumentalities defined by statute (of the UNITED STATES) (sic) which may have an interest in these proceedings to likewise comply; and,

**Thirdly:**    That said process verification by you and your "office" of the "Cancellation Notice" bear My full Given Appellation in upper and lower case letters and must be handled and personally served upon me by the Hidalgo county Sheriff. Said process will be based on sworn Oath of Affirmation from two or more competent Witnesses. There is no need for any communication until lawful process is served. Demandant, a private Religious man upon the land, living in being, will henceforth maintain My Right of Privacy and exercise My Right of Avoidance and stand upon the grounds set forth above. My political decision has been made. Demandant will stay neutral with the organic republic (asylum republic). Neither Demandant IS NOT A Government terrorist, nor does Demandant purposely

6

pose any threat to any state in your world. I, Demandant am simply taking back My unalienable rights given to Me by Nature's God that were taken without My knowledge or consent, when I was a newborn baby infant, and now live by "His Law."

The "UNITED STATES" (sic) and its instrumentalities have lost the right to impose man's House Resolutions, for this disgustingly heinous crime committed against Me privately when I was just a day old, and when My mother was incapacitated and in no condition to intentionally, knowingly, willingly or voluntarily enter into ANY contract for the reason that she had just given birth to Me. I can assure you that my father would have stopped the person or
persons who sold his posterity into slavery had he known of it before or after the fact.

### Chapter Three:
### Ordering Writs and Executions

Enclosed herein and attached herewith are the following documents:

> Writ of Prohibition from the Sovereign Foreign Texas Republic
> Writ of Mandamus from the Sovereign Foreign Texas Republic
> Writ of Execution from the Sovereign Foreign Texas Republic

These lawful documents constitute your directive to correct this abhorrent travesty upon My Sovereignty and the fraudulent selling of Me, by your predecessor, into slavery. This disgusting mystery ritual could ONLY have come from the egos of men. Demandant can only pray that you discontinue this "plan"/device, which is being executed as described above. May God have mercy on your soul if you choose to ignore this communication for you to perform.

TAKE NOTICE THEREFORE, I, Demandant am now making public My Notice that Demandant will ONLY accept the Jurisdiction and Venue of a properly constituted Common Law court convened in My Country, and with a jury of My peers seated to hear My case, and only after proper service presented to Me by the Proper county Sheriff with properly delegated authority in the common law venue by the Accepted Constitution of the Proper Venue.

All remittance of this instant matter should be marked with sheriff's case number, properly sealed and mailed to the following location:

Carlos – Jorge: Hinojosa
c/o temporary mailing location,
309 East Liberty Drive
Mercedes
Texas [78570]

Sealed by the voluntary act of my own hand on this _26_ day of the _February_ month, Anno Domini 2004.

Demandant has the Honor of Being a Private Party Foreign State and My Word is My Bond.

_____
Sign Manual

### The Minnesota Republic
#### Our one supreme court
### Common Law Venue; Original and Exclusive Jurisdiction

A superior court sitting with the power of a circuit and UNITED STATES District Court for the people in and for _____ county, Minnesota republic, united States of America.

| | | |
|---|---|---|
| People in and for the united States of America | § | "In Law" |
| ex rel.  Carlos Jorge: Hinojosa | § | |
| Demandant, Plaintiff | § | Case # _____ |
| Against | § | |
| | § | |
| John W. Snow, Secretary of the Treasury of | § | Cancellatura of Foreign |
| the UNITED STATES, et al, and all whom it | § | Instruments |
| may concern, | § | **Common Law** |
| Respondents, Defendants | § | **Writ of Prohibition** |

### Writ of Prohibition

We the people, by sole and Exclusive right to be a free and self governing republic, and in exercise of their Exclusive Jurisdiction to issue all necessary writs in aid of their respective Jurisdiction, hereby issue this writ for John W. Snow, Secretary of the Treasury of the (inferior) UNITED STATES (sic), **to cease and desist** in all actions, decrees, orders, judgments and in proceedings with regard to the above named Demandant, Plaintiff as this case is **res judicata**, by order of the court and filed with the clerk of the court and recorded in the Public record of _____ County, Minnesota republic;

**So agreed to and done** this ____ day of _____month in the year of Our Savior, YAHSHUA, Christ the Messiah, two thousand four in the third century of the divinely ordained Independence of America.

(seal) L.S.

