2

7-26-04

United States District Court
Southern District of Texas
FILED

JUL 26 2004

Michael N. Milby
Clerk of Court

Honorable Judge Hilda G. Tagle,

    The purpose of my letter is to complain to you about my husband Carlos J. Hinojosa not being properly represented by his court appointed attorney Rudy Rodriguez. He had not communicated with him in approximately two months until I complained on THURSDAY and he came to visit him on Friday of last week. Motion date and jury selection date had been moved up one month but my husband had not been informed. I found out by accident when my husband had me call your office to check on the status of the Habeas Corpus he sent you.

    At this time I will also take this opportunity to complain about your assistant Judge Felix Recio ignoring the Habeas Corpus CA: B-04-107. After many calls to his office he finally came on the phone to talk to me explaining to me that he could not discuss my husbands case with me but that he would discuss with me his opinion about the Habeas Corpus. He said he could not understand it — what my husband's claim was in the Habeas Corpus and that the only

conclusion he could make about my husband was that my husband had a mental condition. To this date my husband Carlos has not had a complete physical or mental evaluation at the detention center in La Villa.

Judge Tagle please look into this matters.

I thank you for your most valuable time.

Very truly yours,

Emma C. Hinojosa

Emma C. Hinojosa
309 E. Liberty
Mercedes, Tx. 78570

22 July 2004

CA

Case # B-04-107

Judge Felix Recio
United States District Court
600 E. Harrison St.
Brownsville, TX [78502]

Re: Habeas Corpus, Jurisdiction, Firing of Attorney, Claims

Dear Judge Recio,

    Judge Tagle's office recieved my Habeas Corpus on June 26, 2004, because of no response I filed the Habeas Corpus on July 2nd with the Cameron County Court House under case # B-04-107. I was told the Habeas Corpus was then forwarded to you, but that you would be gone on vacation during the week of July 5th, returning on Monday June 12th. It is now July 22nd and you too have not responded. It is my understanding that you or the court is supposed to respond or call me before the court

told by your office you were studying the Habeas Corpus. Today I was told you do not understand the Habeas Corpus. Your Honor let me try and help you. Within all the documents you will find, court cases and other related information. The most important documents are from The Common Law Court, that found and recognizes me to be a Sovereign Man. This was signed by all twelve (12) Justices. Also enclosed is the Aposil signed and filed by the Secretary of State of Nevada recognizing me as a Sovereign Man. As a Sovereign Man neither you nor this court has jurisdiction over me. As a Sovereign Man I have the right to accept or deny. I am telling you Judge, I will not

by a court appointed attorney (agent of the court).

Therefore Mr. Rudy Rodriguez, court appointed attorney, is hereby fired.

Judge, if you think you can represent me, you're fired. Also let it be known that I believe you Judge who took an oath to The Constitution, the prosecutor, the court appointed attorney, and others not named, have all been violating my Constitutional Protected Unalienable Rights.

2.) I hereby change the plea entered of not-guilty, to "bar non comjudici";

I hereby challenge this courts jurisdiction.

debtors court and I filed a UCC-1, that makes me the creditor. As I am the creditor, I cannot be the debtor and if I am not the debtor, I cannot be the accused, nor the accuser.

4.) Claims:

a.) I am a Sovereign Man, recognized by both The Common Law Court and The Secretary of State of Nevada.

B.) As a Sovereign Man, I am not in your jurisdiction, case should be dismissed.

C.) Being held against my will (under duress)

D.) Constitutional Protected Unalienable Rights are being violated.

violated

G.) My rights under Copy Rights Laws and Regulations, violated

H.) My right to a Speedy Trial, violated Your Honor, you have violated The Oath you took to The Constitution and to The Republic of Texas Constitution and to protect all my rights.

I.) My Constitutional Right to a bond, violated

J.) The court used Titles 18 U.S.C. - 371, 1343 & 2, 1341 & 2 and Title 15 U.S.C. 77. All these laws are copy written and belong to a private corporation. This is Private Law and against Federal and Texas Laws can

anyone involved with this case filed a claim against me?

Your Honor we both know your answer is no. Therefore neither you, nor this court has jurisdiction over me a Sovereign Man.

As a Sovereign Man I hereby <u>demand</u> this case # B-04-107 be dismissed and that I, a Sovereign Man, be released immedeately.

Your Honor as a Sovereign Man I <u>demand</u> a response immedeately.

                    Thank You,

Carlos Jorge of the Hinojosa family
a Sovereign Man, recognized by The Common Law Court and Secretary of State of Nevada
all rights reserved under The Republic of Texas Constitution
all rights reserved under UCC-1 law / UCC-1-207