UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
JUL 26 2004
Michael N. Milby, Clerk of Court

United States District Court
Southern District of Texas
ENTERED
JUL 26 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| CARLOS JORGE OF THE HINOJOSA FAMILY | * * * |
| VS | * C.A. NO. B-04-107 |
| | * |
| ALBERT BRAVO Respondent in charge of East Hidalgo Federal Detention Center | * * * |

## ORDER

The Government is hereby ORDERED to respond to Petitioner's Petition for Writ of Habeas Corpus on or before **August 5, 2004**.

DONE at Brownsville, Texas, this 26th day of July 2004.

Felix Recio
United States Magistrate Judge