28 July 2004

Case No. B-04-107

Magistrate Judge Felix Recio
United States District Court
600 E. Harrison St.
Brownsville, TX [78520]

United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

Re: Order Clarification

Dear Judge Recio,

Recieved order for Government to respond to petitioners by August 5, 2004. I would request clarification please. If Government does not respond by August 5, 2004, is it automatic for case to be dismissed and I released? Or do I need to file another Sovereign order to be released for Government not responding to order? If automatic, would I be released on Friday August 6, 2004, or when?

What would be the next step?

Thank you ...