27 July 2004

Case # B-04-107

Judge Hilda Tagle
United States District Court
600 E. Harrison St.
Brownsville, TX [78520]

United States District Court
Southern District of Texas
FILED
AUG 0 2 2004
Michael N. Milby
Clerk of Court

Re: Motion To Dismiss    C.R. No 7:03-1010-01, Jurisdiction Challenge, Sovereign Man, Firing Attorney

Dear Judge Tagle,

A motion to dismiss was filed under C.R. No. 7:03-1010-01. I request this motion be ruled on immediately. My Constitutional Rights have been and are still being denied everyday that I am held here against my Constitutional Rights. The court knows or should know I am a Sovereign Man. Recognized by The Common Law Court, signed by all (12) Twelve Justices. Also The Secretary of State from Nevada signed and filed the Aposil recognizing me as a ~~Sovereign Man~~.

within (70) Seventy days has been violated.

## For The Record

(Claims)

1.) Your Honor you took an oath to The Constitution, and The Constitution of The Republic of Texas to protect all my Constitutional Rights. I Filed a Habeas Corpus with your office on June 26, 2004, you did not respond, but forwarded to Judge Recio (Magistrate) who went on vacation on July 2, 2004. Judge Recio returned on the 12th of July 2004 and has not yet responded on the Habeas Corpus. I see this as denying me my Constitutional Rights. There have been other violations.

2.) Motion to dismiss because the Five (5) years Statue

document signed and filed by The Secretary of State of Nevada, who agreed that I am a Sovereign Man. Therefore I, a Sovereign Man change the plea of not guilty, to "Bar Com Non Juridici" <u>As a Sovereign Man I hereby challenge this courts jurisdiction.</u>

5.) This court knows or should know I filed a UCC-1 on Carlos Jorge Hinojosa and all names deriving from them. As this is a debtors court, I filed a UCC-1 and this makes me the creditor, as I am the creditor, I cannot be the debtor. If I am not the debtor, I cannot be the accused, nor the accuser.

6.) <u>Jurisdictional Question:</u>

Therefore neither you or your court has jurisdiction over me. As a Sovereign Man I have the right to accept or deny.

Your Honor I <u>will not except</u> or <u>contract</u> with you OR the court.

7.) <u>Response</u>

As a Sovereign Man I hereby <u>demand</u> the court expedite the motion filed to dismiss and release me immedeately, or give immediate response to a court docket date to rule on motions and claims.

Thank you,

by: /~~[signature]~~/

by: /s/ Jorge of the Hj family

Carlos Jorge of the Hinojosa family
Sovereign Man recognized by the Common Law Court and Secretary of State of Nevada
all rights reserved, under The Constitution and the Constitution of Republic of Texas