UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby, Clerk of Court

CARLOS JORGE, §
Petitioner, §
§
v. § CIV. ACTION NO. B-04-107
§
ALBERT BRAVO, In charge of East Hidalgo §
Federal Detention Center §
Respondent. §

United States District Court
Southern District of Texas
ENTERED

AUG 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

### ORDER

On July 26, 2004, this Court ordered the Government to respond to the Petitioner's habeas corpus application on or before August 5, 2004. *See* Docket No. 3. That order was premature, as the pertinent government official has not been served. Accordingly, Docket Number 3 is hereby RESCINDED and the district clerk's office is hereby instructed to let the docket sheet so reflect. The Government is not to respond to Petitioner's motion unless, and until, this Court orders as such.

IT IS SO ORDERED.

DONE at Brownsville, Texas, this 2d day of August, 2004.

Felix Recio
United States Magistrate Judge