9 August 2004

Judge Magistrate Felix Recio
United States District Court
600 E. Harrison St.
Brownsville, Tx [78520]

CIV Action No. B-04-107

United States District Court
Southern District of Texas
FILED

AUG 17 2004

Michael N. Milby, Clerk of Court

Re:  ORDER

Dear Judge Recio,

Recieved your resciding order to reply due to Goverment (Albert Bravo) not being served.

This letter is to notify Court that Goverment (Albert Bravo) was served in June 2004 sametime court recieved original Filed Habeas Corpus. (See attached certified green card)

My wife is holding the original certified mail card signed, recieved by Goverment (Albert Bravo office) at East Hidalgo Detention Center, P.O. Box 239 La Villa, Tx 78562 in June 2004.

1.)

Judge Recio, I do not know if someone is lying to Court or if this is a pattern to buy more time or not to answer Habeas Corpus. The original Habeas Corpus was filed and recieved by Court on June 26, 2004 and was then passed around, first from Judge to Judge and now forwarded to Government to answer. This is August 9, 2004, <u>do you see a pattern of abuse here?</u>

Therefore, I the Petitioner (Sovereign Man) request the Court to <u>Re-issue</u> order to Government to answer Habeas Corpus <u>immedeately</u>.

Judge Recio, everyday I am here in The Detention Center, I am being held against my will <u>illegal and against</u> my Unalienable Rights, that you Judge Recio took an

2.)

oath to protect. I (Sovereign Man) hereby request an <u>immediate</u> court docket date for Government to answer Habeas Corpus and for Court to rule. I wish to be present in court for rulling.

Thank You,



Carlos Jorge of the Hinojosa family
Sovereign Man recognized by the Common Law Court and Secretary of State of Nevada
All my Unalienable and Constitutional Protected Rights, Reserved
All rights reserved under UCC-1 and UCC-1-207
All rights reserved under Copy Rights Laws and Regulations

C.C. Filed in ~~Cameron County~~ U.S. DISTRIC court House under case # B-04-107

3.)

## Domestic Return Receipt (PS Form 3811, August 2001)

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Albert Bravo
   E. Hidalgo Federal Detention Ctr.
   P.O. Box 239
   La Villa, Texas 78562

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature: [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name): Diana Ru[...]   C. Date of Delivery
D. Is delivery address different from item 1?  ☐ Yes  ☐ No
   If YES, enter delivery address below:

3. Service Type:
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7002 3150 0000 5428 3116

---

## U.S. Postal Service — CERTIFIED MAIL RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

LA VILLA, TX 78562

| | | |
|---|---|---|
| Postage | $ 2.21 | UNIT ID: 0365 |
| Certified Fee | 2.30 | Postmark Here |
| Return Receipt Fee (Endorsement Required) | 1.75 | |
| Restricted Delivery Fee (Endorsement Required) | | Clerk: KSF2K |
| Total Postage & Fees | $ 6.26 | 06/17/04 |

7002 3150 0000 5428 3116

Sent To: Albert Bravo E. Hidalgo Fed. Det. Ctr.
Street, Apt. No.; or PO Box No.: P.O. Box 239
City, State, ZIP+4: La Villa, Texas 78562

---

```
   Base Rate:           2.21
       SERVICES
   Certified Mail       2.30
       70023150000054283116
   Return Receipt       1.75
2. Exp. Mail PO-ADD    13.65
   Destination:         89502
   Weight:              1.80oz
   Postage Type:        PVI
   Total Cost:          13.65
   Base Rate:           13.65
   Label#:
   ER771991461US
3. Priority Mail        12.65
   Destination:         30024
   Weight:              8lb 4.80oz
   Postage Type:        PVI
   Total Cost:          12.65
   Base Rate:           12.20
       SERVICES
   Delivery Conf (retail)  0.45
```