9

August 08, 2004

B-04-cv-107

(2) Second Request

Judge Hilda Tagle
United States District Court
600 E. Harrison St.
Brownsville, TX [78520]

Re: Motion to Dismiss    Immedeately Rulling Requested
New Court Cases in support of Statue of Limitations (Enclosed)

Dear Judge Tagle,

On July 27, 2004 I sent you a request for immedeate rulling on Motion to Dismiss, filed under CR. No. 7:03-1010-1. Judge Tagle, today is August 09, 2004 and I have not yet heard from your court.

Your Honor, this is an Injustice on your part, as the Law on Statue of Limitations say in part (18 U.S.C. 3282) "No person shall be prosecuted, tried, or punished for any offense, not capital, unless the indictment is found or the

1.)

information is instituted within five years after offense shall have been committed".

I believe that I am not only being <u>Prosecuted</u>, but <u>Punished</u> by your court. I have been detained illegaly for five months already, as this case should never have been allowed to come forward due to Statue of Limitations. Your court is now unjustly looking the other way to punish me illegaly as the evidence is in courts hands that will legally dismiss this case.

Their are other arguments in my behalf as well. United States V. Wilson 249 F. 3d 366 (5th cir. 2001) That will satisfy The Statue of Limitation for mail and wire fraud.

2.)

<u>United States v. Barger</u>, 178 F.3d 844 (7th cir. 1999) mail, wire fraud, and money laundering are not "continuing offenses", Statue of Limitation

<u>Marsh v. United States</u>, 344 F.2d 317 (5 cir. 1965) struck surplusage indictment containing unnecessary and prejudicial matter. Your Honor I request/petition your court <u>to rule immedeately</u> on the motion to dismiss. As I am being made to sit here in the detention center against my will illegally and against my Unalienable and Constitutionally Protected Rights, that you Judge Tagle took an oath to protect.

Thank You,

~~for Jorge of the Hj. family~~
Carlos Jorge of the Hinojosa family
Sovereign Man recognized by The <u>Common Law Court</u> and Secretary State of Nevada
All my Unalienable and Constetutional Protected Rights, Reserved
All rights reserved under <u>UCC-1 and UCC-1-207</u>
All rights reserved under Copy Rights Laws and Regulations
c.c. Filed in Cameron County Court House under case # B-04-107      3.)