```
                                                    United States District Court
                                                    Southern District of Texas
                                                           FILED

By;   Carlos Jorge                                    AUG 2 6 2004
      Of the Hinohosa Family
      #M – 34033179                                   Michael N. Milby
      c/o: 309 East liberty Drive                     Clerk of Court
      Mercedes
      Texas 78570

For:  Felix Recio
      Agent for the bankrupt corporate United States
      United States District Court
      600 East Harrison Street
      Brownsville
      Texas [78520]
```

### CIV. ACTION NO. B-04-107

Re:  Enclosed Offer titled "Report and Recommendation of the Magistrate Judge" in **CIV. ACTION NO. B-04-107**

### TIMELY NOTICE OF REFUSAL FOR CAUSE

Dear Felix Recio:

Your enclosed Offer is timely refused for cause and returned to you without recourse to me.

It is axiomatic that when a government becomes bankrupt it loses its sovereignty. President Roosevelt's Executive Orders 6073, 6102, 6111, and 6260 (See Senate Report 93-549, pages 187 & 594) under "Trading With The Enemy Act" of 1917 amended on March 9, 1933 and codified at 12 USC § 95a; and House Joint Resolution of June 5, 1933 support this proposition. Moreover, case law further confirmed this common sense principle in <u>Perry v U.S.</u> (1935), 294 U.S. 330.

According to the Congressional Record of March 17, 1993, page H1303, "members of Congress are official trustees presiding over the greatest reorganization of any bankrupt entity in world history, the U.S. government."

Bearing the above information in mind, there must be a legal distinction between a "federal state" as in "the State of Texas" and a "sovereign State" of the union of states as in the Texas Republic State. The issue of "sovereignty" is critical to establishing the validity of any alleged claims by the UNITED STATES OF AMERICA against Carlos Jorge of the Hinohosa Family.

As a bankrupt, Felix Recio, you are not competent to render any ruling in Law.

## STATEMENT OF FACT

Felix Recio, you and your principals are bankrupt and cannot carry on your affairs in Law.

The use of Codes, statutes, Constitutions, rules, and regulations etc. in this NOTICE is solely for your benefit and not for mine.

Carlos Jorge of the Hinohosa Family states that there are no common law crimes against the United States or the UNITED STATES OF AMERICA.

The courts can only entertain actions against legal entities, i. e. fictions. See 59 Am Jure 2d, § 20.

Carlos Jorge of the Hinohosa Family is not a fiction.

Carlos Jorge of the Hinohosa Family is not a legal entity but a living flesh and blood man.

Carlos Jorge of the Hinohosa Family, one of the people domiciled in the Texas Republic State is a member of the sovereignty.

The fundamental concept of "sovereignty of the people" is supported by a myriad of U.S. Supreme Court Cases and among the most celebrated are Chisolm v Georgia, 2 Dall 419, 471; Yick Yo v Hopkins 118 U.S. 356, 370, and Perry v U.S. (1935), 294 U.S. 330.

Carlos Jorge of the Hinohosa Family has never waived any Unalienable Rights or the Law and has always reserved them and does not rely on the U.S. Codes, the Constitutions, statutes, rules or regulations for his Unalienable Rights.

Carlos Jorge of the Hinohosa Family has objected to the 14th amendment of the U.S. Constitution.

Carlos Jorge of the Hinohosa Family objects to the use of Federal Reserve Notes to discharge debts in equity with limited liability.

Carlos Jorge of the Hinohosa Family has reserved his Right not to be bound by any contract, commercial agreement, or bankruptcy in which he did not enter knowingly, intentionally, and voluntarily and by such reservation of Right, Carlos Jorge of the Hinohosa Family has informed all agencies of federal, state, and local government that he does not and will not accept the liability associated with

the compelled benefits of any such unrevealed contract, commercial agreement, or bankruptcy.

Carlos Jorge of the Hinohosa Family will not contract with a court giving NOTICE of a condition of contract by flying a gold trimmed military flag and proceeding under "color of admiralty law".

Carlos Jorge of the Hinohosa Family gives NOTICE to Felix Recio and his principals that they, Felix Recio and his principals, have libeled, slandered and mischaracterized Carlos Jorge of the Hinohosa Family and are through usurpation of power have deprived Carlos Jorge of the Hinohosa Family of the free exercise of liberty.

Carlos Jorge of the Hinohosa Family DEMANDS of Felix Recio to be set free instantly or for Felix Recio to respond and explain, within ten (10) days, the "Nature and Cause" i.e, Venue, Jurisdiction, Real Parties of Interest, Cause of Action, Right of Action, and the Substantive System of Law relating to the charges against Carlos Jorge of the Hinohosa Family.

Presented this 24 day of 08 , 2004, with reservation of all Rights.

By: _____
Carlos Jorge, Sovereign
d/b/a Carlos J. Hinojosa