United States District Court
Southern District of Texas
FILED

OCT 1 5 2004

Michael N. Milby
Clerk of Court

October 14, 2004

Case No: B-04-107

Judge Hilda Tagle
United States District Court
600 E. Harrison St.
Brownsville, Tx [78520]

Re: Amendments To "Jurisdiction" challenge

Dear Judge Tagle,

    In July of this year (2004) I sent a Jurisdictional challenge to your District Court. Your court has not responded. I have new legal information to enhance the original challenge. (Amendments)

(1.) On pages 42 and 43 of Title 28 U.S.C. of the Federal Government's own Judicial procedure code book, printed by the government's printing office. Congress explains that the Territorial composition of the United States district courts is only that area subject to the exclusive

(1.)

Legislative Power of Congress. (You may access Title 28 U.S.C. by going to http://uscode.house.gov/title_28.htm).

Article I 8, Cl 17 of the Constitution of The United States of America, specifies exactly where Congress of The United States of America shall have jurisdiction to Legislate:

" The Congress shall have the power (Claus I) to exercise exclu--sive Legislation in all cases whatsoever, over such District (not exceeding ten miles square) as may, by cession of part--icular States, and the acceptance of Congress, become the seat of the Government of The United States, and to exercise like authority, over all places purchased by the consent of the Legislature of the state in which the same shall be, for the erection of Forts, magazines, arsenals, dockyards and other needful buildings ...."

~~[crossed out]~~ (Included are District of Columbia and Puerto Rico)

Federal Courts, therefore, have jurisdiction over acts committed or ommitted on Federal Lands that have been ceded to The Federal Government by the State(s) and which have been accepted by the

(2.)

Federal Government, and for which a letter of acceptance has been delivered to the Government of the State(s) ceding such land acknowledging acceptance of such lands. (see 40 U.S.C. 255)

Therefore it is not "<u>what</u>" is done that is relevant, but "<u>where</u>" the "<u>act</u>" <u>takes place</u>, for The United States District Court to have jurisdiction over the matter. Any act(s) alleged to have been committed or ommitted would have had to be committed or ommitted on land that is described in 40 U.S.C. 255 (see Adams v United States, 319 U.S 312, 313).

(2.) Title 28 U.S.C. is Territorial Law. (see notes 8 91) No United States District Court in any State of The Union can exercise Article III Judicial Powers.

The United States Supreme Court in two cases:

Balzac v. Puerto Rico, 258 U.S. 298 (192) and Mookin v United States,

(3.)

303 U.S. 201 (1938).

Made it clear that a "District Court of the United States" described a court created under Article III and a "United States District Court" described a Territorial Court. The former identified a Constitutional Court of The United States exercising the Judicial powers of The United States and the latter merely identifies a court for a district of The Government of The United States. (Judiciary Act of 1789)

(3.) As I have already challenged this court's Jurisdiction, I would like the court to answer the following:

(1.) Identify Article of Constitution under which this court was established.

(2.) Document describing Territory that comprimises court's judicial district.
(All Trial Courts must have districts which shall have been previously ascerted by Law.)

(4.)

(3) Copy of the Jury Service and Selection Plan (Judiciary Act of 1789)
   (a) Can this court show or prove that the Grand Jury Jurors used to indict this case resides within the same district or composition of the Federal District Court for at least one year, before servicing as a grand juror. (Sixth Amendment requires Territorial Composition be established)

(4) It is my conclusion based on the Statute Law that pursuant to Article I or IV of the United States Constitution and therefore, The Federal District Court is limited to Territorial consisting of the lands and improvements over which the government of the United States has exclusive jurisdiction. Therefore, both the preciding judge and The United States District Court(s) of The Southern District of Texas, has no Article III judicial powers and cannot have jurisdiction over me, the accused, on this case. What the Federal Courts know as United States District Courts are ~~and~~ Federal and Territorial in that these courts implement

(5.)

Administrative Law on Territorial exclusively under The Jurisdiction of The United States. The United States District Courts established in Texas in 48 other states by The United States Statute are not article III courts. Because Congress can make law locally or nationally, it must be presumed that law enacted by Congress is Territorial in scope rather than National, <u>Foley Bros. Inc. v. Filardo 336 U.S. 281 (1949)</u>, unless a contrary intent can be shown in the legislation itself.

(5.) Congress has provided that Territorial Title 28 U.S.C. Judges appointed to The United States District Court for the District of Texas are to be appointed to an Article III court. The District Judges for the District of Texas are specifically to be appointed by The President pursuant to sections 133 and 134 of Title 28, United States code, <u>as officers of the United States but not as judges of an Article III court.</u> It can be deduced that appointment pursuant to §§ 133 and 134 of Title 28, will always produce Territorial judges, not Article III judges. United States District Court cannot legitametly serve both Local Federal and National Intrest. Congress may have been able to successfuly construct a complex Administrative Criminal

(6.)

Law process where an accused voluntarily accepts the jurisdiction of non-Article III Federal Court and Judge.

(6.) A.) For the record, I have not volunteered or accepted this District Courts jurisdiction offer or what I have been accused of. I do not live in courts jurisdiction, nor did I commit the accused act in this District Courts jurisdiction. I have told the court(s) that I am a Sovereign man, as proven by the Common Law Court, signed by twelve (12) Judges. Verified, accepted, signed and filed an Aposil by The Secretary of State from Nevada. (Court has this documentation in hand)

(B.) I have also told court that as a Sovereign Man, I have changed my plea of not-guilty to: "Bar com non Juridici" I, a Sovereign Man challenge this courts jurisdiction.

(C.) This court already knows I will not accept or contract with this court.

(D.) I have also asked this court, if this court or anyone involved with court accused case, has filed a claim against me.

(E.) I have told this court I am being held here illegaly against my God given, Constitutional Protected rights.

(F.) I have also fired the courts appointed attorney, Judge and anyone who thinks they can represent me.

(7.)

(7.) As a Texas citizen, Sovereign Man I hereby <u>demand</u> this District Court show it has jurisdiction immedeately or dismiss this case and let me go immedeately.

<u>Note</u>: I want to clarify this document is a challenge to jurisdiction and not a motion.
By law I expect this court to answer, response with-in ten (10) days after recieving this challenge.

This challenge is filed under court case No. B-04-107

Thank you,

*[signature]*

Carlos Jorge of The Hinojosa family
Sovereign Man, recognized by The Common Law Court and Secretary of State of Nevada
all God given rights protected under the U.S. Constitution and Constitution of The Republic of Texas
all rights reserved under UCC-1 and UCC-1-207
all rights reserved under Copy Rights Laws & Regulations

(8.)