United States District Court
Southern District of Texas
FILED

OCT 26 2004

Michael N. Milby
Clerk of Court

October 26, 2004

Case No: B-04-107

Judge Hilda Tagle
United States District Court
600 E. Harrison St.
Brownsville, TX [78520]

Re: Second (2nd) "Jurisdictional" Challenge

Dear Judge Tagle,

  This will be my <u>second (2nd)</u> and <u>final</u> <u>Notice</u> of <u>Jurisdictional</u> <u>Challenge</u> to your District Court in Brownsville, Texas.

  I have obtained the federal Court research of Dr. Eduardo M. Rivera, who recieved a Juris Doctor degree from the University of California of Los Angeles in 1971 and has been a member of The Bar of California since June 2, 1972. In addition to his legal education and experience, he has a Bachelors Degree in Government. I want to verify certain facts about the status of the United States District Court.

  I have been told that I could request, or obtain a copy of The Jury Service and Selection Plan approved by The Appeals Court, as well as the Geographical

(1) ①

Boundries of The United States District Court Southern District of Texas Division Brownsville, Texas, From The Office of Clerk of that court, or directly from the preciding Judge responsible for that territorial area.
(Clerk from your court, could not provide information above requested)

NOTICE!
 This is my second (2nd) and final request for your District Court to provide the following:

(A.) Identify Article(s) of Constitution under which this court (United States District Court Southern District of Texas, Brownsville, Texas Division) was established.

(B.) Document(s) describing territory that comprimises this court's Judicial District.
(all trial courts must have districts which shall have been previously ascertained by law)

(C.) Copy of The Jury Service and Selection Plan (Judiciary Act of 1789)
(1.) Can this court show or prove evidence that all The Grand Jury Jurors, used to indict this (accused) case, resided within the same district or composition of The Federal District Court for at least one year, before serving as a Grand Juror. (Sixth (6th) Amendment requires Territorial Composition be established.)   (2)

Two (2) United States Supreme Court cases:

Balzac v. Puerto Rico, 258 U.S. 298 (192)
Mookin v. United States, 303 U.S. 201 (1938)

These two (2) cases make it very clear that a "District Court of The United States", described a court created under Article III and a "United States District Court" described a territorial court. The former identified a Constitutional Court of The United States exercising The Judicial Powers of the United States. The latter, your court in Brownsville, Texas, merely identifies a a court for a District of Government of the United States. (Judiciary Act of 1789)

Congress has provided that Territorial Title 28 U.S.C. Judges appointed to The United States District Court for the District of Texas are to be appointed to an Article III court. The District Judges for The District of Texas are specifically to be appointed by The President pursuant to sections 133 and 134 of Title 28, United States Code, as officers of The United States but not as Judges of an Article III court. It can be deduced that appointment pursuant to §§ 133 and 134 of Title 28, will always produce territorial judges, not Article III judges. United States District Court cannot legitamately serve both Local Federal and National Intrest. Congress may have been able to successfully construct a complex Administrative Criminal Law process where an accused voluntarily accepts the jurisdiction" (3

of Non-Article III Federal Court and Judge.

(A.) For the record, I have not volunteered or accepted this District Court's jurisdiction offer or what I have been accused of. I do not live in courts jurisdiction, nor did I commit the accused acts in this District Court's jurisdiction. I have told the court(s) that I am a Sovereign Man, as proven by The Common Law Court, signed by twelve (12) Justices. Verified, accepted, signed and filed an Aposil by The Secretary of State from Nevada. (Court has documentation on hand.)

(B.) I have also told the court that as a Sovereign Man, I have changed my plea of not-guilty to: "Bar Com non Juridici" I, a Sovereign Man, challenge this courts jurisdiction.

(C.) This court already knows I will not accept or contract with this court. (United States District Court Brownsville, Texas)

(D.) I have also asked this court, if this court or anyone involved with this court accused case, has filed a claim against me.

(E.) I have told this court I am being held here illegaly against my God given, Constitutional Protected Rights.

(F.) I have also fired the courts appointed attorney, Judge and anyone who thinks they can represent me. (Court's appointed Attorney name is Rudy Rodriguez)

(4)

(6.) Therefore, it is _not_ "what" is done that is relevant, but "where" the act(s) takes place, for The United States District Court to have jurisdiction over the matter.
40 U.S.C. 255
(See Adams v. United States. 319 U.S. 312, 313)

In conclusion, as a Republic of Texas Citizen, Sovereign Man, I hereby (second (2nd) and final time) demand this District Court show evidence it has jurisdiction immedeatly or dismiss this case and let me (the accused), go.

Note: I want to clarify this Challenge Document is a challenge to District Court's Jurisdiction and not a motion to the District Court to hear at a later date.

By law, I expect this District Court to answer, respond within three (3) days after recieving this challenge document.

Notice: If District Court does not answer or respond within three (3) days. Your not responding to second (2nd) challenge will be recieved or accepted by me (the accused) as evidence that your District Court does not have jurisdiction.

(5)

After three (3) days time, I will notify you and your District Court of Default by not responding, answering Jurisdictional Challenge.

I will then file for a default Judgement of Non-Jurisdiction for release, on my behalf (the accused) against you and your District Court. I will then file a personal complaint against you Judge Tagle.

A copy of amended original challenge (dated/filed 2004 Oct.15 P.M. 2:59) is attached. This second (2nd) challenge has been filed under case no: B-104-107.

Thank you,

~~Carl-Jorge of the Hi. family~~
Carlos Jorge of the / Hinojosa family
Sovereign Man, recognized by the Common Law Court and Secretary of State of Nevada
all God given rights protected under the U.S. Constitution and Constitution of the Republic of Texas
all rights reserved under UCC-1 and UCC-1-207
all rights reserved under Copy Rights Laws and Regulations

(6)