United States District Court
Southern District of Texas
FILED
NOV 01 2004
Michael N. Milby
Clerk of Court

October 29, 2004

Case No: B-04-107

Judge Hilda Tagle
United States District Court
600 E. Harrison
Brownsville, TX 78520

Re: Notice of Default

Dear Judge Tagle,

    This letter is to notify you and your District Court, that by not responding or answering to my Jurisdictional Challenge within the time allowed by law, you and your District Court have "Defaulted".

    Therefore as of today, I will file for a Judgement of Default and for release for The Accused, (Carlos Jorge of the Hinojosa Family).

This letter has been filed under case no: B-04-107

Thank you,

Carlos Jorge of the Hinojosa Family