UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

NOV 2 9 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES | * | |
| OF AMERICA | * | |
| | * | |
| v. | * | CASE NO.: B-04-107 |
| | * | |
| CARLOS JORGE | * | |
| HINOJOSA | * | |

# DEMAND TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION

## I. INTRODUCTION

1.  Plaintiff is the UNITED STATES OF AMERICA, a name foreign to the English Language.

2.  Defendant is CARLOS JORGE HINOJOSA, a name foreign to the English Language.

3.  Plaintiff and Defendant are both foreign to Texas and to the English Language.

4.  The man being restrained of his liberty is called Carlos Jorge of the Hinojosa Family, a sovereign man recognized by the Common Law Court (See 7th

Amendment to the Constitution for the United States of America) and the Secretary of The State of Nevada and is the Petitioner, herein.

5. Carlos Jorge of the Hinojosa Family does business as CARLOS JORGE HINOJOSA.

6. Defendant has cancelled, forfeited, waived, and declined all benefits and privileges from the United States and its instrumentalities.

7. Defendant has objected to the 14th amendment and is not a citizen of the United States.

8. Defendant has reserved his rights under the Uniform Commercial Code at Article I, § 207 and has exercised the remedy provided to Defendant whereby Defendant might reserve Defendant's Common Law Right not to be compelled to perform under any contracts, commercial agreements or bankruptcy in which Defendant did not enter knowingly, intentionally, and voluntarily, with full disclosure of all relevant facts, meeting of the minds, specified obligations, and mutual exchange of **fair consideration.**

9. Further, by such "Reservation of Right at U.C.C. 1-207, Defendant has notified all administrative agencies and agents of Local, State, and Federal governments and their instrumentalities, that, Defendant **does not and will not accept any and all liability** associated with any and all **compelled benefits** of any and all such unrevealed contracts, commercial agreements or bankruptcy, be they Admiralty or otherwise. **Such benefits include but are not limited to the Use of Federal Reserve Notes to discharge debts in equity with limited liability, and any such Use is by compelled Necessity as a matter of survival only.**

10. Carlos Jorge of the Hinojosa Family is an *Idem Sonans* of the Defendant.

11.　This Honorable Court lacks Subject Matter Jurisdiction over Petitioner who must be dismissed from this case and over CARLOS JORGE HINOJOSA and the case must be dismissed.

## II. SUMMARY OF FACTS AND ARGUMENTS

12.　This Court is not an Article III Court established under the Constitution for the United States of America and has no jurisdiction over Petitioner. The Plaintiff has not demonstrated that this Court has the Subject Matter Jurisdiction to hear this claim. This Court has no jurisdiction over Petitioner, Defendant, and the case.

13.　"Once jurisdiction is challenged, the court cannot proceed when it clearly appears that the court lacks jurisdiction, the court has no authority to reach merits, but, rather, should dismiss the action." *Melo* v. *US*, 505 F2d 1026.

14.　"There is no discretion to ignore the lack of jurisdiction." *Joyce* v. *US*, 474 F2d 215.

15.　"The burden shifts to the court to prove jurisdiction." *Rosemond* v. *Lambert*, 469 F2d 416.

16.　"Court must prove on the record, all jurisdiction facts related to the jurisdiction asserted." *Lantana* v. *Hopper*, 102 F2d 188; *Chicago* v. *New York*, 37 F Supp 150.

17.　"A universal principle as old as the law is that the proceedings of a court without jurisdiction are a nullity and its judgment therein without effect either on person or property." *Norwood* v. *Renfield*, 34 C 329; *Ex parte Giambonini*, 49 P. 732.

18. "Jurisdiction is fundamental and a judgment rendered by a court that does not have jurisdiction to hear is void *ab initio*." *In Re Application of Wyatt*, 300 P. 132; *Re Cavitt*, 118 P2d 846.

19. "Thus, where a judicial tribunal has no jurisdiction of the subject matter on which it assumes to act, its proceedings are absolutely void in the fullest sense of the term." *Dillon v. Dillon*, 187 P 27.

20. "A court has no jurisdiction to determine its own jurisdiction, for a basic issue in any case before a tribunal is its power to act, and a court must have the authority to decide that question in the first instance." *Rescue Army v. Municipal Court of Los Angeles*, 171 P2d 8; 331 US 549, 91 L. ed. 1666, 67 S.Ct. 1409.

### III. DEMAND FOR RELEASE

21. Based on the aforementioned, Petitioner hereby demands his release immediately, as no jurisdiction to hold him exists.

22. Petitioner is being held illegally and against his will by the East Hidalgo Detention Center, by Alberto Bravo, Warden, at West 107, La Villa, Texas.

### IV. INCORPORATION

23. The Petitioner hereby incorporates all other motions, acts, demands, challenges, notices, etc... previously filed with this court.

### V. CONCLUSION

For the aforementioned reasons stated, this Honorable Court lacks Subject Matter jurisdiction and should dismiss the case and release Petitioner.

DATED: _____

Without Prejudice UCC 1-207, 1-103

*Carlos Henigan*
Per Se

## VERIFICATION

STATE OF TEXAS           \*
COUNTY OF HIDALGO        \*

BEFORE ME, the WITNESS, on this day personally appeared the undersigned, being over the age of 18 years and of sound mind, and did state under oath the following:

I hereby state that all that is listed and attached:

DEMAND TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION, is within my personal knowledge and is true and correct to the best of my knowledge.

_____
Signature

WITNESSED BEFORE ME on this the \_\_\_\_\_ day of November, 2004, by
_____.

_____
Witness

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this, the 24Th day of November 2004, I mailed a copy of the attached:

**DEMAND TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

United States Attorney General's Office

Address: _____

_____

_Carlos Hinojosa_
**Signature**

Respectfully Submitted THIS 24th day of November 2004.

/s/ Jorge of the Zji family
CARLOS JORGE (of the HINOJOSA family)

**BOBBY J. CONTRERAS**
Notary Public, State of Texas
My Commission Expires
April 11, 2007

Sworn to and subscribed before me on this 29th day of November, 2004.

Bobby J Contreras