RECEIVED MAY 1 6 2004
ORIGINAL
FILED MAY 1 6 2004

Nevada state court

Nevada state court
superior court
common law venue
original and exclusive jurisdiction
united States of America
organic Nevada republic

Nevada state court

| | | |
|---|---|---|
| Nevada state court | § § | Carlos Jorge: Hinojosa |
| Nevada republic | § § § | To: 1. COUNTY OF HIDALGO (sic) |
| united States of America | § § § | 2. STATE OF TEXAS (sic) 3. UNITED STATES (sic) |

## SOVEREIGNTY - FINDING OF FACTS

"In the beginning was the Word, and the Word was in God's presence, and the Word was God. He was present to God in the beginning. Through Him all things came into being, and apart from him nothing can be. Whatever came to be in Him, found life, life for the light of men. The light shines on in darkness, a darkness that did not overcome it." John 1: 1-5

"Sovereignty itself is, of course not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." Yick Wo vs Hopkins and Woo Lee vs Hopkins (118 U.S. 356).

Thomas Jefferson stated in the Declaration of Independence that "men are created with certain unalienable rights and to secure (guarantee) those rights governments are instituted. These governments derive their just powers from the consent of the governed."

The successful war for American Independence was formally brought to a close in the year 1783 with the signing of the Treaty of Peace. Article 1 of the Treaty clearly states that King George of England "acknowledges the United States viz the thirteen colonies are free, sovereign and independent States... and relinquishes all claims to the government, property, and territorial rights of the same..."

The United States Supreme Court declares that the "Sovereignty" remains with the "people" and resides with the "people"... Yick Wo vs Hopkins and Woo Lee vs Hopkins (118 U.S. 356).

"There can be no limitations on the power of the people, of the united States of America; by their authority the State Constitutions are made and by their authority the Constitution for the united States of America was established... Hauenstein vs Lynham (100 U.S. 483).

The Michigan Supreme Court and the United States Supreme Court concurred and made it perfectly clear the term "person" does not include the "sovereign" and that for a sovereign to be bound by statute the sovereign must be "specifically" named. Will vs Michigan state Police (1938 105 L.Ed. 2nd 45).

# ORIGINAL

"United States vs Fox (94 U.S. 315)" states... in common usage, the term "person" does not include the sovereign. Statutes employing the phrase are ordinarily construed to exclude it.

"Acts of Congress" are not applicable to "sovereigns" in the 50 states. 18 USC, Rule 54 C Positive Law enacted - Titles of United States Code.

It is the doctrine of the common Law that the sovereign cannot be sued in his own court without his consent. The Siren, 74 U.S. (7 Wall.) 152 (1869).

"No action can be taken against a sovereign in the non-constitutional courts of either the united states or the state courts and any such action is considered the crime of Barratry. Barratry is an offense at common law." State Vs Batson, 17 S.E. 2d 511, 512, 513.

According to the facts established, Carlos Jorge: Hinojosa, is natural, free, sovereign and born in Texas, a Republic united by and under the Constitution for the united States of America.

By the court _Donald michael; manano_ Signature
Justice _donald michael; manano_ county _Santa Clara_ Print

By the court _Darrell George;_ Signature
Justice _Darrell George;_ county _Clark_ Print

By the court _Richard Grue_ Signature
Justice _Richard Grue_ county _Clark_ Print

By the court _William Allen_ Signature
Justice _William Allen_ county _Clark_ Print

By the court _David Robert_ Signature
Justice _David Roberts_ county _Clark_ Print

By the court _Mary Carolyn_ Signature
Justice _Mary Carolyn_ county _Clark_ Print

# ORIGINAL

By the court _[signature]_
Signature

Justice  Robert Ellsworth        county  Clark
Print

By the court _Richard Lee_
Signature

Justice  Richard Lee             county  [illegible]
Print

By the court _Daniel Vienna_
Signature

Justice  Daniel Vienna           county  MARIPOSA
Print

By the court _Larry Dean_
Signature

Justice  Larry Dean              county  Clark
Print

By the court _Pat Doyle_
Signature

Justice  Pat Doyle               county  Clark
Print

By the court _Brent Hedlon_
Signature

Justice  Brent Hedlon            county  Clark

I, ____Carol Denise: Branigan____ duly appointed and commissioned, hereby witness to the above signatures, being the one's identified as the Justices, called by ____Clark____ county common law court on this _16th_ day of the ____May____ month, anno Domini 2004, and called to order by, Carlos Jorge: Hinojosa, to hear and establish the facts as stated herein, and as those facts being true, correct and certain, to any matter relating to Carlos Jorge: Hinojosa.

TO WIT: by: _[signature]_
/Sign Manual

Under the full Faith and Credit of the several states.

Carol Denise; Branigan
dejure Notary by necessity  _Carol Denise; Branigan_
Clark county, Nevada state         Common law Notary
Commission expires - Life
                                    My commission expires  _Life_
fee $1.00

Sovereignty, Finding of Fact
Page 3 of 3