RECEIVED
MAY 16 2004

ORIGINAL FILED
MAY 16 ...

Nevada state court

Nevada state court
superior court
common law venue
original and exclusive jurisdiction
united States of America
organic Nevada republic

Nevada state court

## NOTICE OF EXPATRIATION

| | | |
|---|---|---|
| Nevada state court | § | Carlos Jorge: Hinojosa |
| | § | |
| Nevada state | § | TO: |
| | § | 1.   COUNTY OF HIDALGO (sic) |
| united States of | § | 2.   STATE OF TEXAS (sic) |
| America | § | 3.   UNITED STATES (sic) |
| | § | |

### NOTICE OF EXPATRIATION
### By Common Law Affidavit

I, Carlos Jorge: Hinojosa, am natural born, free, and sovereign. I have unalienable Rights and have no obligation to the STATE OF TEXAS or to the UNITED STATES or any subdivisions thereof.

1.    I explicitly reject any and all benefits of the Uniform Commercial Code, and cite its provisions herein only to serve notice upon all agencies of government, whether international, national, state or local, that they, and not I, are subject to, and bound by, all of the provisions, whether cited herein or not; and,

2.    That my explicit reservation of rights has served notice upon all agencies of government of the "Remedy" they must provide for me upon Article 1, section 207 of the Uniform Commercial Code, whereby I have explicitly reserved my common law right not to be compelled to perform under any contract, commercial agreement, or bankruptcy that I have not entered into knowingly, voluntarily, and intentionally; and,

3.    That my explicit reservation of rights has served notice upon all agencies of government that they are all limited to proceeding against me only in harmony with the common law and that I do not, and will not, accept the liability associated with the "compelled" benefit of the unrevealed contracts, commercial agreements, or bankruptcy; and,

ORIGINAL

4.    That my valid reservation of rights has preserved all my rights and prevented the loss of any such rights by application of the concept of waiver or estoppel.

WITH SPECIAL, EXPRESS AND EXPLICIT RESERVATIONS OF ALL GOD-GIVEN UNALIENABLE RIGHTS WAIVING NONE EVER IN THIS COUNTRY TEXAS IN AMERICA, I, Carlos Jorge: Hinojosa, declare this statement is true and correct.

by: _____
        Carlos Jorge: Hinojosa

Dated this 16th day of ____May____, Anno Domini 2004



Carol Denise; Branigan
dejure Notary by necessity
Clark county, Nevada state
Commission expires - Life

_Carol Denise; Branigan_  common law Notary

My commission expires ___Life___

Notice of Expatriation
Page 2 of 2

## ACTUAL NOTICE OF **IN ITINERE STATUS**

Respond to:
Carlos Jorge: Hinojosa
temporary mailing location
c/o 309 East Liberty Drive,
Mercedes
Texas [78570]

Actual Notice of In Itinere Status

To whom it may concern: including but
not limited to any and all instrumentalities,
agents, employees, and/or contractors of
the UNITED STATES or its subdivisions

Dated:  the _11_ day of the ___06___ month in
the year of our Lord, Jesus, The Christ,
two thousand four.

This notice is forwarded to you for official signature and seal of approval.

I, Carlos Jorge: Hinojosa, am in this country, (THE UNITED STATES), but not of this country, I am neutral. See Exhibits consisting of: Sovereignty-Findings of Facts, pages one through three; Certified copy of birth certificate, one page; Statement of Social Security Number, one page; Copy of State of Texas Driver's License, one page; Notice of Expatriation by common law Affidavit, pages one and two; total of eight pages.

I am here temporarily. I came from my Father's land, and my intentions, and hope is that my actions and deeds while I am here, will allow me to go back to my Father's land.

I will live among your people, I will do business with your people, but I will not be of your people. I request in itinere status while I am in your land. This apostille is being requested from you for the purpose stated in this NOTICE.

Any response must be directed as above, and should be done within ten (10) days from the mailing of this NOTICE.

I, Carlos Jorge: Hinojosa, do this _11_ day of the ___06___ month in the year of our Lord, Jesus the Christ, two thousand four, Anno domini, set my mark and autograph, which applies heretofore and herein after as to my in intinere status.  L.S.

by: Carl – Jorgj: King /Mark

## FOR WITNESSING OR ATTESTING SIGNATURE:

The State of Nevada,
County of Clark

Signed (or attested) before me on _June 11, 2004_ by, Carlos Jorge: Hinojosa.

Notary seal/stamp

NOTARY PUBLIC
My Commission expires on _3-7-06_

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
A. DALGORD
Appt. No. 94-4245-1
My Appt. Expires March 7, 2006



# SECRETARY OF STATE

**STATE OF NEVADA**

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country **United States of America**

   This public document

2. has been signed by  A. DALGORD

3. acting in the capacity of NOTARY PUBLIC STATE OF NEVADA

4. bears the seal/stamp of  A. DALGORD
CERTIFIED

5. at  **Carson City, Nevada, U.S.A.**

6. the  FOURTEENTH DAY OF JUNE, 2004

7. by **Dean Heller** Secretary of State, State of Nevada, U.S.A.

8. Number  63674

9. Seal/Stamp:                    10. Signature:

Dean Heller
Secretary of State

THERESA FIELD
Certification Clerk