**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Mr. Carlos Jorge Hinojosa
   309 East Liberty Drive
   Mercedes, TX  78570

   CA B04-107 (1/10/05 R&R)

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Emma Hinojosa*    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Emma Hinojosa
C. Date of Delivery: 1-15-05

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7003 1680 0006 5214 1581

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1