MARCH 07, 2005                                    CASE NO.: B-04-107

Judge Hilda Tagle
United States District Court
600 E. Harrison St.
Brownsville, TX 78520

United States District Court
Southern District of Texas
FILED

MAR 11 2005

Michael N. Milby
Clerk of Court

Re: **NOTICE OF APPEAL**, against Ruling on being my own Representative (Pro-se)

Dear Judge Tagle,

This is my Notice of Appeal to your court and yourself, that **I will Appeal** your Ruling on me Representing Myself. Copy of Appeal will be sent to you in the next few days.

Thank you,

Carlos Jorge Hinojosa
A Free and Lawful Sovereign Man
with no Waiver of Law or legal Rights.

United States District Court
Southern District of Texas
RECEIVED

MAR 11 2005

Michael N. Milby, Clerk