Case No.: B-04-107

Judge Hilda Tagle
United States District Court
600 E. Harrison St.
Brownsville, Texas 78520

I.D. No.: B-34033179

United States District Court
Southern District of Texas
FILED

MAR 14 2005

Michael N. Milby
Clerk of Court

Re:  NOTICE OF DEFAULT,
~~CASE TO~~ be dismissed,   (AND)
Deman for immediate Release

Dear Judge Hilda Tagle,

This is My Notice to you, your Honorable Court, U.S. Attorney, and to District Court Clerk.

All of you together and individualy, Have All Defaulted due to your action or non-action to Provid the "Deman For Grand Jury Transcript" Certified Records by Law, under Fedral Rules of Procedures, Rules 1867 and 1868. All of you together and individualy Have Not Responded within the seven (7) days Required by Law to Provid the Certified Grand Jury Transcript Records (Copies) within a Timely Manner as Required by Law.

Your Failure as a group or individualy to Provid the Demaned Grand Jury Transcript Records Is an Admission and Agreement

(Pg 1 of 3)

by Presiding Judge, said Clerk, and U.S. Attorney, together and individualy that <u>No Grand Jury Transcript Records Exist</u>, <u>Making the Grand Jury indictment Illegal and therefore Void.</u> I, Carlos Jorge Hinojosa, (the accused) Hereby "<u>Deman</u>" This case be <u>dismissed</u> and that <u>I be Released immediately</u>.

Failure on Presiding Judge Tagle and her court <u>Not to Release Me</u> (the accused) <u>within 48 hours</u> of receiving This Filed Notice of Default Notice. I will File immidiatly with the 93rd District Court, This information and documents as Added Proof This District Court and Presiding Judge <u>Do Not</u> Have <u>Jurisdiction</u> or <u>Judicial Powers</u> over This (my case) matter. I will also File Complaints, Grievances, Lawsuites and Deman For an immediate investigation into This case and all involed as to what I belived to be a Conspiracy against Me (the accused). I will press for all as a group and individualy to be Reprimanded, impeached, Fired, Fined, Arrested and anything else the Law allows.

This is For All named and not knowned at this time as involed.

(Ps 2 of 3)

I, CARLOS JORGE HINOJOSA, Verify under My unlimited Commercial liability that The above declaration is True, correct and NOT Misleading.

Presented This 14th day in March, 2005, with No wavier of law or legal Rights.

by: /s/ Carlos Jorge H.
   Carlos Jorge Hinojosa
   A Free AND Lawful Sovereign Man

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing Notice of Default and Disclosure of Interested Parties was served on this date by first class and by certified mail, postage prepaid, addressed as follows:

Judge Hilda Tagle
United State District Court
600 E. Harrison St.
Brownsville, Texas 78520

U.S. Attorney
Southern District of Texas
1701 W. Hwy 83, Suite 600
McAllen, Texas 78501

United States District Court Clerk
600 E. Harrison St.
Brownsville, Texas 78520

C.C.: NOTICE:

The following will receive a package of information related to this case, if not released after 48 hours:

93rd State District Court, Edinburg, Hidalgo County, Texas
Hidalgo County Judge
Hidalgo County Sheriff

5th Circuit Court
Judiciary Committee for all Courts, Washington, D.C.
Artical III Court, Washington, D.C.

Channel 5 T.V.
Channel 4 T.V.

The Monitor Newspaper
The Valley Morning Star Newspaper

U.S. Congressman Solomon Ortiz
U.S. Congressman Ruben Hinojosa

Texas Senator Eddie Lazio
Representative Juan Hinojosa
Representative Mike Wize