United States District Court
Southern District of Texas
FILED

MAR 3 0 2005

Michael N. Milby
Clerk of Court

Judge Hilda Tagle
United States District Court
600 E. Harrison St.
Brownsville, Texas 78520

Cause B04107

Re: <u>Dismissal of accused case</u> (and)
<u>Release of the accused Carlos Jorge Hinojosa</u>

Honorable Judge Tagle,

I come to your court for the following:

<u>For the Record</u>

I, Carlos Jorge of the Hinojosa family, have not given any authority over me, nor have I voluntarily agreed, accepted or contracted for any benefits from the United States Government, District Court, Judges, or its instrumentalities; and I do not waive law or any of my legal constitutional or God's unalienable given rights.

(Pg 1 of 4)

## Sovereignty

I, CARLOS JORGE of the Hinojosa family, AM A FREE AND LAWFUL SOVEREIGN MAN. Reconized by The Nevada Common Law Court, Signed by 12 Justices. Accepted and Reconized by the Secretary of the State of Nevada, who signed, Filed and issued an Apostille. See 7th Amendment to the Constitution For The United States of America.

Here is a copy of my Sovereignty:

(A) Sovereignty - Finding of Facts,

(B) Notice of Expatriation,

(C) Notice of in itinere Status,

(d) Apostille

THIS COURT KNOWS, I HAVE CHALLENGED THIS DISTRICT COURT AND JUDGE AS NOT HAVING ARTICLE III JURISDICTION OR JUDICIAL POWERS. I HAVE DEMANDED THE COURT AND JUDGE PROVE IT HAS JURISDICTION AND JUDICIAL POWERS AS REQUIRED BY THE CONSTITUTION. BY NOT ANSWERING OR RESPONDING IN A TIMELY MANNER AS THE LAW REQUIRES. THIS COURT AND JUDGE HAVE DEFAULTED.

I HAVE ALSO DEMANDED THIS COURT AND JUDGE ORDER THE U.S.D. CLERK PROVIDE ME A CERTIFIED COPY OF THE GRAND JURY TRANSCRIPTS AS PROVIDED BY FEDERAL RULES OF CRIMINAL PROCEDURES, RULE 16(a) AND FEDERAL RULE OF CIVIL PROCEDURES RULES 1867 AND 1868.

IN: Adams Supra @ 35

SINCE THE GOVERNMENT HAD NOT ACCEPTED JURISDICTION IN THE MANNER REQUESTED BY THE ACT, THE FEDERAL COURT HAD NO JURISDICTION OF THIS PROCEEDING.
IN THIS VIEW It is IMMATERAL THAT LOUISIANA STATUES AUTHORIZED THE GOVERNMENT TO TAKE JURISDICTION.
SINCE AT THE CRITICAL TIME THE JURISDICTION HAD NOT BEEN TAKEN.

BECAUSE THIS COURT, JUDGE, U.S.D. CLERK AND U.S. ATTORNEY DID NOT/HAVE NOT ANSWERED, RESPONDED, OR PROVIDED THE GRAND JURY TRANSCRIPTS AS REQUIRED BY FEDERAL RULES AND PROCEDURES. ALL OF YOU TOGETHER AND INDIVIDUALY AGREE THE GRAND JURY TRANSCRIPTS DO NOT EXCEST.

BY YOUR ACTIONS, THIS MAKES THE INDICTMENT ILLEGAL AND IS NOT VOID.

THIS PROVES THIS COURT AND JUDGE DO NOT HAVE JURISDICTION OR ANY JUDICIAL POWERS OVER THIS SUBJECT MATTER.

I, CARLOS JORGE HINOJOSA, THEREFORE DEMAN THIS ACCUSED CASE BE DISMISSED AND THAT I BE RELEASED IMMEDITLEY.

I, CARLOS JORGE HINOJOSA, verify under my unlimited commercial liability that the above declaration is true, correct, and not misleading.

Presented this 28th day of March, 2005, with no waiver of law or legal rights.

by: _____
CARLOS JORGE HINOJOSA
A FREE AND LAWFUL SOVEREIGN MAN

(Pg 4 of 4)

Certificate of Service

I Hereby certify that a true and correct copy of the forgoing Dismissal of Accused case and Release of the accused and Disclosure of interested parties was served on this date by first class and by certified mail, postage prepaid, addressed as follows:

Micheal N. Milby
U.S. Attorney
1701 W. Hwy 83, Suite 600
McAllen, Texas 78501

Judge Hilda Tagle
United States District Court
600 E. Harrison St.
Brownsville, Texas 78520

Filed with:

District Clerk
United States District Court
600 E. Harrison St.
Brownsville, Texas 78520