

# SECRETARY OF STATE
## STATE OF NEVADA

## APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country **United States of America**

   This public document

2. has been signed by **A. DALGORD**

3. acting in the capacity of **NOTARY PUBLIC STATE OF NEVADA**

4. bears the seal/stamp of **A. DALGORD**
CERTIFIED

5. at **Carson City, Nevada, U.S.A.**

6. the FOURTEENTH DAY OF JUNE, 2004

7. by **Dean Heller** Secretary of State, State of Nevada, U.S.A.

8. Number 63674

9. Seal/Stamp:            10. Signature: *Dean Heller*

                                                              Dean Heller
                                                             Secretary of State

                                                             *Theresa Field*

                                                             THERESA FIELD
                                                             Certification Clerk

## ACTUAL NOTICE OF IN ITINERE STATUS

Respond to:
Carlos Jorge: Hinojosa
temporary mailing location
c/o 309 East Liberty Drive,
Mercedes
Texas [78570]

Actual Notice of In Itinere Status

To whom it may concern: including but not limited to any and all instrumentalities, agents, employees, and/or contractors of the UNITED STATES or its subdivisions

Dated: the __11__ day of the __06__ month in the year of our Lord, Jesus, The Christ, two thousand four.

This notice is forwarded to you for official signature and seal of approval.

I, Carlos Jorge: Hinojosa, am in this country, (THE UNITED STATES), but not of this country, I am neutral. See Exhibits consisting of: Sovereignty-Findings of Facts, pages one through three; Certified copy of birth certificate, one page; Statement of Social Security Number, one page; Copy of State of Texas Driver's License, one page; Notice of Expatriation by common law Affidavit, pages one and two; total of eight pages.

I am here temporarily. I came from my Father's land, and my intentions, and hope is that my actions and deeds while I am here, will allow me to go back to my Father's land.

I will live among your people, I will do business with your people, but I will not be of your people. I request in itinere status while I am in your land. This apostille is being requested from you for the purpose stated in this NOTICE.

Any response must be directed as above, and should be done within ten (10) days from the mailing of this NOTICE.

I, Carlos Jorge: Hinojosa, do this __11__ day of the __06__ month in the year of our Lord, Jesus the Christ, two thousand four, Anno domini, set my mark and autograph, which applies heretofore and herein after as to my in intinere status. L.S.

by: _Carlos - Jorge ; Hinojosa_
Mark

### FOR WITNESSING OR ATTESTING SIGNATURE:

The State of Nevada
County of Clark

Signed (or attested) before me on June 11, 2004 by, Carlos Jorge: Hinojosa.

Notary seal/stamp

NOTARY PUBLIC
My Commission expires on 3-7-06

NOTARY PUBLIC
STATE OF NEVADA
County of Clark
A. DALGORD
Appt. No. 94-4245-1
My Appt. Expires March 7, 2006

RECEIVED MAY 16 2004
ORIGINAL
FILED MAY 16 ...

Nevada state court

Nevada state court
superior court
common law venue
original and exclusive jurisdiction
united States of America
organic Nevada republic

Nevada state court

## NOTICE OF EXPATRIATION

| | | |
|---|---|---|
| Nevada state court | § § | Carlos Jorge: Hinojosa |
| Nevada state | § § | TO: |
| | § | 1. **COUNTY OF HIDALGO** (sic) |
| united States of America | § § | 2. **STATE OF TEXAS** (sic) |
| | § § | 3. **UNITED STATES** (sic) |

### NOTICE OF EXPATRIATION
### By Common Law Affidavit

I, Carlos Jorge: Hinojosa, am natural born, free, and sovereign. I have unalienable Rights and have no obligation to the STATE OF TEXAS or to the UNITED STATES or any subdivisions thereof.

1. I explicitly reject any and all benefits of the Uniform Commercial Code, and cite its provisions herein only to serve notice upon all agencies of government, whether international, national, state or local, that they, and not I, are subject to, and bound by, all of the provisions, whether cited herein or not; and,

2. That my explicit reservation of rights has served notice upon all agencies of government of the "Remedy" they must provide for me upon Article 1, section 207 of the Uniform Commercial Code, whereby I have explicitly reserved my common law right not to be compelled to perform under any contract, commercial agreement, or bankruptcy that I have not entered into knowingly, voluntarily, and intentionally; and,

3. That my explicit reservation of rights has served notice upon all agencies of government that they are all limited to proceeding against me only in harmony with the common law and that I do not, and will not, accept the liability associated with the "compelled" benefit of the unrevealed contracts, commercial agreements, or bankruptcy; and,

ORIGINAL

4. That my valid reservation of rights has preserved all my rights and prevented the loss of any such rights by application of the concept of waiver or estoppel.

