United States District Court
Southern District of Texas
ENTERED

APR 0 5 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| CARLOS JORGE HINOJOSA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIV. ACTION NO. B-04-107 |
| | § | (CRIM. NO. M-03-1010-1) |
| ALBERT BRAVO, In charge of East Hidalgo | § | |
| Federal Detention Center, | § | |
| Respondent. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

Before the Court is the Report and Recommendation of the Magistrate Judge in the above-referenced civil cause of action. After a de novo review of the entire file, it is the opinion of this Court that the Magistrate Judge's Report and Recommendation should be ADOPTED.

It is therefore ORDERED, ADJUDGED, and DECREED that the Petitioner's motions, requests, and demands (Docket Nos. 12, 13, 14, 15, 16, 20 and 22) are MOOT and are hereby SUMMARILY DISMISSED with prejudice.

Furthermore, Carlos Jorge Hinojosa is warned that future frivolous filings will result in sanctions being imposed upon him in accordance with Federal Rule of Civil Procedure 11.

DONE at Brownsville, Texas, this ____ day of April, 2005.

Hilda G. Tagle
United States District Judge