United States District Court
Southern District of Texas
FILED

APR 19 2005

Michael N. Milby
Clerk of Court

United States District Court
Southern District of Texas
Brownsville, Texas

| | |
|---|---|
| United States of America<br>Plaintiff<br><br>vs.<br><br>Carlos Jorge Hinojosa<br>Defendant | Case No.: B-04-107<br><br>Motion to Dismiss Grand Jury Indictment Pursuant to Title 28 U.S.C. 1867(a) |

## I

Alleged defendant, Moving Party moves to dismiss the indictment against him on the ground of substantial failure to comply with the provisions of Title 28 U.S.C. in selecting the grand jury. Chapter 5 provides the territorial composition of the districts shall be the Federal Territory in the counties on January 1, 1945. Grand jurors are being drawn from areas that were not Federal enclaves or Federal Territories on that date violation of Federal law.

## II

The Moving Party is a Sovereign Citizen of Texas, the State of Birth.

(Pg 1 of 7)

## III

Alleged Plaintiff United States of America is the confederacy of states created by the Articles of Confederation. The Articles of Confederation by its terms binds the states of the union:

"into a firm league of firm league of friendship with each other, for their common defense, the security of their liberties, and their mutual and general welfare, binding themselves to assist each other, against all force offered to, or attacks made upon them, or any of them, on account of religion, sovereignty, trade, or any other pretence whatever."

## IV

The Articles of Confederation is law for states and, therefore, confers no authority to the United States of America to enact legislation, which imposes any duty or obligation on a citizen of one of the states.

## V

The United States is a government existing under authority of the United States Constitution. The Statutes at Large and the United State Code is Federal law enacted pursuant to the Constitution of the United States,

AND THEREFORE, ADDITIONAL LAW FOR THE STATES AND ALSO LAW BINDING ON THE THREE BRANCHES OF THE GOVERNMENT OF THE UNITED STATES. THE CONSTITUTION, THE LAWS ENACTED PURSUANT TO THE CONSTITUTION AND ALL TREATIES MADE UNDER THE AUTHORITY OF THE UNITED STATES IS THE SUPREME LAW OF THE LAND FOR THE STATES AND THE GOVERNMENT OF THE UNITED STATES.

## VI

THE CONSTITUTION AT ARTICLE I, SECTION 8, CLAUSE 17 CONFERS EXCLUSIVE LEGISLATIVE POWER

IN ALL CASES WHATSOEVER, OVER SUCH DISTRICT (NOT EXCEEDING TEN MILES SQUARE), AS MAY, BY CESSION OF PARTICULAR STATES, AND THE ACCEPTANCE OF CONGRESS, BECOME THE SEAT OF THE GOVERNMENT OF THE UNITED STATES, AND TO EXERCISE LIKE AUTHORITY OVER ALL PLACES PURCHASED BY THE CONSENT OF THE LEGISLATURE OF THE STATE IN WHICH THE SAME SHALL BE FOR THE ERECTION OF FORTS, MAGAZINES, ARSENALS, DOCK-YARDS, AND OTHER NEEDFUL BUILDINGS;...

## VII

THE MOVING PARTIES HAVE BY EXERCISING DUE DILIGENCE DISCOVERED THAT ALL LAWS ENACTED BY CONGRESS ARE APPLICABLE TO THE FEDERAL

(Pg 3 of 7)

government and are limited to that territory subject to the exclusive legislative power of Congress and not elsewhere.

### VIII

The Moving Parties have determined by exercising due diligence the charging United States grand jurors must reside within the judicial district of the United States District Court for the Southern District of Texas and that the judicial district is only comprised of the federal territory on January 1, 1945.

### IX

The Moving Parties cannot by the exercise of due diligence ascertain from a sign indictment the identy of the foreperson or the grand jury's residence, or from which division of the four divisions that comprise the United States district court for the Southern District of Texas the charging United States grand jury originates in Brownsville, Texas.

### X

Once the origin and individual residences of the charging grand jurors is known to the moving parties, they can establish that the

(4 of 7)

individual members of the charging grand jury that do not reside within a division or district of the Southern District of Texas (Brownsville, TX) judicial district.

The moving parties shall, according to the Fifth Amendment, only be held to answer for a capital or infamous crime on a presentment or indictment of a Grand Jury.

## XI

The moving parties have determined by the exercise of due diligence that the Sixth Amendment requires that:

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the state and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses ~~against him~~, in his favor, and to have the assistance of counsel for his defense.

## XII

The territorial composition of the districts and divisions is determined by reference to the first sentence of Chapter 5 of Title 28 U.S.C.: "Sections 81-131 of this chapter show the territorial composition of districts and divisions by counties as of January 1, 1945," therefore the territorial composition of §103. Texas is the Federal Territory in all of the Counties of the State.

## XIII

The oral testimony of this courts jury commissioner or court clerk will show that the names and addresses of prospective jurors are drawn from areas in the counties that do not comprise the divisions of the judicial district on January 1, 1945. The moving parties will also show by the testimony of the state's County Officers that the vast majority of all prospective Federal jurors are drawn from areas outside the judicial district.

## XIV

The moving parties ask that this court find a substantial failure to comply with the provisions of Title 28 U.S.C. and that the indictment is dismissed.

(Pg 6 of 7)

### XV

Carlos Jorge Hinojosa request consideration of this Court as to proceeding within his own proper person without aid of Counsel pursuant to the Rule of Law established in Hughes v. Rowe, 449, U.S. 5, 9; 101 S.CT. 173, 176.

### XVI

I, Carlos Jorge Hinojosa, verify under my unlimited commercial liability that the above declaration is true, correct, and not misleading.

Presented this _____ day of April, 2005, with no waiver of law or legal right.

by: /s/ Carlos Jorge Hinojosa
    Carlos Jorge Hinojosa
    A Free and Lawful Sovereign Man

(Pg 7 of 7)

# Certificate of Service

I Hereby Certify that a true and correct copy of the foregoing Motion to Dismiss Grand Jury Indictment Pursuant to Title 28 U.S.C. §1867(a) and Disclosure of Interested Parties was served on this date by First Class and by Certified Mail, Postage Prepaid, Addressed as follows:

Judge Hilda Tagle
United States District Court
600 E. Harrison St.
Brownsville, Texas 78520

c.c. Judge Rodolfo Delgado
93rd District Court
100 Closner
Edinburg, Texas 78539

Micheal N. Milby
United States Attorney
1201 W. Hwy 83, Suite 600
McAllen, Texas 78501

c.c. Hidalgo County Sheriff