UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE, TEXAS

CASE NO.: B-04-107

UNITED STATES OF AMERICA

VS.

CARLOS JORGE HINOJOSA

United States District Court
Southern District of Texas
FILED

MAY 1 1 2005

Michael N. Milby
Clerk of Court

NOTICE TO UNITED STATE DISTRICT COURT

OF FILING

WRITTEN PRESENTATION OF NON-JURISDICTION,

JUDICIAL POWERS AND PROOF THEREOF

HONORABLE COURT AND JUDGE,

PLEASE FIND ENCLOSED MY WRITTEN VERBAL PRESENTATION THAT I WOULD PRESENT TO YOUR COURT IF I WERE ALLOWED MY RIGHTS (NOT PRIVILEGE) TO TALK AND ENTER PROOF IN MY ACCUSE CASE ON MY OWN BEHALF.

FOR THE RECORD:

I, CARLOS JORGE OF THE HINOJOSA FAMILY, HAVE NOT GIVEN ANY AUTHORITY OVER ME, NOR HAVE I VOLUNTARILY AGREED, ACCEPTED OR CONTRACTED FOR ANY BENEFITS FROM THE UNITED STATES GOVERNMENT, DISTRICT COURT, JUDGES OR ITS INSTRUMENTALITIES; AND I DO NOT WAIVE LAW OR ANY OF MY LEGAL CONSTITUTIONAL OR GOD GIVEN RIGHTS.

---

I, CARLOS JORGE OF THE HINOJOSA FAMILY, AM A FREE AND LAWFUL SOVEREIGN MAN, RECGONIZED BY THE NEVADA COMMONLAW COURT, SIGNED BY 12 JUSTICES, ACCEPTED AND RECQGNIZED BY THE SECRETARY OF THE STATE OF NEVADA, WHO SIGNED, FILED AND ISSUED AN APOSTILLE.  SEE 7TH AMENDMENT TO THE CONSTITUTION FOR THE UNITED STATES OF AMERICA.  (HERE IS MY PROOF/SEE ATTACHMENT #1) <u>THAT CONTAINS THE FOLLOWING:</u> SOVEREIGNTY - FINDING OF FACTS, <u>NOTICE OF EXPATRIATION, NOTICE</u> OF IN ITINERE STATUS, AND APOSTILLE.

---

VERY FEW AMERICANS CAN PROVE THEY ARE INDEED CITIZENS OF THE UNITED STATES.  A BIRTH CERTIFICATE ONLY PROVES THEY ARE CITIZENS OF THE STATE THEY WERE BORN IN.  IF THEY KNOW THE DIFFERENCE BETWEEN A STATE CITIZEN WITH ALL THERE GOD GIVEN AND CONSTITUTIONAL RIGHTS, COMPAIRED TO A CITIZEN OF THE UNITED STATES (WHICH IS REALLY FOR ILLEGALS) WITH VERY LIMITED RIGHTS; THEY WOULD STOP SAYING "I AM AN AMERICAN CITIZEN" AND START SAYING, I AM A CITIZEN OF TEXAS, OR THE STATE THEY WERE BORN IN.

UNITED STATES GOVERNMENT "CITIZENS" ARE REQUIRED TO OBEY THE UNITED STATES CODE; IT IS THEIR DUTY TO OBEY THAT LAW.  THE GOVERNMENT'S LAW REQUIRES THE TOTAL OBEDIENCE OF GOVERNMENT'S OFFICERS AND EMPLOYEES.  STATE CITIZENS ARE NOT PART OF THE GOVERNMENT AND <u>ARE NOT ITS SUBJECTS.</u>  STATE CITIZENS CAN IMPOSE UPON ONLY THEMSELF CERTAIN LEGAL DUTIES, <u>IF THEY WANT.</u>  THERE IS ONLY ONE DUTY THAT CITIZENS HAVE THAT <u>INDIRECTLY</u> PROTECTS THE GOVERNMENT.  IN THE WORDS OF THE <u>DECLARATION OF INDEPENDENCE.</u>

"GOVERNMENTS ARE INSTITUTED AMONG MEN"
<u>TO SECURE GOD GIVEN RIGHTS</u>   (SEE ATTACHMENT #2)

FOR THE RECORD:

I BELIEVE MY CONSTITUTIONAL RIGHTS WERE VIOLATED BY A DENIAL OF MY DUE PROCESS RIGHTS IN THAT THIS U.S. DISTRICT TRIAL COURT ACTED WITHOUT THE ATTACHEMENT OF IN REM JURISDICITON.

ARTICLE I, 8, Cl 17 OF THE CONSTITUTION OF THE UNITED STATES OF AMERICA SPECIFIES EXACTLY WHERE THE CONGRESS OF THE UNITED STATES OF AMERICA SHALL HAVE JURISDICTION TO LEGISLATE.

"THE CONGRESS SHALL HAVE THE POWER [CLAUSE 1]....  TO EXERCISE EXCLUSIVE LEGISLATION IN ALL CASES WHATSOEVER, OVER SUCH DISTRICT (NOT EXCEEDING TEN MILES SQUARE) AS MAY, BY CESSION OF PARTICULAR STATES, AND THE ACCEPTANCE OF CONGRESS, BECOME THE SEAT OF THE

GOVERNMENT OF THE UNITED STATES, AND TO EXERCISE LIKE AUTHORITY OVER ALL PLACES PURCHASED BY THE CONSENT OF THE LEGISLATURE OF THE STATE IN WHICH THE SAME SHALL BE, FOR THE ERECTION OF FORTS, MAGAZINES, ARSENALS, DOCKYARDS, AND OTHER NEEDFUL BUILDINGS;....