I, Demandant, have the Honor of Being A Private Believer, sui juris and My Word is My Bond.

by: _____
/Sign Manual

Copy:   One clerk of court

Page 1 of 1

The Minnesota Republic
Our one supreme court

Common Law venue; Original and Exclusive Jurisdiction

A superior court sitting with the power of a circuit and UNITED STATES District Court for the people in and for _____ county, organic Minnesota republic, united States of America.

| | | |
|---|---|---|
| People in and for the united States of America | § | "In Law" |
| ex rel.  Carlos Jorge: Hinojosa | § | |
| Demandant, Plaintiff | § | Case #_____ |
| vs. | § | |
| John W. Snow and/or you, their predecessor(s), | § | Cancellatura of Foreign |
| Successor(s), agents, heirs, and assigns, jointly and/or | § | Instruments |
| severally, in person and/or in office heretofore known as | § | Common Law |
| and incorporated by: Secretary of the Treasury of the | § | Writ of Mandamus |
| UNITED STATES (sic), et al., and all of whom | § | To compel the Secretary |
| it may concern | § | of the Treasury of the UNITED |
| Respondents, Defendants | § | STATES (sic) to comply with |
| | § | Cancellatura of Foreign |
| | § | Instruments |

## Writ of Mandamus

This court has Original Jurisdiction under the above entitled heading (Common Law) and Demandant brings this action before the court of adjudication of a Common Law Writ of Mandamus and an order by the court directing any and all U.S. Marshals and the Hidalgo county Sheriff and any and all other Sheriffs of the several counties in and for the united States of America to execute and seize immediately any and all property of Respondent(s), not to exceed one million (1,000,000) Silver Dollars, plus fees and costs, arising out of a certain Cancellatura of Foreign Instruments, should the Secretary of the Treasury of the UNITED STATES (sic), John W. Snow, choose to ignore, thwart or otherwise disobey the terms of said document.

Should said Secretary of the Treasury of the UNITED STATES (sic) choose not to comply with this Writ of Mandamus, process before this court will be initiated to petition said court for the "Writ", will then execute it, and begin the process to confiscate private property first, then on real property, sources of income, retirement funds, et cetera of said Respondent(s).

This Writ of Mandamus will be held incomplete and not executed, pending the performance of the Secretary of the Treasury on said cancellatura. However, violation of the demand made by the Demandant upon Respondent(s) will result in the immediate execution of this "writ".

So agreed to and done this _____ day of the _____ month in the year of our Savior, YAHSHUA, Christ the Messiah, Two thousand and four in the third century of the divinely ordained Independence of America.

.

.

(seal)  L.S.

I, Demandant, have the Honor of Being A Private Believer, sui juris and My Word is My Bond.

_____
Sign Manual

Copy: One clerk of court

The Minnesota Republic
Our one supreme court
Common Law venue; Original and Exclusive Jurisdiction

A superior court sitting with the power of circuit and UNITED STATES District Court for the people in and for _____ county, Minnesota republic, united States of America.

| | | |
|---|---|---|
| People in and for united States of America | § | "In Law" |
| ex rel. Carlos Jorge: Hinojosa | § | |
| Demandant, Plaintiff | § | Case # _____ |
| | § | |
| Against | § | Cancellatura of Foreign |
| | § | Instruments |
| All statutory Defined Instrumentalities of | § | **Common Law** |
| the UNITED STATES, et al, and all of | § | **Writ of Execution** |
| whom it may concern | § | |
| Respondents, Defendants | § | |

---

### Writ of Execution

This court has Original Jurisdiction under the above entitled heading (Common Law) and Demandant brings this action before the court for adjudication of a Common Law Writ of Execution and an order by the court directing any and all U.S. Marshals and the Hidalgo county Sheriff and any and all other Sheriffs of the several counties in and for the united States of America to execute and seize immediately all property of Respondent(s), not to exceed one million (1,000,000) Silver Dollars, plus fees and costs, arising out of a certain Cancellatura of Foreign Instruments, should any statutorily defined instrumentalities of the UNITED STATES (sic) choose to ignore, thwart, or otherwise disobey the terms of said document.

Should said statutorily defined instrumentalities for the UNITED STATES (sic) choose not to comply with this Writ of Execution, process before this court will be initiated to petition said court for the "writ", will then execute it, and begin process to foreclose on private property first, then real property, source of income, retirement funds, et cetera, of said instrumentalities.

This **Writ of Execution** will be held incomplete and not executed, pending the performance of said instrumentality on said Cancellatura. However, violation of the demand made by the Demandant upon the Respondent(s) will result in the immediate execution of this "writ".

So Agreed to and done this _____ day of the _____ month in the year of our Savior, YAHSHUA, Christ the Messiah, Two thousand and four in the third century of the divinely ordained Independence of America.