WITH SPECIAL, EXPRESS AND EXPLICIT RESERVATIONS OF ALL GOD-GIVEN UNALIENABLE RIGHTS WAIVING NONE EVER IN THIS COUNTRY TEXAS IN AMERICA, I, Carlos Jorge: Hinojosa, declare this statement is true and correct.

by: /s/ Carlos Jorge: Hinojosa
Carlos Jorge: Hinojosa

Dated this 16th day of May, Anno Domini 2004



Carol Denise; Branigan
dejure Notary by necessity   common law Notary   /s/ Carol Denise; Branigan
Clark county, Nevada state
Commission expires - Life   My commission expires  Life

# ORIGINAL

By the court _[signature]_
Signature
Justice __Robert Ellsworth__ county __Clark__
Print

By the court _[signature]_
Signature
Justice __Richard Lee__ county __[illegible]__
Print

By the court _[signature]_
Signature
Justice __Daniel Vienna__ county __MARIPOSA__
Print

By the court _[signature]_
Signature
Justice __Larry Dean__ county __Clark__
Print

By the court _[signature]_
Signature
Justice __Pat Doyle__ county __Clark__
Print

By the court _[signature]_
Signature
Justice __Brent Hadlon__ county __Clark__

I, ____Carol Denise: Branigan____ duly appointed and commissioned, hereby witness to the above signatures, being the one's identified as the Justices, called by ____Clark____ county common law court on this __16th__ day of the ____May____ month, anno Domini 2004, and called to order by, Carlos Jorge: Hinojosa, to hear and establish the facts as stated herein, and as those facts being true, correct and certain, to any matter relating to Carlos Jorge: Hinojosa.

TO WIT: by: _[signature]_
/Sign Manual

Under the full Faith and Credit of the several states.

Carol Denise; Branigan
dejure Notary by necessity ____Carol Denise; Branigan____
Clark county, Nevada state                Common law Notary
Commission expires - Life
                                  My commission expires ____Life____
fee $1.00

Sovereignty, Finding of Fact
Page 3 of 3

ORIGINAL

"United States vs Fox (94 U.S. 315)" states... in common usage, the term "person" does not include the sovereign. Statutes employing the phrase are ordinarily construed to exclude it.

"Acts of Congress" are not applicable to "sovereigns" in the 50 states. 18 USC, Rule 54 C Positive Law enacted - Titles of United States Code.

It is the doctrine of the common Law that the sovereign cannot be sued in his own court without his consent. The Siren, 74 U.S. (7 Wall.) 152 (1869).

"No action can be taken against a sovereign in the non-constitutional courts of either the united states or the state courts and any such action is considered the crime of Barratry. Barratry is an offense at common law." State Vs Batson, 17 S.E. 2d 511, 512, 513.

According to the facts established, Carlos Jorge: Hinojosa, is natural, free, sovereign and born in Texas, a Republic united by and under the Constitution for the united States of America.

By the court _Donald michael; manano_
Signature
Justice _donald michael; manano_ county _Santa Clara_
Print

By the court _Darrell George;_
Signature
Justice _Darrell George;_ county _Clark_
Print

By the court _Richard Gene_
Signature
Justice _Richard Gene_ county _Clark_
Print

By the court _William Allen_
Signature
Justice _William Allen_ county _Clark_
Print

By the court _David Robert_
Signature
Justice _David Roberts_ county _Clark_
Print

By the court _Mary Carolyn_
Signature
Justice _Mary Carolyn_ county _Clark_
Print

Sovereignty, Finding of Facts
Page 2 of 3

RECEIVED MAY 16 2004 Nevada state court

ORIGINAL

FILED MAY 16 2004 Nevada state court

Nevada state court
superior court
common law venue
original and exclusive jurisdiction
united States of America
organic Nevada republic

| | | |
|---|---|---|
| Nevada state court | § | Carlos Jorge: Hinojosa |
| | § | |
| Nevada republic | § | To: |
| | § | 1. COUNTY OF HIDALGO (sic) |
| united States of | § | 2. STATE OF TEXAS (sic) |
| America | § | 3. UNITED STATES (sic) |
| | § | |

## SOVEREIGNTY - FINDING OF FACTS

"In the beginning was the Word, and the Word was in God's presence, and the Word was God. He was present to God in the beginning. Through Him all things came into being, and apart from him nothing can be. Whatever came to be in Him, found life, life for the light of men. The light shines on in darkness, a darkness that did not overcome it." John 1: 1-5

"Sovereignty itself is, of course not subject to law, for it is the author and source of law; but in our system, while sovereign powers are delegated to the agencies of government, sovereignty itself remains with the people, by whom and for whom all government exists and acts." Yick Wo vs Hopkins and Woo Lee vs Hopkins (118 U.S. 356).

Thomas Jefferson stated in the Declaration of Independence that "men are created with certain unalienable rights and to secure (guarantee) those rights governments are instituted. These governments derive their just powers from the consent of the governed."

The successful war for American Independence was formally brought to a close in the year 1783 with the signing of the Treaty of Peace. Article 1 of the Treaty clearly states that King George of England "acknowledges the United States viz the thirteen colonies are free, sovereign and independent States... and relinquishes all claims to the government, property, and territorial rights of the same..."

The United States Supreme Court declares that the "Sovereignty" remains with the "people" and resides with the "people"... Yick Wo vs Hopkins and Woo Lee vs Hopkins (118 U.S. 356).

"There can be no limitations on the power of the people of the united States of America; by their authority the State Constitutions are made and by their authority the Constitution for the united States of America was established... Hauenstein vs Lynham (100 U.S. 483).

The Michigan Supreme Court and the United States Supreme Court concurred and made it perfectly clear the term "person" does not include the "sovereign" and that for a sovereign to be bound by statute the sovereign must be "specifically" named. Will vs Michigan state Police (1938 105 L.Ed. 2nd 45).