ON PAGE 42 AND 43 OF TITLE 28 USE OF THE GOVERNMENTS OWN JUDICIARY AND JUDICIAL PROCEDURE CODE BOOK, PRINTED BY THE GOVERNMENTS PRINTING OFFICE ARE THE MOST IMPORTANT PAGES OF LAW IN THE FEDERAL GOVERNMENT. ON THOSE TWO PAGES, CONGRESS EXPLAINS THAT THE TERRITORIAL COMPOSITION OF THE UNITED STATES DISTRICT COURTS IS ONLY THAT AREA SUBJECT TO THE EXCLUSIVE LEGISLATIVE POWER OF CONGRESS. (SEE ATTACHMENT 3-A)

CLEARLY LEGISLATION ENACTED BY CONGRESS IS EFFECTIVE ONLY IN THOSE PLACES SPECIFICALLY MENTIONED IN THE ABOVE CLAUSE. FEDERAL COURTS, THEREFORE, HAVE JURISDICTION OVER ACTS COMMITTED OR OMITTED ON FEDERAL LANDS THAT HAVE BEEN CEDED TO THE FEDERAL GOVERNMENT BY THE STATE (S), AND WHICH HAVE BEEN ACCEPTED BY THE FEDERAL GOVERNMENT, AND FOR WHICH A LETTER OF ACCEPTANCE HAS BEEN DELIVERED TO THE GOVERNOR OF THE STATE (S) CEDING SUCH LAND ACKNOWLEDGING ACCEPTANCE OF SUCH LANDS. (SEE 40 U.S.C. 255)

IT IS NOT "WHAT" IS DONE THAT IS RELEVANT, BUT "WHERE" THE ACT TAKES PLACE FOR THE UNITED STATES DISTRICT COURTS TO HAVE JURISDICTION OVER THE MATTER, ANY ACTS ALLEGED TO HAVE BEEN COMMITTED OR OMITTED WOULD HAVE TO BE COMMITTED OR OMITTED ON LAND THAT IS DESCRIBED IN 40 U.S.C. 255.

AN EXCELLENT CASE IN SUPPORT OF THIS PREMISE IS ADAMS V. UNITED STATES, 319 US 312, 313.
MODERN GOVERNMENTS HAVE BEEN TRISECTED INTO BRANCHES OR DEPARTMENTS ACCORDING TO THE THREE MAIN GOVERNMENTAL FUNCTIONS OR POWERS. THIS DIVISION WOULD NORMALLY PREVENT GOVERNMENTAL ABUSE OF POWER IF VARIOUS GROUPS HAD NOT DEVISED A MEANS BY WHICH GOVERNMENT APPEARS WHOLE AND CAPABLE OF MAKING OUTRAGEOUS DEMANDS ON INDIVIDUALS AND ORGANIZATIONS. THE POWERFUL GROUPS THAT HAVE CREATED A NEW IMAGE OF GOVERNMENT INCLUDE THE POLITICAL PARTIES, INDUSTRIES AND THE MEDIA. THEY HAVE CREATED THE IDEA THAT A DEMOCRACY SOME HOW RULES OVER US AND THAT WE MUST BE OBEDIENT TO THE WILL OF THIS NEW MAJORITY. THESE GROUPS HAVE DEVELOPED OVER TIME VARIOUS MEANS BY WHICH HOLDERS OF VAST POWER CAN MANIPULATE THE PEOPLE. THE FEDERAL CRIMINAL JUSTICE SYSTEM IS THE CRUELEST MEANS BY WHICH THESE POWERFUL GROUPS RULE AND MANIPULATE US.

THE UNITED STATES OF AMERICAN, THE CONFEDERACY CREATED BY THE ARTICLES OF CONFEDERATION. YOU MAY HAVE BEEN TAUGHT IN YOUR AMERICAN HISTORY CLASSES THAT THE ARTICLES OF CONFEDERATION WERE REPLACED BY THE CONSTITUTION OF THE UNITED STATES AND THE FEDERAL GOVERNMENT. THAT OF COURSE IS NOT TRUE. THE UNITED STATES OF AMERICA IS THE CONFEDERACY OF STATES THAT ARE CALLED THE UNITED STATES AND THE FEDERAL GOVERNMENT IS MERELY THE THREE BRANCHES CREATED BY THE FIRST, SECOND AND THIRD ARTICLES OF THE UNITED STATES CONSTITUTION. MY CONCLUSION IS BASED ON THE PROVISION OF A SOLUTION TO THE PROBLEMS CAUSED BY A FEDERAL INDICTMENT AND RESULTING CRIMINAL PROSECUTION. THE SOLUTION I OFFER IS

BASED ON PROOF THAT THE UNITED STATES DISTRICT COURTS HAVE NO
ARTICLE III JUDICIAL POWER AND THAT THEIR TERRITORIAL JURISDIC-
TION IS LIMITED TO THE FEDERAL TERRITORY IN THE COUNTIES THAT
COMPRISE THE DISTRICTS AND DIVISIONS OF THOSE COURTS. THE ONLY
WAY TO SHOW MY NON-LIABILITY FOR THESE ALLEGED GOVERNMENT
CLAIMS IS A DEMONSTRATION OF THE FEDERAL TRAIL COURT'S LACK OF
JUDICIAL POWER AND LIMITED TERRITORIAL JURISDICTION. TO DO THIS,
THE PREVAILING VIEW THAT CONGRESS MAKES LAWS FOR THE PEOPLE OF
THE SEVERAL STATES MUST TO DISPELLED.