(seal) L.S.

I, Demandant, have the Honor of Being A Private Believer, sui juris and my Word is my Bond.


_____
Sign Manual



Copy:  One clerk of the court



**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**POST OFFICE TO ADDRESSEE**

ORIGIN (POSTAL USE ONLY)

PO ZIP Code

Day of Delivery

☐ Next   ☐ Second   ☐ 3 PM

Date In

Mo.   Day   Year

Time In

☐ AM   ☐ PM

☐ 12 Noon   ☐ 2nd Day   ☐ 3rd Day

Military

Weight

lbs.   ozs.   Int'l Alpha Country Code

No Delivery

☐ Weekend   ☐ Holiday

Acceptance Clerk Initials

**CUSTOMER USE ONLY**

METHOD OF PAYMENT

Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

**FROM: (PLEASE PRINT)**   PHONE (    )

**Customer Copy**
Label 11-B May 2001

**SEE REVERSE SIDE FOR**
**SERVICE GUARANTEE AND**
**INSURANCE COVERAGE LIMITS**

Flat Rate Envelope ☐

Postage
$

Return Receipt Fee

COD Fee   Insurance Fee

Total Postage & Fees
$

☐ WAIVER OF SIGNATURE (Domestic Only) Additional merchandise insurance is void if waiver of signature is requested. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

NO DELIVERY   ☐ Weekend   ☐ Holiday

**TO: (PLEASE PRINT)**   PHONE (    )

ZIP + 4

www.usps.com

FOR PICKUP OR TRACKING CALL 1-800-222-1811

PORTER TX 77365   MAR 3 - 2004   USPS

Customer Signature

information on
...cord shows that this item
...0520 to A BLACKSHEAR.

...If you require
...ice or postal



**UNITED STATES POSTAL SERVICE**™

Date: 04/02/2004

Fax Transmission To: Postal Customer
Fax Number: 443–284–0051

Dear Postal Customer:

The following is in response to your 04/02/2004 request for delivery information on your Express Mail item number EU012218892US. The delivery record shows that this item was delivered on 03/31/2004 at 11:44 AM in WASHINGTON, DC 20520 to A BLACKSHEAR. There is no delivery signature on file for this item.

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please take this receipt to your local Post Office or postal representative.

Sincerely,

United States Postal Service





## County of Hidalgo

TEXAS DEPARTMENT OF HEALTH
### BUREAU OF VITAL STATISTICS
STANDARD CERTIFICATE OF BIRTH

200

1. PLACE OF BIRTH
STATE OF TEXAS

COUNTY OF **HIDALGO**

CITY OR PRECINCT NO.

J.P. PREC.5

2. FULL NAME OF CHILD  Carlos Jorge Hinojosa

RESIDENCE OF THE MOTHER  STREET AND NO.  CITY Edcouch  COUNTY **HIDALGO**  STATE **TEXAS**

| 3. SEX | 4. TWIN, TRIPLET, OTHER | 5. NUMBER IN ORDER OF BIRTH | 6. LEGITIMATE? | 7. DATE OF BIRTH | 194 |
|---|---|---|---|---|---|
| Male | | | Yes | January 2, 1946 | |

| FATHER | | MOTHER | |
|---|---|---|---|
| 8. FULL NAME  Salvador M. Hinojosa | | 14. FULL MAIDEN NAME  Marina Medina | |
| SOCIAL SECURITY NUMBER | | SOCIAL SECURITY NUMBER | |
| 9. POSTOFFICE ADDRESS  Edcouch, Texas | | 15. POSTOFFICE ADDRESS  Edcouch, Texas | |
| 10. COLOR OR RACE  White | 11. AGE AT LAST BIRTHDAY  45 | 16. COLOR OR RACE  White | 17. AGE AT LAST BIRTHDAY  40 |
| 12. BIRTHPLACE  Mexico | | 18. BIRTHPLACE  Mexico | |
| 13a. TRADE, PROFESSION OR KIND OF WORK DONE  Merchant | | 19a. TRADE, PROFESSION OR KIND OF WORK DONE  Housewife | |
| 13b. INDUSTRY OR BUSINESS IN WHICH ENGAGED  Grocery Store | | 19b. INDUSTRY OR BUSINESS IN WHICH ENGAGED  Home | |
| 20. NUMBER OF CHILDREN BORN TO THIS MOTHER INCLUDING THIS BIRTH  10 | | 21. NUMBER OF CHILDREN BORN TO THIS MOTHER AND NOW LIVING  10 | |
| SIGNATURE OF INFORMANT | | ADDRESS OF INFORMANT  TEXAS | |