IN CALIFORNIA, THE FORM OF LEGAL PROCESS IS SET DOWN IN ARTICLE
IV SECTION 18 OF THE CONSTITUTION OF 1949; THE STYLE OF ALL
PROCESS SHALL BE "THE PEOPLE OF THE STATE OF CALIFORNIA;" ALL
THE PROSECUTIONS SHALL BE CONDUCTED IN THE NAME AND BY THE
AUTHORITY OF THE SAME. ALL OTHER STATES, INCLUDING TEXAS HAVE AN
ESTABLISHED FORM FOR CRIMINAL LEGAL PROCESS THAT NEVER VARIES.
AN INDICTMENT THAT ALLEGES A CRIME AGAINST A CONFEDERACY OF 50
STATES SUPPORTS MY VIEW THAT THE FEDERAL TRIAL COURTS ARE TERR-
ITORAL AND THE LAW IS SIMILARLY LIMITED TO THE FEDERAL TERRI-
TORY WITHIN THE 50 STATES.

ALL FEDERAL OBLIGATIONS INCLUDING OBLIGATIONS TO OBEY FEDERAL
LAW MUST PRISE OUT OF THE UNITED STATES CONSTITUTION, BECAUSE ALL
LAWS ENACTED BY CONGRESS MUST BE TRACEABLE TO A POWER OF LEGIS-
LATION FOUND IN THAT GREAT DOCUMENT. THE FIRST TWO SENTENCES OF
THE CONSTITUTION ARE, IN MY OPINION, THE MOST IMPORTANT FOR THEY
SET OUT THE TWO MOST IMPORTANT WAYS BY WHICH GOVERNMENT IS
LIMITED. THE FIRST SENTENCE LIMITS CONGRESS TO LEGISLATIVE
POWER GRANTED IN THE CONSTITUTION AND THE SECOND MAKES IT CLEAR
THAT THE CONSTITUTION IS APPLICABLE ONLY TO THE BRANCHES OF
STATE AND FEDERAL GOVERNMENTS AND THEIR MEMBERS. THE CONSTI-
TUTION CREATES THREE SEPARATE BRANCHES OF GOVERNMENT AND SETS OUT
GROAD RULES FOR THOSE BRANCHES. THE ONLY SPECIFIC CRIMES MEN-
TIONED IN THE CONSTITUTION ARE TREASON AND COUNTERFEITING.
THE PEOPLE OF THE UNITED STATES BEING FREE AND EQUAL COULD
NOT AND DID NOT CONFER TO GOVERNMENT ANY POWER OVER THE PEOPLE
IN THE SEVERAL STATES. CONGRESS, THEREFORE, CAN ENACT ONLY
LAWS THAT ARE BINDING ON THE LEGISLATIVE BRANCH, PURSUANT TO
ARTICLE I, SECTION 8, CLAUSE 17 OF THE DISTRICT, MAKE RULES FOR
GOVERNMENT AND PURSUANT TO ARTICLE IV, SECTION 3, CLAUSE 2,
FOR THE TERRITORY AND OTHER PROPERTY.(SEE; ATTACHMENTS #3)

THE LOGICAL CONSEQUENCE OF THE FIRST TWO SENTENCES AND ALL
SUCCEEDING SENTENCES IS THAT, AS THE CONSTITUTION CAN HAVE NO
APPLICATION TO THE PEOPLE OF THE STATES OF THE UNION, NO LAW
ENACTED BY CONGRESS CAN HAVE AN APPLICATION TO YOU AS ONE OF THE
PEOPLE. IN SHORT, THE PEOPLE CREATED AND RATIFIED A CONSTITUTION
THAT CREATED THREE BRANCHES THAT CAN NEVER BE UNIFIED. THE LAWS
FOUND IN THE UNITED STATES CODE CAN ONLY BE TERRITORIAL LAW
APPLICABLE ONLY WITHIN FEDERAL TERRITORY. DIRECT EVIDENCE THAT
TITLE 28 U.S.C. IS TERRITORIAL IS TO BE FOUND IN SECTION 91.(SEE 4-A)

LEGAL SCHOLARS ASSUME WITHOUT JUSTIFICATION THAT THE FEDERAL
DISTRICT COURTS ARE ARTICLE III COURTS. I HAVE DISCOVERED AND I

(CON'T FROM PAGE 4)

HOPE PROVEN THAT NO RESPONSIBLE PUBLIC FEDERAL OFFICER HAS EVER QUESTIONED THEIR ASSUMPTIONS. IN ALL THE LEGAL LITERATURE I EXAMINED, STATES OF THE UNITED STATES DISTRICT COURTS AS ARTICLE III <u>WAS ASSUMED</u> DESPITE ALL THE CONTRARY AUTHORITY EVIDENCE.

<u>THE UNITED STATES SUPREME COURT IN TWO (2) CASES:</u>

<u>BALZAC V. PUERTO RICO,</u> 258 u.s. 298 (1921) AND
<u>MOOKINI V. UNITED STATES</u> 303 U.S. 201 (1938)

MAKES IT VERY CLEAR THAT A "<u>DISTRICT COURT OF THE UNITED STATES</u>" DESCRIBED A COURT CREATED UNDER ARTICLE III    (AND)

A "<u>UNITED STATES DISTRICT COURT</u>" DESCRIBED A TERRITORAL COURT.

<u>THE FORMER</u> IDENTIFIED A CONSTITUTIONAL COURT OF THE UNITED STATES <u>THAT MAY EXCERCISE</u> JUDICIAL POWER OF THE UNITED STATES.