22. CERTIFICATION
I HEREBY CERTIFY TO THE BIRTH OF THIS CHILD BORN ALIVE AT 4:40 A.M. ON THE ABOVE DATE.

AND THE PROPHYLACTIC USED TO PREVENT OPHTHALMIA NEONATORUM WAS  Yes

DATE  194  SIGNATURE  Thos. R. Olson  M.D.  POSTOFFICE ADDRESS  Mexico  TEXAS

| 23. FILE NUMBER | FILE DATE | SIGNATURE OF LOCAL REGISTRAR | POSTOFFICE ADDRESS |
|---|---|---|---|
| 3-60 | 2-2-46  194 | W.K. GALBREATH, JR. | Edcouch  TEXAS |



State of Texas
County of Hidalgo

Certified Copy of Vital Records
Date issued: 07/09/97

This is a true copy and exact reproduction of the document officially registered and placed on file in the Vital
Records of the County Clerk. Record of  Current Birth  Vol.  12  Page  03
Cert. 200

JOSE ELOY PULIDO, County Clerk  By Florestela V. Chavez  Deputy

WARNING: IT IS ILLEGAL TO DUPLICATE THIS COPY.



RECEIVED

MAY 1 6 2004

ORIGINAL FILED

MAY 1 6 2004

Nevada state court

Nevada state court
superior court
common law venue
original and exclusive jurisdiction
united States of America
organic Nevada republic

Nevada state court

| | | |
|---|---|---|
| Nevada state court | § | Carlos Jorge: Hinojosa |
| | § | |
| Nevada republic | § | To: |
| | § | **1. COUNTY OF HIDALGO (sic)** |
| united States of | § | **2. STATE OF TEXAS (sic)** |
| America | § | **3. UNITED STATES (sic)** |
| | § | |

## SOVEREIGNTY - FINDING OF FACTS

"In the beginning was the Word, and the Word was in God's presence, and the Word was God. He was present to God in the beginning. Through Him all things came into being, and apart from him nothing can be. Whatever came to be in Him, found life, life for the light of men. The light shines on in darkness, a darkness that did not overcome it." John 1: 1-5

"Sovereignty itself is, of course not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." Yick Wo vs Hopkins and Woo Lee vs Hopkins (118 U.S. 356).

Thomas Jefferson stated in the Declaration of Independence that "men are created with certain unalienable rights and to secure (guarantee) those rights governments are instituted. These governments derive their just powers from the consent of the governed."

The successful war for American Independence was formally brought to a close in the year 1783 with the signing of the Treaty of Peace. Article 1 of the Treaty clearly states that King George of England "acknowledges the United States viz the thirteen colonies are free, sovereign and independent States... and relinquishes all claims to the government, property, and territorial rights of the same..."

The United States Supreme Court declares that the "Sovereignty" remains with the "people" and resides with the "people"... Yick Wo vs Hopkins and Woo Lee vs Hopkins (118 U.S. 356).

"There can be no limitations on the power of the people, of the united States of America; by their authority the State Constitutions are made and by their authority the Constitution for the united States of America was established... Hauenstein vs Lynham (100 U.S. 483).

The Michigan Supreme Court and the United States Supreme Court concurred and made it perfectly clear the term "person" does not include the "sovereign" and that for a sovereign to be bound by statute the sovereign must be "specifically" named. Will vs Michigan state Police (1938 105 L.Ed. 2nd 45).

# ORIGINAL

"United States vs Fox (94 U.S. 315)" states... in common usage, the term "person" does not include the sovereign. Statutes employing the phrase are ordinarily construed to exclude it.

"Acts of Congress" are not applicable to "sovereigns" in the 50 states. 18 USC, Rule 54 C Positive Law enacted -Titles of United States Code.

It is the doctrine of the common Law that the sovereign cannot be sued in his own court without his consent. The Siren, 74 U.S. (7 Wall.) 152 (1869).

"No action can be taken against a sovereign in the non-constitutional courts of either the united states or the state courts and any such action is considered the crime of Barratry. Barratry is an offense at common law." State Vs Batson, 17 S.E. 2d 511, 512, 513.

According to the facts established, Carlos Jorge: Hinojosa, is natural, free, sovereign and born in Texas, a Republic united by and under the Constitution for the united States of America.