<u>THE LATTER</u> MERELY IDENTIFIED A COURT FOR A DISTRICT OF THE GOVERNMENT OF THE UNITED STATES. THIS MEANS THAT THE UNITED STATES DISTRICT COURTS ARE ADMINISTRATIVE COURTS WITHOUT JUDICIAL POWER; AND THIS IS SO SINCE <u>THE JUDICIARY ACT OF 1789.</u>
(SEE ATTACHMENT #4 AND 4-A)

THE SIMPLEST WAY IN WHICH I CAN ILLUSTRATE THE FOREGOING IS TO POSIT WHAT MIGHT OCCUR IN AN EXTREME CASE WHERE A VIOLATION OF FEDERAL LAW MIGHT BE ALLEGED TO HAVE OCCURRED. IN THAT CASE, <u>THE FIFTH AMENDMENT DEMANDS</u> THAT THE CRIME BE CHARGED BY A PRESENTMENT OR INDICTMENT OF A GRAND JURY AND <u>THE SIXTH AMENDMENT REQUIRES A JURY TRIAL IN THE "DISTRICT WHEREIN THE CRIME SHALL HAVE BEEN COMMITTED; WHICH DISTRICT SHALL HAVE BEEN PREVIOUSLY ASCERTAINED BY LAW."</u> DURING THE FORMATION OF THIS NATION OF FREE PEOPLE, THE FEDERAL GOVERNMENT OVERSAW VAST TERRITORIES USING A SYSTEM OF COURTS THAT YOU WILL LEARN TO IDENTIFY AS LACKING ANY JUDICIAL POWER. AS THE TERRITORIES BECAME STATES OF THE UNION, THE POWER OF THE FEDERAL GOVERNMENT DECLINED, UNTIL THE DECEPTION THAT I DESCRIBE HERE GREW TO ITS PRESENT FULL SIZE.
ALL LAW IS TERRITORIAL AND THE TERRITORY OVER WHICH THE COURTS HAVE HAD POWER ALWAYS PRECEDES THE COURTS. THE ABSENCE OF JUDICIAL POWERS IN THE COURTS CAN BE FOUND IN THE FACTS "<u>SUBMITTED TO A CANDID WORLD.</u>" HIS BRITANNIC MAJESTY HAD DENIED LAW TO AMERICANS AND WE FIND TODAY THAT THE FEDERAL GOVERNMENT IS DOING THE SAME BY REPLACING THE ENGLISH COMMON LAW WITH ADMINISTRATIVE FEDERAL LAW.

THE FEDERAL TRIAL COURTS OF THE FEDERAL JUDICIAL DISTRICTS WHERE ALL FEDERAL CRIMES ARE TO BE TRIED ARE FOUND IN SECTIONS 81-131 OF CHAPTER 5 OF TITLE 28 U.S.C., BUT THEY HAVE TERRITORIAL JURISDICTION ONLY IN FEDERAL TERRITORY WHERE CONGRESS HAS EXCLUSIVE LEGISLATIVE POWER. (SEE ATTACHMENT #5)

THE PURPOSES OF THIS IS TO DEMONSTRATE THE NON-JUDICIAL, NON-ARTICLE III NATURE OF THE UNITED STATES DISTRICT COURTS AND FEDERAL TERRITORIAL COMPOSITION OF THE DISTRICTS AND DIVISIONS OF

THOSE COURTS. ONCE THOSE FACTS ARE SHOWN AND PROVED, THE LAWFUL COMPLIANCE WITH THE SIX AMENDMENT TO THE CONSTITUTION OF THE UNITED STATES BECOMES A SIGNIFICANT OBSTACLE TO ANY FEDERAL CRIMINAL PROSECUTION.

THE SIX AMENDMENT REQUIRES THAT TERRITORIAL COMPOSITION BE ESTABLISH PRIOR TO TRIAL. ALL TRIAL COURTS MUST HAVE DISTRICTS, WHICH SHALL HAVE BEEN PREVIOUSLY ASCERTAINED BY LAW. VENUE AND VICINAGE ARE BEING CONFUSED BECAUSE AN ERRONEOUS ASSUMPTION IS BEING UNIVERSALLY MADE THAT THE UNITED STATES DISTRICT COURTS ARE ARTICLE III COURTS AND FEDERAL JUDGES ARE ARTICLE III JUDGES. BUT THEY ARE WRONG. VICINAGE CORRESPONDS TO TERRITORIAL COMPOSITION AND DESCRIBES WHERE JURORS COME FROM. JURORS WHO ARE SELECTED TO SERVE, MUST HAVE LIVED ONE FULL YEAR IN THE JUDICIAL DISTRICT TO BE A LEGAL JUROR. THIS IS SO SINCE THE JUDICIARY ACT OF 1789.

IN THE 1994 EDITION OF TITLE 28, JUDICIARY AND JUDICIAL PROCEDURE, GOVERNMENT PRINTING OFFICE WILL DEMONSTRATE AND PROVE THAT CONGRESS HAS CREATED ONLY ONE ARTICLE III UNITED STATES DISTRICT COURT IN HAWAII, UPON ITS ADMISSION INTO THE UNION, IN 1959. ON PAGE 25 OF THE 1994 EDITION OF TITLE 28 U.S.C., CONGRESS EXPLAINS UNDER THE HEADING: ENACTMENT INTO LAW; CITATION THAT TITLE 28 U.S.C. HAS BEEN ENACTED INTO POSITIVE LAW. THAT MEANS THAT THE LAW AS PRESENTED IN THE CODE ACCURATELY REFLECTS STATUTORY LAW AS FOUND ONLY IN THE STATUTES AT LARGE. I DISCOVERED THAT CONGRESS CREATED ONLY ONE ARTICLE III DISTRICT IN HAWAII BY EXAMINING THE STATUTE LAW CREATING ALL THE UNITED STATES DISTRICT COURTS FOR ALL THE STATES. WHEN UNITED STATES STATUTE LAW IS EXAMINED, THAT EXAMINATION REVEALS THAT ON JANUARY 1, 1945 HAWAII AND ALASKA WERE TERRITORIES AND THAT PUERTO RICO WAS A POSSESSION OF THE UNITED STATES AND CERTAINLY NOT A STATE OF THE UNION.