By the court ___donald michael; manaus___
                     Signature

Justice ___donald michael; maresting___ ___Santa Clara___
                     Print

By the court ___Darrell George;___
                     Signature

Justice ___Darrell George;___ county ___Clark___

By the court ___Richard Gene___
                     Signature

Justice ___Richard Gene___ county ___Clark___
                     Print

By the court ___William Allen___
                     Signature

Justice ___WILLIAM ALLEN___ county ___CLARK___
                     Print

By the court ___David Robert___
                     Signature

Justice ___David Robert___ county ___Clark___
                     Print

By the court ___Mary Carolyn___
                     Signature

Justice ___MARY CAROLYN___ county ___CLARK___
                     Print

Sovereignty, Finding of Facts
Page 2 of 3

# ORIGINAL

By the court _Robert Ellsworth_
                        Signature

Justice _Robert Ellsworth_        county _Clark._
                    Print

By the court _Richard Lee_
                        Signature

Justice _Richard Lee_        county _Lin__
                    Print

By the court _Brent Hadlen_
                        Signature

Justice _Brent Hadlon_        county _Clark_
                    Print

By the court _Daniel Vrenna_
                        Signature

Justice _Daniel Vrenna_        county _MARIPOSA_
            Print

By the court _Larry Dean_
                Signature

Justice _Larry Dean_        county _Clark_
                        Print

By the court _Pat Doyle_
                        Signature

Justice _Pat Doyle_        county _Clark_

### Carol Denise; Branigan

I, _____ duly appointed and commissioned, hereby witness to the above signatures, being the one's identified as the Justices, called by _Clark_ county common law court on this _16ᵗʰ_ day of the _May_ month, anno Domini 2004, and called to order by, Carlos Jorge: Hinojosa, to hear and establish the facts as stated herein, and as those facts being true, correct and certain, to any matter relating to Carlos Jorge: Hinojosa.

TO WIT: _by: John Quage : Ming_
                    Sign Manual

Under the full Faith and Credit of the several states.



Carol Denise; Branigan
dejure Notary by necessity
Clark county, Nevada state
Commission expires - Life

_Carol Denise; Branigan_
        Common law Notary

My commission expires _Life_

fee _$1.00_



Sovereignty, Finding of Fact
Page 3 of 3

# ORIGINAL

RECEIVED

MAY 1 6 2004

Nevada state court

FILED

MAY 1 6 2004

Nevada state court

Nevada state court
superior court
common law venue
original and exclusive jurisdiction
united States of America
organic Nevada republic

## NOTICE OF EXPATRIATION

| | | |
|---|---|---|
| Nevada state court | § | Carlos Jorge: Hinojosa |
| | § | |
| Nevada state | § | TO: |
| | § | 1. **COUNTY OF HIDALGO** (sic) |
| united States of | § | 2. **STATE OF TEXAS** (sic) |
| America | § | 3. **UNITED STATES** (sic) |
| | § | |

### NOTICE OF EXPATRIATION
### By Common Law Affidavit

I, Carlos Jorge: Hinojosa, am natural born, free, and sovereign. I have unalienable Rights and have no obligation to the STATE OF TEXAS or to the UNITED STATES or any subdivisions thereof.

1.    I explicitly reject any and all benefits of the Uniform Commercial Code, and cite its provisions herein only to serve notice upon all agencies of government, whether international, national, state or local, that they, and not I, are subject to, and bound by, all of the provisions, whether cited herein or not; and,

2.    That my explicit reservation of rights has served notice upon all agencies of government of the "Remedy" they must provide for me upon Article 1, section 207 of the Uniform Commercial Code, whereby I have explicitly reserved my common law right not to be compelled to perform under any contract, commercial agreement, or bankruptcy that I have not entered into knowingly, voluntarily, and intentionally; and,

3.    That my explicit reservation of rights has served notice upon all agencies of government that they are all limited to proceeding against me only in harmony with the common law and that I do not, and will not, accept the liability associated with the "compelled" benefit of the unrevealed contracts, commercial agreements, or bankruptcy; and,

# ORIGINAL

4.    That my valid reservation of rights has preserved all my rights and prevented the loss of any such rights by application of the concept of waiver or estoppel.

WITH SPECIAL, EXPRESS AND EXPLICIT RESERVATIONS OF ALL GOD-GIVEN UNALIENABLE RIGHTS WAIVING NONE EVER IN THIS COUNTRY TEXAS IN AMERICA, I, Carlos Jorge: Hinojosa, declare this statement is true and correct.

by: _____
            Carlos Jorge: Hinojosa

Dated this 16th day of _____May_____, Anno Domini 2004



Carol Denise; Branigan
dejure Notary by necessity
Clark county, Nevada state
Commission expires - Life

_Carol Denise; Branigan_
common law Notary

My commission expires _____Life_____

Notice of Expatriation
Page 2 of 2