THE INABILITY TO COMBINE THE 50 UNITED STATES, WASHINGTON D.C. AND PUERTO RICO TO FORM ONE NATION IS WHAT EXPLAINS AND GIVES US THE "TERRITORIAL COMPOSITION" OF THE DISTRICTS AND DIVISIONS FOUND IN SECTIONS 81-131 OF TITLE 28 U.S.C. WE ARE A NATION ONLY IN THE SENSE THAT PEOPLE FROM AROUND THE WORLD JOINED WITH THE NATIVE AMERICAN NATIONS TO FORM ONE PEOPLE. THE TERRITORY OF THE DISTRICTS AND DIVISIONS OF THE UNITED STATES DISTRICT COURTS IS THE FEDERAL TERRITORY WITHIN THE COUNTIES OF THE SEVERAL STATES. IN THE REST OF CHAPTER 5, CONGRESS EXPLAINS THAT ONLY ONE DISTRICT COURT IN ALL OF THE 50 STATES, HAWAII, HAS BEEN ESTABLISHED AS AN ARTICLE III JUDICIAL COURT AND EXPLAINS WHY THAT COURT CAN NOT FUNCTION AS A COURT EXCERCISING JUDICIAL POWER. IF JUDICIAL POWER IS TO BE EXCERISED IN THE SEVERAL STATES, IT WILL HAVE TO BE EXERCISED BY STATE COURTS, BECAUSE THE DISTRICTS HAVE NONE. THE FEDERAL GOVERNMENT IN THE SEVERAL STATES WHERE IT CAN EXIST WILL CONSIST OF TWO GOVERNMENT POWERS SINCE THE FEDERAL COURTS HAVE NOT BEEN GRANTED ARTICLE III JUDICIAL POWER. WHILE ONE OR TWO BRANCHES OF GOVERNMENT MAY BE GOOD ENOUGH TO DO GOVERNMENT WORK, IT TAKES A LAWFUL GRAND JURY TO CHARGE A PERSON WITH A FEDERAL CRIME, A LAWFUL PETIT JURY TO LAWFULLY TRY A PERSON FOR A FEDERAL CRIME, AND IT TAKES ALL THREE (3) BRANCHES TO LAWFULLY ACT UPON A CITIZEN OF THE STATE.

THE NATURE OF THE COMPLETE FEDERAL GOVERNMENT CANNOT BE UNDERSTOOD UNLESS YOU UNDERSTAND ALL THAT BEGAN WITH THE CAPTION "CHAPTER 5 - DISTRICT COURTS" AND ENDS WITH THE PARAGRAPH BELOW: "HISTORICAL AND REVISION NOTES." YOU CAN SEE FOR YOUR SELF THAT HAWAII HAS THE SERVERAL STATES ONLY ARTICLE III DISTRICT. YOU CAN ALSO SEE HOW CONGRESS PREVENTS THE FUNCTIONING OF THAT COURT AS AN ARTICLE III TRIBUNAL BY REQUIRING THE PRESIDENT TO APPOINT DISTRICT COURT JUDGES PURSUANT TO TITLE 28 U.S.C. WHICH CONGRESS ACKNOWLEDGES TO BE TERRITORIAL LAW. THIS FACT WILL BE SUPPORTED BY MATERIAL FOUND IN NOTES TO 91. **(SEE ATTACHMENT 4-A)**

THE FEDERAL TRIAL COURTS ARE UNIVERSALLY BUT ERRONEOUSLY THOUGHT TO INCLUDE ALL THE TERRITORY IN THE COUNTIES THAT COMPRISE DISTRICTS AND DIVISIONS OF THE UNITED STATES DISTRICT COURTS. THIS PERCEPTION OF THE FEDERAL TRIAL COURTS IS THE RESULTS OF THE QUICK READ ENCOURAGED BY THESE WHO FAVOR A STRONG, LARGE AND POWERFUL FEDERAL GOVERNMENT. CONGRESS, IN CHAPTER 5, MUST STATE IN ITS CURIOUSLY CRYPTIC WAY THAT THE TERRITORIAL COMPOSITION OF THE DISTRICT COURTS IS ONLY THE FEDERAL TERRITORY SUBJECT TO THE EXCLUSIVE LEGISLATIVE POWER OF CONGRESS BECAUSE THAT IS TRUE. YELLOWSTONE NATIONAL PARK IS SUCH FEDERAL TERRITORY THAT, INCIDENTALLY, IS LOCATED IN THREE (3) STATES, IDAHO, MONTANA AND WYOMING. THE STATUTE LAW THAT ESTABLISHES THE FEDERAL DISTRICT COURTS IN THE SEVERAL STATES MUST CONFIRM THAT THE TERRITORIAL COMPOSITION OF THE DISTRICT CONSISTS ONLY OF FEDERAL TERRITORY OR TITLE 28 U.S.C. COULD NOT HAVE BEEN ENACTED INTO POSITIVE LAW.

ARTICLE III DISTRICT COURTS ARE NOT TERRITORIALY DIFFERENT FROM THE TRIBUNALS INFERIOR TO THE SUPREME COURT THAT CONGRESS MAY CONSTITUTE PURSUANT TO ARTICLE I. FEDERAL COURTS DO NOT EXTEND THEIR JUDICIAL DISTRICTS BEYOND FEDERAL TERRITORY. ARTICLE III COURTS ARE "TERRITORIAL COURTS" THAT MAY EXCERCISE THE JUDICIAL POWER OF THE UNITED STATES. ARTICLE I AND IV COURTS HAVE NO SUCH POWERS.

ONLY JUDGES APPOINTED TO ARTICLE III COURTS MAY EXCERCISE THE JUDICIAL POWER OF THE UNITED STATES FOUND IN ARTICLE III, SECTION 2. JUDICIAL POWER IMPOSES RESTRAINTS ON THE JUDGES THAT HAVE IT AND THAT SERVES AS SOME PROTECTION FROM JUDICIAL ABUSE. ALL JUSTICES APPOINTED TO THE SUPREME COURT OF THE UNITED STATES ARE GENUINE ARTICLE III JUDGES.

THE ONLY LEGISLATION, SINCE THE FIRST JUDICIARY ACT ON SEPTEMBER 24, 1789, TO CREATE AN ARTICLE III UNITED STATES DISTRICT COURT IS FOUND 91 OF TITLE 28 U.S.C. THAT SECTION DOCUMENTS THE CHANGE OF A TERRITORAL COURT TO AN ARTICLE III COURT WITHOUT ACTUALLY GIVING THE COURT ARTICLE III JUDICIAL POWER. NOTHING CAN BE DONE TO CHANGE THE NATURE OF THESE COURTS IN SEVERAL STATES WITHOUT THE DIRECT INTERVENTION OF CONGRESS BY LEGISLATION. A JUDGE WITHOUT JUDICIAL POWER CAN DO NOTHING TO CHANGE THE JURISDICTION OF THE COURT WHERE HE/SHE PRESIDES. ANY LITIGANT OR DEFENDANT IN ANY FEDERAL COURT PROCEDING WHO ATTEMPTS TO HAVE THE UNITED STATES DISTRICT COURT CONSIDER THE ISSUES RAISED SHOULD BE AWARE THAT THE AMERICAN LAW INSTITUTE'S RESTATEMENT OF JUDGEMENTS HOLD THAT SUED LITIGANT IS BOUND BY THE COURT'S RULING. A FEDERAL JUDGE SITTING IN A TRIAL COURT IN ANY UNITED STATES DISTRICT COURT IS WITHOUT JUDICIAL POWER. WHILE SUCH AN OFFICIAL CAN BE A LIFE-TENURED BUREAUCRAT, SUCH AN OFFICIAL CANNOT BE EXPECTED TO RULE OTHER THAN ADMINISTRATIVELY.

SECTION 9 (a) OF TITLE 28, PROVIDES CONCLUSIVE PROOF THAT JUDGES APPOINTED TO SECTION 133 AND 134 OF TITLE 28, UNITED STATES CODE ARE NOT "ARTICLE III JUDGES" UNLESS APPOINTED TO AN ARTICLE III COURT WITHOUT TITLE 28 RESTRICTIONS. (SEE ATTACHMENT 5-A)

JANUARY 1, 1945, ON PAGE 41 IN CHAPTER 5 IS VERY IMPORTANT, FOR IT HIGHLIGHTS ALASKA, HAWAII, DISTRICT OF COLUMBIA AND PUERTO RICO. NOW WHAT IS COMMON TO ALL THE PLACES NAMED FROM SECTION 81 TO 131, IS JANUARY 1, 1945-BECAUSE IT DETERMINES THE STATUS OF THE PLACE NAMES PRESENTED IN THE LEGISLATION THAT IS CHAPTER 5 OF TITLE 28 U.S.C. TERRITORIAL COMPOSITION. (SEE ATTACHMENT 5-B)

ALASKA AND HAWAII ARE, TODAY, STATES OF THE UNION, BUT WERE TERRITORIES ON JANUARY 1, 1945. WASHINGTON D.C. IS NEITHER A TERRITORY NOR A STATE, BUT IS THE PRODUCT OF "CESSION OF PARTICULAR STATES, AND THE ACCEPTANCE OF CONGRESS." IT IS THE SEAT OF GOVERNMENT FOR EACH OF THE BRANCHES OF THE FEDERAL GOVERNMENT. ALTHOUGH IT IS TREATED LIKE A STATE IT IS THE "DISTRICT" SUBJECT TO THE EXCLUSIVE LEGISLATION OF CONGRESS, PURSUANT TO ARTICLE I, SECTION 8, CLAUSE 17. PUERTO RICO IS TODAY AND WAS ON JANUARY 1, 1945 A POSSESSION OF THE UNITED STATES AND DEFINITELY NOT A STATE OF THE UNION. SO WHAT IS THE "TERRITORIAL COMPOSITON" OF THE DISTRICTS AND DIVISIONS BY COUNTIES AS OF JANUARY 1, 1945, IS PURSUANT TO ARTICLE I, SECTION 8, CLAUSE 17, "ALL PLACES PURCHASED BY THE CONSENT OF LEGISLATION OF THE STATE IN WHICH THE SAME SHALL BE." BECAUSE CONGRESS CAN MAKE LAW LOCALLY OR NATIONALLY, IT MUST BE PRESUMED THAT LAW ENACTED BY CONGRESS IS TERRITORIAL IN SCORE RATHER THAN NATIONAL. (SEE FOLEY TROS. INC. V. FILARDO 336 U.S. 281 (1949) UNLESS A CONTRARY INTENT IS SHOWN IN THE LEGISLATION ITSELF.)

WHAT IS GENERALLY BELIEVED TO BE THE "FEDERAL GOVERNMENT." DOES NOT WANT THE FEDERAL COURTS UNDERSTOOD. THE FEDERAL GOVERNMENT WILL EVEN LIE IN PRINT TO COVER-UP THE "TERRITORIAL COMPOSITION" OF THE UNITED STATES DISTRICT COURTS. SEVERAL EDITIONS OF THE UNITED STATES GOVERNMENT MANUAL AVAILABLE ON THE WEB FALSELY STATE THAT THE UNITED STATES DISTRICT COURT FOR PUERTO RICO IS AN ARTICLE III COURT. (SEE ATTACHMENT 5-C)

THE SAME CAN BE SAID ABOUT THE UNITED STATES DISTRICT COURT OF THE SOUTHERN DISTRICT OF TEXAS, BROWNSVILLE, CAMERON COUNTY, TEXAS. THIS COURT WAS ESTABLISHED AND STILL IS A TITLE 28 COURT, BUT NO WHERE IN THE HISTORICAL AND REVISION NOTES DOES IT SAY THIS COURT IS OR HAS BEEN GRANTED ARTICLE III JURISDICTION ON JUDICIAL POWERS. THEREFORE IT IS BEING ASSUMED IT HAS JURISDICTION AND JUDICIAL POWERS, AND OBVIOUSLY THAT IS NOT ALLOWED. (SEE TURNER V. BANK OF NORTH CAROLINA 4 DALL 8, 10 (1799)  (SEE ATTACHMENT #6)

(HERE IS A COPY OF THE HISTORICAL AND REVISION NOTES)

THE UNITED STATES DISTRICT COURT FOR HAWAII WAS ESTABLISHED AND ORDAINED IN 1959 PURSUANT TO ARTICLE III OF THE CONSTITUTION, SO THE ENTIRETY OF THE SECTION THAT CREATES THE COURT INCLUDING THE "HISTORICAL AND REVISION NOTES"119-PUERTO RICO CAN BE COMPARED TO 91-HAWAII TO RESOLVE THE ISSUE. THERE IS, OF COURSE, NO LANGUAGE IN SECTION 119 THAT CREATES AN ARTICLE III PUERTO RICO. THERE IS, IN FACT, THE SUBSTANTIAL AUTHORITY OF A UNITED STATES SUPREME COURT DECISION THAT ANY COURTS IN PUERTO RICO WOULD BE INCAPABLE OF RECEIVING REAL JUDICIAL POWER. THERE IS NO TERRITORY

IN PUERTO RICO THAT IS FREE FROM THE EXCLUSIVE LEGISLATIVE POWER OF CONGRESS, SO THERE IS NO PLACE IN PUERTO RICO WHERE THE JUDICIAL POWER OF THE UNITED STATES CAN OPERATE. THE ONLY TERRITORY THAT IS COMMON TO BOTH THE SEVERAL STATES, TERRITORY AND POSSESSIONS OF THE UNITED STATES IS THE SAME KIND OF FEDERAL TERRITORY THAT COMPLETELY OCCUPIES THE ISLAND OF PUERTO RICO.

IN:  TURNER V. BANK OF NORTH CAROLINA; 4 DALL 8, 10 (1799)

THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA IS ASSUMING JURIDICTION IN THIS CASE, BY IMPLICATION AND, OBVIOUSLY THAT IS NOT ALLOWED.

EXCEPT FOR THE ORIGINAL JURISDICTION OF THE SUPREME COURT, WHICH COMES FROM THE CONSTITUTION, TWO (2) PRE-REQUISITES MUST BE PRESENT; FIRST (1ST), THE CONSTITUTION MUST HAVE GIVEN THE COURTS THE CAPACITY TO RECEIVE IT AND SECOND (2ND) AN ACT OF CONGRESS MUST HAVE CONFERRED IT. DEFENDANT ACKNOWLEDGES THE CAPACITY OF THE DISTRICT COURTS TO ASSUME CIVIL JURIDICTION, BUT ARGUES THAT NO "ACT OF CONGRESS" CONFERRING CRIMINAL JURISDICTION HAS EVER BEEN PASSED CONCERNING VIOLATIONS OF U.S.C. 26. CONGRESS WENT TO THE TROUBLE TO GRANT CIVIL JURISDICTION VIA 28 U.S.C. SEC 1340, BUT BECAUSE OF THE FARTHER PENALTIES INVOLVED IN CRIMINAL CHANGES VERSES CIVIL CHARGES, IT IS FAR MORE IMPORTANT FOR CONGRESS TO SPELL OUT IN DETAIL THE JURISDICTION INVOLVING ANY CHANGE THAT IS CLAIMED TO BE CRIMINAL IN NATURE. EARLY IN OUR HISTORY (1799) A COMMENT WAS MADE ON THIS ASPECT OF THE PROBLEM.

IF CONGRESS HAS GIVEN THE POWER TO THIS COURT, WE POSSESS IT, NOT OTHERWISE; AND IF CONGRESS HAS NOT GIVEN THE POWER TO US, OR TO ANY OTHER COURT, IT STILL REMAINS AT THE LEGISLATIVE DISPOSAL"

CONGRESS, THEREFORE, CAN ENACT ONLY LAWS THAT ARE BINDING ON THE LEGISLATIVE BRANCH PURSUANT TO ARTICLE I, SECTION 8, CLAUSE 17 FOR THE DISTRICT, MAKES RULES FOR GOVERNMENT AND PURSUANT TO ARTICLE IV, SECTION 3, CLAUSE 2, FOR THE TERRITORY AND OTHER PROPERTY.
        MAXFIELD'S LESSEE V. LEVY (1), 4 US. 330 (1797)

"THE JURISDICTION OF THIS COURT IS NOT PRIMA FACIE GENERAL, BUT SPECIAL. (b.) A MAN MUST ASSIGN A GOOD REASON FOR COMING HERE. IF THE TRUE FACT IS DENIED, UPON WHICH HE GROUNDS HIS RIGHT TO COME HERE, HE MUST PROVE IT. HE, THEREFORE, IS THE ACTOR IN THE PROOF; AND, CONSEQUENTLY, HE HAS NO RIGHT, WHERE THE POINT IS CONTESTED, TO THROW THE ON US PROBANDI ON THE DEFENDENT."

DEFENDANT STATES THAT JURISDICTION OVER VIOLATIONS (OTHER THAN CIVIL) OF U.S.C. 28 IS STILL LEGISLATIVE DISPOSAL. CONGRESS COULD STATE THAT ALL VIOLATIONS OF U.S.C. 28 ARE CRIMINAL OFFENSES, SET PENALTIES TO EACH OFFENSE; AND STATE THAT FEDERAL COURTS HAVE JURISDICTION, WHETHER THE OFFENSE IS A MISDEMEANOR OR FELONY AND IF THEY DID THIS, THE CITIZEN WOULD HAVE HIS CONSTI-TUTIONAL RIGHTS PRESERVED. BUT THIS IS NOT THE CASE. NOW WHEN COURTS CLAIM JURISDICTION BECAUSE THEIR DESPOTIC ACTIONS WOULD BE AT AN END IF THEY HAD TO CARRY ON UNDER EXPLICIT AND FIRM CRIMINAL REGULAITONS.

THE IRONY OF THIS IS THAT DEFENDANT MUST TAKE ON THE OBLIGATION OF THE U.S. ATTORNEY AND THE DISTRICT COURT AND PROVE THAT THEY DO NOT HAVE JURISDICTION
THIS METHOD OF CONDUCT WAS RULED OUT MANY YEARS AGO.

DEFENDENT HAS SEARCHED FAR AND WIDE AND HAS BEEN UNABLE TO FIND ANY GRANT OF POWER. DEFENDENT CONCEDES (AGAIN) THAT THE UNITED STATES DISTRICT COURTS HAVE JURISDICTION OVER CIVIL CASES VIA U.S.C. 28, SECTION 1340, BUT OVER CRIMINAL CASES - NO!

ENCLOSING:

THIS COURT KNOWS, I HAVE CHALLENGED THIS COURT AND JUDGE AS NOT HAVING ARTICLE III JURISDICTION OR JUDICIAL POWERS. I HAVE DEMANDED IT PROVE IT HAS JURISDICTION AND JUDICIAL POWERS AS THE CONSTITUION REQUIRES. BY NOT ANSWERING OR RESPONDING IN A TIMELY MANNER AS THE LAW REQUIRES, THIS COURT AND JUDGE HAVE DEFAULTED.

I HAVE ALSO DEMANDED THIS COURT AND JUDGE ORDER THE U.S. DISTRICT CLERK TO PROVIDE ME A CERTIFIED COPY OF THE GRAND JURY TRANSCRIPTS AS PROVIDED BY THE FEDERAL RULES OF CRIMINAL PROCEDURES, RULE 16 (a) AND FEDERAL RULE OF CIVIL PROCEDURES RULES 1867 AND 1868.

IN: ADAMS SUPRA @ 35

IT SAYS: SINCE THE GOVERNMENT HAD NOT ACCEPTED JURISDICTION IN THE MANNER REQUESTED BY THE ACT, THE FEDERAL COURT HAD NO JURISDICTION OF THIS PROCEEDING IN THIS VIEW IT IS IMMATERIAL THAT LOUISIANA STATUES AUTHORIZED THE GOVERNMENT TO TAKE JURISDICTION. SINCE AT THE CRITICAL TIME THE JURISDICTION HAD NOT BEEN TAKEN.

BECAUSE THIS COURT, JUDGE, U.S. CLERK AND U.S. ATTORNEY DID NOT/ HAVE NOT ANSWERED, RESPONDED, OR PROVIDED THE GRAND JURY TRANS- CRIPTS AS REQUIRED BY FEDERAL RULE, AND PROCEDURES. ALL OF YOU TOGETHER AND INDIVIDUALLY AGREE THE GRAND JURY TRANSCRIPTS DO NOT EXSIST.

THEREFORE BY YOUR ACTIONS MAKES THE INDICTMENT ILLEGAL AND IS NOW VOID.

THIS PROVES THIS COURT AND JUDGE DO NOT HAVE JURISDICTION OR ANY JUDICIAL POWERS OVER THIS SUBJECT MATTER.

I, CARLOS JORGE OF THE HINOJOSA FAMILY, THERE DEMAND THIS ACCUSED CASE BE DISMISSED AND THAT I BE RELEASED IMMEDIATELY.

THANK YOU.

*Carlos J. Hinojosa*
BY: CARLOS JORGE HINOJOSA
A FREE AND LAWFUL SOVEREIGN MAN

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING WRITTEN PRESENTATION AND DISCLOSURE OF INTERESTED PARTIES WAS SERVED ON THIS DATE BY FIRST CLASS AND BY CERTIFIED MAIL, POSTAGE PREPAID, ADDRESSED AS FOLLOWS:

DAVID L. GUERRA
ASSISTANT U.S. ATTORNEY
SOUTHERN DISTRICT OF TEXAS
1701 W. HWY 83, SUITE 600
McALLEN, TEXAS 78501

JUDGE HILDA TAGLE
UNITED STATES DISTRICT COURT
600 E. HARRISON ST.
BROWNSVILLE, TEXAS 78520

NOTICE:  TO THE ABOVE PARTIES, AS OF THIS DATE, THIS SAME PRESENTATION HAS BEEN FILED WITH THE 93RD STATE DISTRICT COURT, EDINBURG, HIDALGO, TEXAS, JUDGE RODOLFO DELGADO.