

| Districts | Judges |
|---|---|
| Middle | 4 |
| Southern | 3 |
| Hawaii | 3 |
| Idaho | 2 |
| Illinois: | |
| Northern | 22 |
| Central | 3 |
| Southern | 3 |
| Indiana: | |
| Northern | 5 |
| Southern | 5 |
| Iowa: | |
| Northern | 2 |
| Southern | 3 |
| Kansas | 5 |
| Kentucky: | |
| Eastern | 4 |
| Western | 4 |
| Eastern and Western | 1 |
| Louisiana: | |
| Eastern | 13 |
| Middle | 2 |
| Western | 7 |
| Maine | 3 |
| Maryland | 10 |
| Massachusetts | 13 |
| Michigan: | |
| Eastern | 15 |
| Western | 4 |
| Minnesota | 7 |
| Mississippi: | |
| Northern | 3 |
| Southern | 6 |
| Missouri: | |
| Eastern | 6 |
| Western | 5 |
| Eastern and Western | 2 |
| Montana | 3 |
| Nebraska | 3 |
| Nevada | 4 |
| New Hampshire | 3 |
| New Jersey | 17 |
| New Mexico | 5 |
| New York: | |
| Northern | 4 |
| Southern | 28 |
| Eastern | 15 |
| Western | 4 |
| North Carolina: | |
| Eastern | 4 |
| Middle | 4 |
| Western | 3 |
| North Dakota | 2 |
| Ohio: | |
| Northern | 11 |
| Southern | 8 |
| Oklahoma: | |
| Northern | 3 |
| Eastern | 1 |
| Western | 6 |
| Northern, Eastern, and Western | 1 |
| Oregon | 6 |
| Pennsylvania: | |
| Eastern | 22 |
| Middle | 6 |
| Western | 10 |
| Puerto Rico | 7 |
| Rhode Island | 3 |
| South Carolina | 9 |
| South Dakota | 3 |
| Tennessee: | |
| Eastern | 5 |
| Middle | 4 |
| Western | 5 |
| Texas: | |
| Northern | 12 |
| Southern | 18 |
| Eastern | 7 |
| Western | 10 |
| Utah | 5 |
| Vermont | 2 |
| Virginia: | |
| Eastern | 9 |
| Western | 4 |
| Washington: | |
| Eastern | 4 |
| Western | 7 |
| West Virginia: | |
| Northern | 3 |
| Southern | 5 |
| Wisconsin: | |
| Eastern | 4 |
| Western | 2 |
| Wyoming | 3. |

(b)(1) In any case in which a judge of the United States (other than a senior judge) assumes the duties of a full-time office of Federal judicial administration, the President shall appoint, by and with the advice and consent of the Senate, an additional judge for the court on which such judge serves. If the judge who assumes the duties of such full-time office leaves that office and resumes the duties as an active judge of the court, then the President shall not appoint a judge to fill the first vacancy which occurs thereafter in that court.

(2) For purposes of paragraph (1), the term "office of Federal judicial administration" means a position as Director of the Federal Judicial Center, Director of the Administrative Office of the United States Courts, or administrative assistant to the Chief Justice.

(June 25, 1948, ch. 646, 62 Stat. 895; Aug. 3, 1949, ch. 387, § 2(a), 63 Stat. 493; Aug. 14, 1950, ch. 708, 64 Stat. 443; Aug. 29, 1950, ch. 819, § 1, 64 Stat. 562; Sept. 5, 1950, ch. 848, § 1, 64 Stat. 578; Feb. 10, 1954, ch. 6, § 2(a)(3), 68 Stat. 9; Sept. 7, 1957, Pub. L. 85–310, 71 Stat. 631; July 7, 1958, Pub. L. 85–508, § 12(c), 72 Stat. 348; Mar. 18, 1959, Pub. L. 86–3, § 9(b), 73 Stat. 8; May 19, 1961, Pub. L. 87–36, § 2(d), 75 Stat. 81; July 30, 1962, Pub. L. 87–562, § 3, 76 Stat. 248; Oct. 7, 1965, Pub. L. 89–242, § 1(c), 79 Stat. 951; Mar. 18, 1966, Pub. L. 89–372, § 4, 80 Stat. 77; June 2, 1970, Pub. L. 91–272, § 1(d), 84 Stat. 295; Dec. 18, 1971, Pub. L. 92–208, § 3(d), 85 Stat. 742; Oct. 2, 1978, Pub. L. 95–408, § 4(b)(2), 92 Stat. 885; Oct. 20, 1978, Pub. L. 95–486, § 1(c), 92 Stat. 1630; Jan. 14, 1983, Pub. L. 97–471, § 3, 96 Stat. 2601; July 10, 1984, Pub. L. 98–353, title II, § 202(e), 98 Stat. 348; Dec. 1, 1990, Pub. L. 101–650, title II, § 203(d), title III, § 303, 104 Stat. 5101, 5105.)

| State | Former | New |
|---|---|---|
| Illinois: | | |
| Northern | 20 | 22 |
| Central | 3 | 3 |
| Southern | 3 | 3 |
| Indiana: | | |
| Northern | 4 | 5 |
| Southern | 5 | 5 |
| Iowa: | | |
| Northern | 1 | 2 |
| Southern | 2 | 3 |
| Northern and Southern | 1 | 0 |
| Kansas | 5 | 5 |
| Kentucky: | | |
| Eastern | 4 | 4 |
| Western | 4 | 4 |
| Eastern and Western | 1 | 1 |
| Louisiana: | | |
| Eastern | 13 | 13 |
| Middle | 2 | 2 |
| Western | 6 | 7 |
| Maine | 2 | 3 |
| Maryland | 10 | 10 |
| Massachusetts | 11 | 13 |
| Michigan: | | |
| Eastern | 15 | 15 |
| Western | 4 | 4 |
| Minnesota | 7 | 7 |
| Mississippi: | | |
| Northern | 3 | 3 |
| Southern | 5 | 6 |
| Missouri: | | |
| Eastern | 5 | 6 |
| Western | 5 | 5 |
| Eastern and Western | 2 | 2 |
| Montana | 3 | 3 |
| Nebraska | 3 | 3 |
| Nevada | 4 | 4 |
| New Hampshire | 2 | 3 |
| New Jersey | 14 | 17 |
| New Mexico | 4 | 5 |
| New York: | | |
| Northern | 4 | 4 |
| Southern | 27 | 28 |
| Eastern | 12 | 15 |
| Western | 3 | 4 |
| North Carolina: | | |
| Eastern | 3 | 4 |
| Middle | 3 | 4 |
| Western | 3 | 3 |
| North Dakota | 2 | 2 |
| Ohio: | | |
| Northern | 10 | 11 |
| Southern | 7 | 8 |
| Oklahoma: | | |
| Northern | 2 | 3 |
| Eastern | 1 | 1 |
| Western | 4 | 6 |
| Northern, Eastern, and Western | 2 | 1 |
| Oregon | 5 | 6 |
| Pennsylvania: | | |
| Eastern | 19 | 22 |
| Middle | 5 | 6 |
| Western | 10 | 10 |
| Puerto Rico | 7 | 7 |
| Rhode Island | 3 | 3 |
| South Carolina | 8 | 9 |
| South Dakota | 3 | 3 |
| Tennessee: | | |
| Eastern | 4 | 5 |
| Middle | 3 | 4 |
| Western | 4 | 5 |
| Texas: | | |
| Northern | 10 | 12 |
| Southern | 13 | 18 |
| Eastern | 6 | 7 |
| Western | 7 | 10 |
| Utah | 4 | 5 |
| Vermont | 2 | 2 |
| Virginia: | | |
| Eastern | 9 | 9 |
| Western | 4 | 4 |
| Washington: | | |
| Eastern | 3 | 4 |
| Western | 6 | 7 |
| West Virginia: | | |
| Northern | 2 | 3 |
| Southern | 4 | 5 |
| Wisconsin: | | |
| Eastern | 4 | 4 |
| Western | 2 | 2 |
| Wyoming | 2 | 3 |

1984—Pub. L. 98-353 altered number of permanent district judgeships in named districts as follows:

| State | Former | New |
|---|---|---|
| Alabama: | | |
| Northern | 7 | 7 |
| Middle | 3 | 3 |
| Southern | 2 | 3 |
| Alaska | 2 | 3 |
| Arizona | 8 | 8 |
| Arkansas: | | |
| Eastern | 3 | 3 |
| Western | 1 | 1 |
| Eastern and Western | 2 | 2 |
| California: | | |
| Northern | 12 | 12 |
| Eastern | 6 | 6 |
| Central | 17 | 22 |
| Southern | 7 | 7 |
| Colorado | 6 | 7 |
| Connecticut | 5 | 6 |
| Delaware | 3 | 4 |
| District of Columbia | 15 | 15 |
| Florida: | | |
| Northern | 3 | 3 |
| Middle | 9 | 9 |
| Southern | 12 | 15 |
| Georgia: | | |
| Northern | 11 | 11 |
| Middle | 2 | 3 |
| Southern | 3 | 3 |
| Hawaii | 2 | 3 |
| Idaho | 2 | 2 |
| Illinois: | | |
| Northern | 16 | 20 |
| Central | 3 | 3 |
| Southern | 2 | 3 |
| Indiana: | | |
| Northern | 4 | 4 |
| Southern | 5 | 5 |
| Iowa: | | |
| Northern | 1 | 1 |
| Southern | 2 | 2 |
| Northern and Southern | 1 | 1 |
| Kansas | 5 | 5 |
| Kentucky: | | |
| Eastern | 4 | 4 |
| Western | 3 | 4 |
| Eastern and Western | 1 | 1 |
| Louisiana: | | |
| Eastern | 13 | 13 |
| Middle | 2 | 2 |
| Western | 5 | 6 |
| Maine | 2 | 2 |
| Maryland | 9 | 10 |
| Massachusetts | 10 | 11 |
| Michigan: | | |
| Eastern | 13 | 15 |
| Western | 4 | 4 |
| Minnesota | 5 | 7 |
| Mississippi: | | |
| Northern | 2 | 3 |
| Southern | 3 | 5 |
| Missouri: | | |
| Eastern | 4 | 5 |
| Western | 5 | 5 |
| Eastern and Western | 2 | 2 |
| Montana | 2 | 3 |
| Nebraska | 3 | 3 |
| Nevada | 3 | 4 |
| New Hampshire | 2 | 2 |
| New Jersey | 11 | 14 |
| New Mexico | 4 | 4 |
| New York: | | |
| Northern | 3 | 4 |
| Southern | 27 | 27 |
| Eastern | 10 | 12 |
| Western | 3 | 3 |

| State | Former | New |
|---|---|---|
| Washington: | | |
| Eastern | 1 | 2 |
| Western | 3 | 5 |
| West Virginia: | | |
| Northern | 1 | 1 |
| Southern | 2 | 3 |
| Northern and Southern | 1 | 1 |
| Wisconsin: | | |
| Eastern | 3 | 4 |
| Western | 1 | 2 |
| Wyoming | 1 | 1 |

Pub. L. 95-408 substituted "Central" for "Southern" and "Southern" for "Eastern" in item relating to Illinois.

1971—Pub. L. 92-208 created a Middle District in the Louisiana listing with one judge and reduced from 10 to 9 the number of judges for the Eastern District of Louisiana.

1970—Pub. L. 91-272 altered the number of permanent district judgeships in the named districts as follows:

| State | Former | New |
|---|---|---|
| Alabama: | | |
| Northern | 3 | 4 |
| Middle | 1 | 2 |
| Southern | 1 | 2 |
| Middle and Southern | 1 | 0 |
| Arizona | 4 | 5 |
| California: | | |
| Northern | 9 | 11 |
| Central | 13 | 16 |
| Southern | 2 | 5 |
| Colorado | 3 | 4 |
| Florida: | | |
| Middle | 5 | 6 |
| Southern | 5 | 7 |
| Georgia: | | |
| Northern | 3 | 6 |
| Southern | 1 | 2 |
| Illinois: Northern | 11 | 13 |
| Kansas | 3 | 4 |
| Kentucky: | | |
| Eastern | 1 | 2 |
| Western | 2 | 3 |
| Louisiana: | | |
| Eastern | 8 | 10 |
| Western | 3 | 4 |
| Maryland | 5 | 7 |
| Michigan: Eastern | 8 | 10 |
| Missouri: Eastern | 2 | 3 |
| Nebraska | 2 | 3 |
| New Jersey | 8 | 9 |
| New Mexico | 2 | 3 |
| New York: | | |
| Southern | 24 | 27 |
| Eastern | 8 | 9 |
| Ohio: | | |
| Northern | 7 | 8 |
| Southern | 4 | 5 |
| Pennsylvania: | | |
| Eastern | 11 | 19 |
| Western | 8 | 10 |
| Puerto Rico | 2 | 3 |
| South Carolina | 4 | 5 |
| Tennessee: Western | 2 | 3 |
| Texas: | | |
| Northern | 5 | 6 |
| Southern | 7 | 8 |
| Eastern | 2 | 3 |
| Western | 4 | 5 |
| Virginia: Eastern | 5 | 6 |
| West Virginia: Southern | 1 | 2 |
| Wisconsin: Eastern | 2 | 3 |

1966—Pub. L. 89-372 altered the number of permanent district judgeships in the named districts as follows:

| State | Former | New |
|---|---|---|
| Alabama: Middle and Southern | 0 | 1 |
| Arizona | 3 | 4 |
| California: | | |
| Northern | 9 | 9 |
| Eastern | 0 | 3 |
| Central | 0 | 13 |
| Southern | 13 | 2 |
| Florida: | | |
| Northern | 1 | 2 |
| Middle | 3 | 5 |
| Southern | 3 | 5 |
| Northern, Middle, and Southern | 1 | 0 |
| Illinois: Northern | 10 | 11 |
| Indiana: Southern | 3 | 4 |
| Louisiana: Eastern | 4 | 8 |
| Maryland | 4 | 5 |
| Mississippi: | | |
| Northern | 1 | 2 |
| Southern | 2 | 3 |
| New York: Western | 2 | 3 |
| Ohio: | | |
| Northern | 6 | 7 |
| Southern | 3 | 4 |
| Rhode Island | 1 | 2 |
| Texas: | | |
| Southern | 5 | 7 |
| Western | 3 | 4 |
| Vermont | 1 | 2 |
| Virginia: Eastern | 3 | 5 |

1965—Pub. L. 89-242 changed the South Carolina listing by removing references to an Eastern and Western District, with 1 judge listed for the Eastern, 1 judge for the Western, and 2 judges for the Eastern and Western combined, and substituted therefor a single reference to a South Carolina District with 4 judges.

1962—Pub. L. 87-562 amended the Florida listing by adding the Middle District with its designation of 3 judges, substituted "Northern, Middle, and Southern" for "Northern and Southern", and reduced the number of judges in the Southern District from 6 to 3.

1961—Pub. L. 87-36 increased the number of permanent district judgeships in the named districts as follows:

| State | Former | New |
|---|---|---|
| Alabama: | | |
| Northern | 2 | 3 |
| Alaska | 1 | 2 |
| Arizona | 2 | 3 |
| Arkansas: | | |
| Eastern and Western | 1 | 2 |
| California: | | |
| Northern | 7 | 9 |
| Southern | 11 | 13 |
| Colorado | 2 | 3 |
| Connecticut | 2 | 4 |
| Florida: | | |
| Southern | 4 | 6 |
| Georgia: | | |
| Northern | 2 | 3 |
| Middle | 1 | 2 |
| Illinois: | | |
| Northern | 8 | 10 |
| Indiana: | | |
| Northern | 2 | 3 |
| Southern | 2 | 3 |
| Iowa: | | |
| Northern and Southern | 0 | 1 |
| Kansas | 2 | 3 |
| Louisiana: | | |
| Eastern | 2 | 4 |
| Western | 2 | 3 |
| Maryland | 2 | 4 |
| Massachusetts | 5 | 6 |
| Michigan: | | |
| Eastern | 6 | 8 |
| Mississippi: | | |
| Southern | 1 | 2 |
| Missouri: | | |
| Western | 2 | 3 |

Act, see section 5 of Pub. L. 95-408, set out as a note under section 89 of this title.

EFFECTIVE DATE OF 1971 AMENDMENT

Amendment by Pub. L. 92-208 effective 120 days after Dec. 18, 1971, see section 3(f) of Pub. L. 92-208, set out as a note under section 98 of this title.

EFFECTIVE DATE OF 1965 AMENDMENT

Amendment by Pub. L. 89-242 effective on first day of month following Oct. 7, 1965, see section 6 of Pub. L. 89-242, set out as a note under section 121 of this title.

EFFECTIVE DATE OF 1962 AMENDMENT

Amendment by Pub. L. 87-562 effective 90 days after July 30, 1962, see section 5 of Pub. L. 87-562, set out as a note under section 89 of this title.

EFFECTIVE DATE OF 1959 AMENDMENT

Section 9 of Pub. L. 86-3 provided in part that the amendment of this section and section 134 of this title is effective on admission of the State of Hawaii into the Union. Admission of Hawaii into the Union was accomplished Aug. 21, 1959, upon issuance of Proc. No. 3309, Aug. 21, 1959, 25 F.R. 6868, 73 Stat. 74, as required by sections 1 and 7(c) of Pub. L. 86-3, Mar. 18, 1959, 73 Stat. 4, set out as notes preceding section 491 of Title 48, Territories and Insular Possessions.

EFFECTIVE DATE OF 1958 AMENDMENT

Amendment by Pub. L. 85-508 effective Jan. 3, 1959, on admission of Alaska into the Union pursuant to Proc. No. 3269, Jan. 3, 1959, 24 F.R. 81, 73 Stat. 16, as required by sections 1 and 8(c) of Pub. L. 85-508, see notes set out under section 81A of this title and preceding section 21 of Title 48, Territories and Insular Possessions.

ADDITIONAL JUDGESHIPS

Section 203(a)-(c) of title II of Pub. L. 101-650 provided that:

"(a) IN GENERAL.—The President shall appoint, by and with the advice and consent of the Senate—

"(1) 1 additional district judge for the western district of Arkansas;

"(2) 2 additional district judges for the northern district of California;

"(3) 5 additional district judges for the central district of California;

"(4) 1 additional district judge for the southern district of California;

"(5) 2 additional district judges for the district of Connecticut;

"(6) 2 additional district judges for the middle district of Florida;

"(7) 1 additional district judge for the northern district of Florida;

"(8) 1 additional district judge for the southern district of Florida;

"(9) 1 additional district judge for the middle district of Georgia;

"(10) 1 additional district judge for the northern district of Illinois;

"(11) 1 additional district judge for the southern district of Iowa;

"(12) 1 additional district judge for the western district of Louisiana;

"(13) 1 additional district judge for the district of Maine;

"(14) 1 additional district judge for the district of Massachusetts;

"(15) 1 additional district judge for the southern district of Mississippi;

"(16) 1 additional district judge for the eastern district of Missouri;

"(17) 1 additional district judge for the district of New Hampshire;

"(18) 3 additional district judges for the district of New Jersey;

"(19) 1 additional district judge for the district of New Mexico;

"(20) 1 additional district judge for the southern district of New York;

"(21) 3 additional district judges for the eastern district of New York;

"(22) 1 additional district judge for the middle district of North Carolina;

"(23) 1 additional district judge for the southern district of Ohio;

"(24) 1 additional district judge for the northern district of Oklahoma;

"(25) 1 additional district judge for the western district of Oklahoma;

"(26) 1 additional district judge for the district of Oregon;

"(27) 3 additional district judges for the eastern district of Pennsylvania;

"(28) 1 additional district judge for the middle district of Pennsylvania;

"(29) 1 additional district judge for the district of South Carolina;

"(30) 1 additional district judge for the eastern district of Tennessee;

"(31) 1 additional district judge for the western district of Tennessee;

"(32) 1 additional district judge for the middle district of Tennessee;

"(33) 2 additional district judges for the northern district of Texas;

"(34) 1 additional district judge for the eastern district of Texas;

"(35) 5 additional district judges for the southern district of Texas;

"(36) 3 additional district judges for the western district of Texas;

"(37) 1 additional district judge for the district of Utah;

"(38) 1 additional district judge for the eastern district of Washington;

"(39) 1 additional district judge for the northern district of West Virginia;

"(40) 1 additional district judge for the southern district of West Virginia; and

"(41) 1 additional district judge for the district of Wyoming.

"(b) EXISTING JUDGESHIPS.—(1) The existing district judgeships for the western district of Arkansas, the northern district of Illinois, the northern district of Indiana, the district of Massachusetts, the western district of New York, the eastern district of North Carolina, the northern district of Ohio, and the western district of Washington authorized by section 202(b) of the Bankruptcy Amendments and Federal Judgeship Act of 1984 (Public Law 98-353, 98 Stat. 347-348) [set out below] shall, as of the effective date of this title [Dec. 1, 1990], be authorized under section 133 of title 28, United States Code, and the incumbents in those offices shall hold the office under section 133 of title 28, United States Code, as amended by this title.

"(2)(A) The existing 2 district judgeships for the eastern and western districts of Arkansas (provided by section 133 of title 28, United States Code, as in effect on the day before the effective date of this title) shall be district judgeships for the eastern district of Arkansas only, and the incumbents of such judgeships shall hold the offices under section 133 of title 28, United States Code, as amended by this title.

"(B) The existing district judgeship for the northern and southern districts of Iowa (provided by section 133 of title 28, United States Code, as in effect on the day before the effective date of this title) shall be a district judgeship for the northern district of Iowa only, and the incumbent of such judgeship shall hold the office under section 133 of title 28, United States Code, as amended by this title.

Maryland, four additional district judges for the district of Massachusetts, three additional district judges for the eastern district of Michigan, two additional district judges for the western district of Michigan, one additional district judge for the district of Minnesota, one additional district judge for the eastern district of Missouri, two additional district judges for the western district of Missouri, one additional district judge for the district of Nevada, one additional district judge for the district of New Hampshire, two additional district judges for the district of New Jersey, one additional district judge for the district of New Mexico, one additional district judge for the northern district of New York, one additional district judge for the eastern district of New York, one additional district judge for the eastern district of North Carolina, one additional district judge for the middle district of North Carolina, one additional district judge for the western district of North Carolina, one additional district judge for the northern district of Ohio, one additional district judge for the southern district of Ohio, one additional district judge for the western district of Oklahoma, one additional district judge for the northern district of Oklahoma, two additional district judges for the district of Oregon, two additional district judges for the middle district of Pennsylvania, four additional district judges for the district of Puerto Rico, three additional district judges for the district of South Carolina, one additional district judge for the district of South Dakota, one additional district judge for the middle district of Tennessee, three additional district judges for the northern district of Texas, one additional district judge for the eastern district of Texas, five additional district judges for the southern district of Texas, one additional district judge for the western district of Texas, one additional district judge for the district of Utah, two additional district judges for the eastern district of Virginia, two additional district judges for the western district of Virginia, one additional district judge for the eastern district of Washington, one additional district judge for the western district of Washington, one additional district judge for the southern district of West Virginia, one additional district judge for the eastern district of Wisconsin, and one additional district judge for the western district of Wisconsin."

Section 2 of Pub. L. 95-486 provided that: "The President shall appoint, by and with the advice and consent of the Senate, one additional district judge for the eastern district of Kentucky, one additional district judge for the district of Minnesota, one additional district judge for the northern district of Ohio, and one additional district judge for the southern district of West Virginia. The first vacancy in the office of district judge in the judicial districts named in this section occurring five years or more after the effective date of this Act [Oct. 20, 1978] shall not be filled."

Section 1(a) of Pub. L. 91-272 provided that: "The President shall appoint, by and with the advice and consent of the Senate, one additional district judge for the northern district of Alabama, one additional district judge for the middle district of Alabama, one additional district judge for the district of Arizona, two additional district judges for the northern district of California, three additional district judges for the central district of California, three additional district judges for the southern district of California, one additional district judge for the district of Colorado, one additional district judge for the middle district of Florida, two additional district judges for the southern district of Florida, three additional district judges for the northern district of Georgia, one additional district judge for the southern district of Georgia, two additional district judges for the northern district of Illinois, one additional district judge for the eastern district of Kentucky, one additional district judge for the western district of Kentucky, two additional district judges for the eastern district of Louisiana, one additional district judge for the western district of Louisiana, two additional district judges for the district of Maryland, two additional district judges for the eastern district of Michigan, one additional district judge for the eastern district of Missouri, one additional district judge for the district of Nebraska, one additional district judge for the district of New Jersey, one additional district judge for the district of New Mexico, one additional district judge for the eastern district of New York, three additional district judges for the southern district of New York, one additional district judge for the northern district of Ohio, one additional district judge for the southern district of Ohio, six additional district judges for the eastern district of Pennsylvania, two additional district judges for the western district of Pennsylvania, one additional district judge for the district of Puerto Rico, one additional district judge for the district of South Carolina, one additional district judge for the western district of Tennessee, one additional district judge for the northern district of Texas, one additional district judge for the eastern district of Texas, one additional district judge for the southern district of Texas, one additional district judge for the western district of Texas, one additional district judge for the eastern district of Virginia, and one additional district judge for the southern district of West Virginia."

Section 2(a) of Pub. L. 89-372 provided that: "The President shall appoint, by and with the advice and consent of the Senate, one district judge for the middle and southern districts of Alabama, one additional district judge for the district of Arizona, one additional district judge for the northern district of Florida, one additional district judge for the middle district of Florida, two additional district judges for the southern district of Florida, one additional district judge for the northern district of Illinois, one additional district judge for the southern district of Indiana, four additional district judges for the eastern district of Louisiana, one additional district judge for the district of Maryland, one additional district judge for the northern district of Mississippi, one additional district judge for the southern district of Mississippi, one additional district judge for the western district of New York, one additional district judge for the northern district of Ohio, one additional district judge for the southern district of Ohio, one additional district judge for the district of Rhode Island, two additional district judges for the southern district of Texas, one additional district judge for the western district of Texas, two additional district judges for the eastern district of Virginia, and one additional district judge for the district of Vermont."

Section 2(a) of Pub. L. 87-36 provided that: "The President shall appoint, by and with the advice and consent of the Senate, one additional district judge for the northern district of Alabama, one additional district judge for the district of Alaska, one additional district judge for the district of Arizona, one additional district judge for the eastern and western districts of Arkansas, two additional district judges for the northern district of California, two additional district judges for the southern district of California, one additional district judge for the district of Colorado, two additional district judges for the district of Connecticut, two additional district judges for the southern district of Florida, one additional district judge for the northern district of Georgia, two additional district judges for the northern district of Illinois, one additional district judge for the northern district of Indiana, one additional district judge for the southern district of Indiana, one additional district judge for the northern and southern districts of Iowa, one additional district judge for the district of Kansas, two additional district judges for the eastern district of Louisiana, one additional district judge for the western district of Louisiana, two additional district judges for the district of Maryland, one additional district judge for the district of Massachusetts, two additional district judges for the eastern district of Michigan, one additional district judge for the southern district of

June 2, 1970, 84 Stat. 294, which provided, in part, that such judgeships be permanent judgeships and that the present incumbents henceforth hold their offices under this section, as amended by section 1(d) of Pub. L. 91-272.

Act Feb. 10, 1954, ch. 6, § 2(b)(5), 68 Stat. 10, which authorized the appointment of an additional judge for the western district, was repealed by section 2(b) of Pub. L. 87-36, which made the judgeship permanent and also provided that the incumbent of the judgeship created by act Feb. 10, 1954, should henceforth hold his office under this section, as amended by Pub. L. 87-36, § 2(d).

Section 2 of act July 24, 1946, ch. 600, 60 Stat. 654, as amended by section 6 of act Feb. 10, 1954, ch. 6, 68 Stat. 14, provided: "The President is authorized to appoint, by and with the advice and consent of the Senate, one additional United States district judge, who shall be an additional district judge for the eastern, middle, and western districts of Pennsylvania. The judge so appointed shall at the time of his appointment be a resident and a citizen of the State of Pennsylvania: *Provided*, That when a vacancy occurs in said office it shall not be filled: *Provided further*, That unless the President shall submit a nomination to the Senate to fill the office hereby created within ninety days after the effective date of this Act [July 24, 1946], then in that event this Act shall be of no force and effect. If a vacancy arises in the office of district judge for the middle district of Pennsylvania while the judge appointed pursuant to this section is holding the office created by this section, such judge shall thereafter be a district judge for the middle district of Pennsylvania."

Section 2(c) of act Aug. 3, 1949, which provided for an additional temporary judgeship for the western district of Pennsylvania was repealed by section 2 of act Aug. 29, 1950, which by section 1 of act Aug. 29, 1950, made the additional judgeship permanent. However, section 2 of act Aug. 29, 1950 also provided that the repeal in no way affected the tenure of the present incumbent.

*South Carolina.*—Section 1(b) of Pub. L. 89-242 provided that: "The existing district judgeships for the Eastern District of South Carolina, the Western District of South Carolina, and the Eastern and Western Districts of South Carolina heretofore provided for by section 133 of title 28 of the United States Code [this section] shall hereafter be district judgeships for the District of South Carolina and the present incumbents of such judgeships shall henceforth hold their offices under section 133, as amended by this Act."

*South Dakota.*—Pub. L. 85-310 provided: "The President is authorized to appoint, by and with the advice and consent of the Senate an additional district judge for the district of South Dakota as authorized by paragraph (3) of section 2(b) of the act of February 10, 1954 [set out as a note below]."

Section 2(b)(3) of act February 10, 1954, as amended by Pub. L. 85-310, provided: "The President shall appoint, by and with the advice and consent of the Senate, one additional district judge for the district of South Dakota."

*Tennessee.*—Section 2(b)(4) of act Feb. 10, 1954, provided: "The President shall appoint, by and with the advice and consent of the Senate, one additional district judge for the middle district of Tennessee. The first vacancy occurring in the office of district judge in said district shall not be filled."

→ *Texas.*—Act Aug. 3, 1949, ch. 387, § 2(d), 63 Stat. 495, which authorized the appointment of an additional judge for the Southern district, was repealed by section 2(b)(11) of act Feb. 10, 1954, which by section 2(a)(2) of act Feb. 10, 1954, made the additional judgeship permanent. Section 2(b)(11) of act Feb. 10, 1954 also provided that the incumbent of the judgeship created by section 2(d) of act Aug. 3, 1949, should henceforth hold his office under this section, as amended by act Feb. 10, 1954, § 2(a)(3).

*Utah.*—Act Feb. 10, 1954, ch. 6, § 2(b)(6), 68 Stat. 11, which authorized the appointment of an additional judge for the district, was repealed by section 2(b) of Pub. L. 87-36, which made the judgeship permanent and also provided that the incumbent of the judgeship created by act Feb. 10, 1954, should hence forth hold his office under this section, as amended by Pub. L. 87-36, § 2(d).

*Virgin Islands.*—Section 3(a) of Pub. L. 91-272 provided that: "The President shall appoint, by and with the advice and consent of the Senate, one additional judge for the District Court of the Virgin Islands, who shall hold office for the term of eight years and until his successor is chosen and qualified, unless sooner removed by the President for cause."

*Washington.*—Section 1(b) of Pub. L. 95-486 provided that: "The existing district judgeship for the eastern and western districts of Washington, heretofore provided for by section 133 of title 28 of the United States Code, shall hereafter be a district judgeship for the western district of Washington only, and the present incumbent of such judgeship shall henceforth hold his office under section 133, as amended by this Act."

Section 2(c) of Pub. L. 87-36 provided that: "The existing district judgeship for the eastern and western districts of Washington, heretofore provided for by section 133 of title 28 of the United States Code, shall hereafter be a district judgeship for the western district of Washington only, and the present incumbent of such judgeship shall henceforth hold his office under section 133, as amended by this Act [Pub. L. 87-36]."

*West Virginia.*—Section 2 of Pub. L. 97-471 provided that:

"(a) The existing district judgeship for the Southern District of West Virginia, authorized by section 2 of the Act entitled 'An Act to provide for the appointment of additional district and circuit judges and for other purposes', approved October 20, 1978 [Pub. L. 95-486] (92 Stat. 1632; 28 U.S.C. 133 note), shall, as of the date of enactment of this Act [Jan. 14, 1983], be authorized under section 133 of title 28 of the United States Code as a district judgeship for the Northern District of West Virginia, and the incumbent of that office shall henceforth hold office under section 133, as amended by this Act.

"(b) The existing district judgeship for the Northern and Southern Districts of West Virginia shall be authorized as the district judgeship for the Southern District."

The additional judgeship for the northern and southern districts, which was authorized by act June 22, 1936, ch. 695, 49 Stat. 1805, was made permanent by section 2(a)(2) of act Feb. 10, 1954, which by section 2(b)(12) of act Feb. 10, 1954, provided that the incumbent of the judgeship created by act June 22, 1936, should henceforth hold his office under this section, as amended by act Feb. 10, 1954, § 2(a)(3).

*Wisconsin.*—Section 5(c) of Pub. L. 89-372, Mar. 18, 1966, 80 Stat. 78, which authorized the appointment of an additional district judge for the district of Wisconsin and which provided that the first vacancy occurring in the office of district judge in such district not be filled was repealed by section 1(c) of Pub. L. 91-272, June 2, 1970, 84 Stat. 294, which provided, in part, that such judgeship be a permanent judgeship and that the present incumbent henceforth hold his office under this section, as amended by section 1(d) of Pub. L. 91-272.

### Nomination of Women and Blacks to Federal Judgeships

Section 8 of Pub. L. 95-486 provided that: "The Congress—

"(1) takes notice of the fact that only 1 percent of Federal judges are women and only 4 percent are blacks; and

"(2) suggests that the President, in selecting individuals for nomination to the Federal judgeships created by this Act [for classification see Effective

Stat. 4, set out as notes preceding section 491 of Title 48, Territories and Insular Possessions.

TENURE AND SALARY RIGHTS OF JUDGES IN PUERTO RICO IN OFFICE ON SEPTEMBER 12, 1966

Section 4 of Pub. L. 89-571 provided that: "The amendments made by this section to sections 134 and 373 of title 28, United States Code, shall not affect the tenure of office or right to continue to receive salary after resignation, retirement, or failure of reappointment of any district judge for the district of Puerto Rico who is in office on the date of enactment of this Act [Sept. 12, 1966]."

APPLICABILITY OF ORDERS UNDER 1954 AMENDMENT

Section 2(b)(13)(b) of act Feb. 10, 1954, provided: "Orders made by the judicial councils of the circuits under the second sentence of subsection (c) of section 134 of Title 28, as amended by this section, determining that a specified district judge shall maintain his abode at or near a place or within an area which the council has theretofore designated for the abode of a district judge under the first sentence of such subsection, shall be applicable only to district judges appointed after the enactment of this act [Feb. 10, 1954]."

CROSS REFERENCES

Guam district judges, tenure and residence, see section 1424b of Title 48, Territories and Insular Possessions.

Judges to hold office during good behavior, see Const., Art. 3, § 1.

Official station of district judges, see section 456 of this title.

Virgin Islands district judge, tenure, see section 1614 of Title 48, Territories and Insular Possessions.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in section 992 of this title.

**§ 135. Salaries of district judges**

Each judge of a district court of the United States shall receive a salary at an annual rate determined under section 225 of the Federal Salary Act of 1967 (2 U.S.C. 351-361), as adjusted by section 461 of this title.

(June 25, 1948, ch. 646, 62 Stat. 897; Mar. 2, 1955, ch. 9, § 1(c), 69 Stat. 10; Aug. 14, 1964, Pub. L. 88-426, title IV, § 403(c), 78 Stat. 434; Aug. 9, 1975, Pub. L. 94-82, title II, § 205(b)(3), 89 Stat. 422.)

HISTORICAL AND REVISION NOTES

Based on title 28, U.S.C., 1940 ed., § 5, and District of Columbia Code, 1940 ed., § 11-302 (Mar. 3, 1911, ch. 231, § 2, 36 Stat. 1087; Feb. 25, 1919, ch. 29, § 1, 40 Stat. 1156; Dec. 13, 1926, ch. 6, 44 Stat. 919; May 17, 1932, ch. 190, 47 Stat. 158; July 31, 1946, ch. 704, § 1, 60 Stat. 716).

Section consolidates section 5 of title 28, U.S.C., 1940 ed., and section 11-302 of the District of Columbia Code, 1940 ed.

"Chief judge," in the District of Columbia, was substituted for "Chief Justice" which appeared in section 11-302 of the District of Columbia Code. (See reviser's note under section 136 of this title.)

Words "to be paid in monthly installments" were omitted, since the time of payment is a matter of administrative convenience. See 20 Comp. Gen. 834.

The provision of section 5 of title 28, U.S.C., 1940 ed., for salaries of judges of the district court of Alaska was omitted as covered by section 101 of Title 48, U.S.C., 1940 ed., Territories and Insular Possessions, as amended by a separate section in the bill to enact this revised title. The provision of said section for salary of the Virgin Islands district judge was omitted as covered by section 5a of title 28, U.S.C., 1940 ed., as amended by a separate section in the bill to enact this revised title. Such section 5a is recommended for transfer to title 48, U.S.C., 1940 ed., because of the dual nature of the Virgin Islands district court.

For salary of the district judge of Canal Zone district court, see section 1348 of title 48, U.S.C., 1940 ed., Territories and Insular Possessions.

Changes were made in phraseology.

REFERENCES IN TEXT

Section 225 of the Federal Salary Act of 1967, referred to in text, is section 225 of Pub. L. 90-206, Dec. 16, 1967, 81 Stat. 642, as amended, which is classified to chapter 11 (§ 351 et seq.) of Title 2, The Congress.

AMENDMENTS

1975—Pub. L. 94-82 substituted provision that each judge of a district court shall receive a salary at an annual rate determined under section 225 of the Federal Salary Act of 1967, as adjusted by section 461 of this title, for provision that each such judge receive a salary of $30,000.

1964—Pub. L. 88-426 increased the salary of the district court judges from $22,500 to $30,000, and that of the chief judge of the District Court for the District of Columbia from $23,000 to $30,500.

1955—Act Mar. 2, 1955, increased the salaries of the district court judges from $15,000 to $22,500 a year and increased the salary of the chief judge of the District Court for the District of Columbia from $15,500 to $23,000 a year.

EFFECTIVE DATE OF 1964 AMENDMENT

Amendment by Pub. L. 88-426 effective on the first day of the first pay period which begins on or after July 1, 1964, except to the extent provided in section 501(c) of Pub. L. 88-426, see section 501 of Pub. L. 88-426.

EFFECTIVE DATE OF 1955 AMENDMENT

Amendment by act Mar. 2, 1955, effective Mar. 1, 1955, see section 5 of act Mar. 2, 1955, set out as a note under section 31 of Title 2, The Congress.

SALARY INCREASES

1995—Salaries of district judges continued at $133,600 per annum, by Ex. Ord. No. 12944, Dec. 28, 1994, 60 F.R. 309, set out as a note under section 5332 of Title 5, Government Organization and Employees.

1993—Salaries of district judges increased to $133,600 per annum, effective on first day of first pay period beginning on or after Jan. 1, 1993, by Ex. Ord. No. 12826, Dec. 30, 1992, 57 F.R. 62909, formerly set out as a note under section 5332 of Title 5.

1992—Salaries of district judges increased to $129,500 per annum, effective on first day of first pay period beginning on or after Jan. 1, 1992, by Ex. Ord. No. 12786, Dec. 26, 1991, 56 F.R. 67453, formerly set out as a note under section 5332 of Title 5.

1991—Salaries of district judges increased to $125,100 per annum, effective on first day of first pay period beginning on or after Jan. 1, 1991, by Ex. Ord. No. 12736, Dec. 12, 1990, 55 F.R. 51385, formerly set out as a note under section 5332 of Title 5.

1990—Salaries of district judges continued at $89,500 per annum, and increased to $96,600, effective on first day of first pay period beginning on or after Jan. 31, 1990, by Ex. Ord. No. 12698, Dec. 23, 1989, 54 F.R. 53473, formerly set out as a note under section 5332 of Title 5.

1989—Salaries of district judges increased in the amount of 25 percent of their rates (as last in effect before the increase), effective Jan. 1, 1991, see Pub. L. 101-194, title VII, § 703(a)(3), Nov. 30, 1989, 103 Stat. 1768, set out as a note under section 5318 of Title 5.



EFFECTIVE DATE OF 1982 AMENDMENT

Amendment by Pub. L. 97-164 effective Oct. 1, 1982, see section 402 of Pub. L. 97-164, set out as a note under section 171 of this title.

EFFECTIVE DATE OF 1980 AMENDMENT

Amendment by Pub. L. 96-452 effective Oct. 1, 1981, see section 12 of Pub. L. 96-452, set out as a note under section 41 of this title.

SURVEY OF JUDICIAL BUSINESS IN ALASKA

Section 23(a) of Pub. L. 86-70, June 25, 1959, 73 Stat. 147, provided that: "The Judicial Conference of the United States, with the assistance of the Administrative Office of the United States Courts, shall conduct a study, including a field survey, of the Federal judicial business arising in the State of Alaska with a view toward directing the United States Court of Appeals for the Ninth Circuit to hold such terms of court in Anchorage or such other Alaskan cities as may be necessary for the prompt and efficient administration of justice."

CROSS REFERENCES

Courts always open, see section 452 of this title.

**§ 49. Assignment of judges to division to appoint independent counsels**

(a) Beginning with the two-year period commencing on the date of the enactment of this section, three judges or justices shall be assigned for each successive two-year period to a division of the United States Court of Appeals for the District of Columbia to be the division of the court for the purpose of appointing independent counsels. The Clerk of the United States Court of Appeals for the District of Columbia Circuit shall serve as the clerk of such division of the court and shall provide such services as are needed by such division of the court.

(b) Except as provided under subsection (f) of this section, assignment to such division of the court shall not be a bar to other judicial assignments during the term of such division.

(c) In assigning judges or justices to sit on such division of the court, priority shall be given to senior circuit judges and retired justices.

(d) The Chief Justice of the United States shall designate and assign three circuit court judges or justices, one of whom shall be a judge of the United States Court of Appeals for the District of Columbia, to such division of the court. Not more than one judge or justice or senior or retired judge or justice may be named to such division from a particular court.

(e) Any vacancy in such division of the court shall be filled only for the remainder of the two-year period in which such vacancy occurs and in the same manner as initial assignments to such division were made.

(f) Except as otherwise provided in chapter 40 of this title, no member of such division of the court who participated in a function conferred on the division under chapter 40 of this title involving an independent counsel shall be eligible to participate in any judicial proceeding concerning a matter which involves such independent counsel while such independent counsel is serving in that office or which involves the exercise of such independent counsel's official duties, regardless of whether such independent counsel is still serving in that office.

(Added Pub. L. 95-521, title VI, § 602(a), Oct. 26, 1978, 92 Stat. 1873; amended Pub. L. 97-409, § 2(b)(1), Jan. 3, 1983, 96 Stat. 2039; Pub. L. 99-554, title I, § 144(g)(3), Oct. 27, 1986, 100 Stat. 3097; Pub. L. 100-191, §§ 4, 5(a), Dec. 15, 1987, 101 Stat. 1307.)

REFERENCES IN TEXT

The date of enactment of this section, referred to in subsec. (a), is Oct. 26, 1978.

AMENDMENTS

1987—Subsec. (a). Pub. L. 100-191, § 4, inserted at end: "The Clerk of the United States Court of Appeals for the District of Columbia Circuit shall serve as the clerk of such division of the court and shall provide such services as are needed by such division of the court."

Subsec. (f). Pub. L. 100-191, § 5(a), substituted "involving an independent counsel" for "involving a independent counsel".

1986—Subsec. (f). Pub. L. 99-554 substituted "chapter 40" for "chapter 39" in two places.

1983—Pub. L. 97-409, § 2(b)(1)(B), substituted "independent counsels" for "special prosecutors" in section catchline.

Subsec. (a). Pub. L. 97-409, § 2(b)(1)(B), substituted "independent counsels" for "special prosecutors".

Subsec. (f). Pub. L. 97-409, § 2(b)(1)(A), (C), substituted "independent counsel" for "special prosecutor" wherever appearing and "independent counsel's" for "special prosecutor's".

EFFECTIVE DATE OF 1986 AMENDMENT

Amendment by Pub. L. 99-554 effective 30 days after Oct. 27, 1986, see section 302(a) of Pub. L. 99-554, set out as a note under section 581 of this title.

EFFECTIVE DATE

Section effective Oct. 26, 1978, see section 604 of Pub. L. 95-521, set out as a note under section 591 of this title.

SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 593, 595 of this title.

## CHAPTER 5—DISTRICT COURTS


| Sec. | |
|---|---|
| 81. | Alabama. |
| 81A. | Alaska. |
| 82. | Arizona. |
| 83. | Arkansas. |
| 84. | California. |
| 85. | Colorado. |
| 86. | Connecticut. |
| 87. | Delaware. |
| 88. | District of Columbia. |
| 89. | Florida. |
| 90. | Georgia. |
| 91. | Hawaii. |
| 92. | Idaho. |
| 93. | Illinois. |
| 94. | Indiana. |
| 95. | Iowa. |
| 96. | Kansas. |
| 97. | Kentucky. |
| 98. | Louisiana. |
| 99. | Maine. |
| 100. | Maryland. |
| 101. | Massachusetts. |
| 102. | Michigan. |
| 103. | Minnesota. |

Commission on the Bicentennial
of the United States Constitution




1985–1992

5C/

# The CONSTITUTION of the United States

We the People

United States, in Order to form a more perfect Union, establi
mote the general Welfare, and secure the Blessings of Liberty to
e United States of America.

of the
insure domestic Tranquility, provide for the common defence,
and our Posterity, do ordain and establish this Constitution f

Article. I.

'in a Congress of the United States, which shall consist of a Senate a

Section. 1. All legislative Powers herein granted shall be ve
of Representatives.

embers chosen every second Year by the People of the several States, a
merous Branch of the State Legislature.
ed to the Age of twenty five Years, and been seven Years a Citizen of the
e shall be chosen.
veral States which may be included within this Union, according to their
e Persons, including those bound to Service for a Term of Years, and exclu
ll be made within three Years after the first Meeting of the Congress of the
shall by Law direct. The Number of Representatives shall not exceed
and until such enumeration shall be made, the State of New Hampsh
nce Plantations one, Connecticut five, New York six, New Jersey four, F
South Carolina five, and Georgia three.
the Executive Authority thereof shall issue Writs of Election to fill such Va
r Officers; and shall have the sole Power of Impeachment.
enators from each State, chosen by the Legislature thereof for six Years

Section. 2. The House of Representatives shall be composed o
in each State shall have the Qualifications requisite for Electors of the mos
No Person shall be a Representative who shall not have at
and who shall not, when elected, be an Inhabitant of that State in whi
Representatives and direct Taxes shall be apportioned among t
Numbers, which shall be determined by adding to the whole Number o
not taxed, three fifths of all other Persons. The actual Enumeration
and within every subsequent Term of ten Years, in such Manner as
thirty Thousand, but each State shall have at Least one Representa
entitled to chuse three, Massachusetts eight, Rhode Island and P
eight, Delaware one, Maryland six, Virginia ten, North Carolina
When vacancies happen in the Representation from any St
The House of Representatives shall chuse their Speaker and
Section. 3. The Senate of the United States shall be composed of t

first Election, they shall be divided as equally as may be into three Cl
second Year, of the second Class at the Expiration of the fourth Year, an
very second Year; and if Vacancies happen by Resignation, or otherwi
rary Appointments until the next Meeting of the Legislature, which sha

and
The Declaration of Independence

such Vacancies.

Age of thirty Years, and been nine Years a Citizen of the United States, a
sen.
ate, but shall have no Vote, unless they be equally divided.

No Person shall be a Senator who shall not have attained to
not, when elected, be an Inhabitant of that State for which he shall be
The Vice President of the United States shall be President of the

DR. EDUARDO M. RIVERA
ATTORNEY AND COUNSELOR AT LAW
CALIFORNIA BAR NO. 52737
ADMITTED JUNE 2, 1972
www.edrivera.com
email:edrivera@edrivera.com
P.O. BOX 13295
TORRANCE, CA 90503
310-370-3361

DR. EDUARDO M. RIVERA
ATTORNEY AND COUNSELOR AT LAW
CALIFORNIA BAR NO. 52737
ADMITTED JUNE 2, 1972
www.edrivera.com
email:edrivera@edrivera.com
P.O. BOX 13295
TORRANCE, CA 90503
310-370-3361

## MEMBERS OF THE COMMISSION

Warren E. Burger
Chairman

Frederick K. Biebel
Lindy Boggs
Herbert Brownell
Lynne V. Cheney
Philip M. Crane
Dennis DeConcini
William J. Green
Mark O. Hatfield
Edward Victor Hill
Damon J. Keith
Cornelia G. Kennedy
Edward M. Kennedy
Harry McKinley Lightsey, Jr.
Betty Southard Murphy
Thomas H. O'Connor
Phyllis Schlafly
Bernard H. Siegan
Obert C. Tanner
Strom Thurmond
Ronald H. Walker
Charles E. Wiggins
Charles Alan Wright

**Former Commissioners**
William Lucas
Edward P. Morgan (deceased)
Ted Stevens



GPO : 1997 O - 175-009 QL:3

REPRINT

DR. EDUARDO M. RIVERA
ATTORNEY AND COUNSELOR AT LAW
CALIFORNIA BAR NO. 52737
ADMITTED JUNE 2, 1972
www.edrivera.com
email:edrivera@edrivera.com
P.O. BOX 13295
TORRANCE, CA 90503
310-370-3361
FAX:888-595-3257

## FOREWORD

Ever since people began living in tribes and villages, they have had to balance order with liberty. Individual freedom had to be weighed against the need for security of all.

The delegates who wrote this Constitution in Philadelphia in 1787 did not invent all the ideas and ideals it embraced, but drew on the wisdom of the ages to combine the best of the past in a conception of government of rule by "We the People" with limits on government to protect freedom.

This Constitution was not perfect; it is not perfect today even with amendments, but it has continued longer than any other written form of government. It sought to fulfill the promises of the Declaration of Independence of 1776, which expressed peoples' yearning to be free and to develop the talents given them by their Creator.

This Constitution creates three separate, independent branches of government, with checks and balances that keep the power of government within the boundaries set by law. This system does not always provide tidy results; it depends on a clash of views in debate and on bargain and compromise.

For 200 years this Constitution's ordered liberty has unleashed the energies and talents of people to create a good life.

Warren E. Burger

Chairman, Commission on the Bicentennial
of the United States Constitution
Chief Justice of the United States, 1969–1986

Highlight or underline the first sentence of the fourth paragraph. Burger's statement is the most important fact about the federal government. The absence of Article III federal trial courts in the states of the Union tells us that the other two branches can act only on federal government business. Without your consent, one or two branches of the federal government cannot exercise the full power of government against you. While the Supreme Court is an Article III judicial court, it is always an appellate court with respect to the people in the states.

You will find no captions, labels or titles in the Constitution. The Framers wrote honestly in direct English sentences with only a touch of legal Latin here and there.

Section 2. was not changed by the 14th Amendment with respect to direct taxes.

| | Article, Section | Page |
|---|---|---|
| President—Continued | | |
| oath of office | II,1 | 11 |
| powers & duties | II,2-3 | 11-12 |
| term of office & compensation | II,1 | 9-11 |
| Press, freedom of | A1 | 21 |
| Privileges and immunities (of citizens) | IV,2;A14,1 | 14,25-26 |
| Prohibition | A18;A21 | 28,30 |
| Property, taking for public use | A5 | 22 |
| Punishments, cruel and unusual | A8 | 23 |
| Race | A15 | 27 |
| Ratification of Constitution | V;VII | 15,16 |
| Religion, freedom of | A1 | 21 |
| Religious oaths | VI | 16 |
| Resident (see Inhabitant) | II,1 | 10 |
| Search and seizure | A4 | 22 |
| Seas, Congress' power | I,8 | 6 |
| Secrecy | I,5 | 4 |
| Self-incrimination | A5 | 22 |
| Senate | | |
| election to & eligibility for | I,3 | 3 |
| equal representation of states | V | 15 |
| officers | I,3 | 3 |
| President of | I,3;A12 | 3,24-25 |
| President of, pro tempore | I,3;A25,3-4 | 3,32-33 |
| special powers | | |
| impeachment trials | I,3 | 3 |
| Presidential appointments | II,2 | 11-12 |
| treaties | II,2 | 11-12 |
| terms of office | I,3;I,6 | 2,4 |
| vacancies | A17 | 27-28 |
| Slavery, prohibition | A13;A14,4 | 25,26-27 |
| Soldiers, quartering of | A3 | 21 |
| Speech, freedom of | A1 | 21 |
| Spending, Congress' power | I,8 | 6 |
| State of Union message | II,3 | 12 |
| States | | |
| and federal elections | I,4 | 3 |
| formation & admission to Union | IV,3 | 14 |
| powers requiring consent of Congress | I,10 | 8-9 |
| powers reserved to | A10 | 23 |
| protection against invasion, violence | IV,4 | 15 |
| republican form of government guaranteed | IV,4 | 15 |
| suits against | III,2;A11 | 13,23-24 |




NOTES

# CONSTITUTION OF THE UNITED STATES

We the People of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

## Article. I.

**Section. 1.** All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

**Section. 2.** The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

[Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons.]* The actual Enumeration

*Changed by section 2 of the Fourteenth Amendment.



The Preamble tells us that the purpose of the Constitution is to "form a more perfect Union." It is not to create another government over the People. The words "ordain and establish" appear again in Article III. Find that phrase and compare it to: "To constitute Tribunals inferior to the supreme court."

Section 1. is most important sentence in the document, because it limits Congress to the powers expressly granted.

This reprint provides all the facts needed to establish that Congress has not ordained and established Article III in any of the contiguous 48 states of the Union. Without such courts, the legislative and executive branches of the federal government are acting in a territorial capacity in matters where those courts have been provided jurisdiction by Congress.

| | Article, Section | Page |
|---|---|---|
| Contracts, interference by states | I,10 | 8 |
| Controversies, court cases | III,2 | 13 |
| Conventions | V;VII;A21 | 15,16,30 |
| Copyrights & patents, Congress' power | I,8 | 6 |
| Counsel, right to | A6 | 22 |
| Counterfeiting, Congress' power to punish | I,8 | 6 |
| Courts (see Judiciary) | | |
| Criminal proceedings, rights of accused | A5;A6 | 22 |
| Currency, Congress' power | I,8 | 6 |
| Defense, Congress' power | I,8 | 6 |
| District of Columbia | I,8;A23 | 7,31 |
| Double jeopardy | A5 | 22 |
| Due process of law | A5;A14,1 | 22,25–26 |
| Electoral College | II,1;A12;A23 | 9–11,24–25, 31–32 |
| Equal protection of laws | A14,1 | 25–26 |
| Equity | III,2;A11 | 13,23 |
| Ex post facto laws | I,9–10 | 8 |
| Extradition of fugitives by states | IV,2 | 14 |
| Fines, excessive | A8 | 23 |
| Foreign affairs, President's power | II,2 | 11–12 |
| Foreign commerce, Congress' power | I,8 | 6 |
| "Full faith and credit" clause | IV,1 | 14 |
| General welfare, Congress' power | I,8 | 6 |
| Grand jury indictments | A5 | 22 |
| Grievances, redress of | A1 | 21 |
| Habeas corpus | I,9 | 8 |
| House of Representatives | | |
| election to & eligibility for | I,2 | 1 |
| members' terms of office | I,2;I,6 | 1,4 |
| Speaker of | I,2;A24;A25,3–4 | 2,32–33 |
| special powers | | |
| impeachment | I,2 | 2 |
| Presidential elections | II,1;A12 | 9–10,24–25 |
| revenue bills | I,7 | 5 |
| states' representation in | I,2 | 1–2 |
| vacancies | I,2 | 2 |
| Immunities (see Privileges and immunities) | | |
| Impeachment | | |
| officials subject to | II,4 | 12 |
| penalties | I,3 | 3 |
| power of, lodged in House | I,2 | 2 |
| reasons | II,4 | 12 |
| trials, Senate | I,3 | 3 |




Meeting of the Legislature, which shall then fill such Vacancies.]*

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.

The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

**Section. 4.** The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.

The Congress shall assemble at least once in every Year, and such Meeting shall be [on the first

*Changed by the Seventeenth Amendment.



NOTES

COMMENTS

Voting registration has taken a decidedly federal look. Voter registration forms state flatly that you are not entitled to vote if you are not a U.S. citizen. I have a Calif. form that suggests that the applicant for registration is a United States of America citizen, whatever that might be.

I register to vote by deleting all references to U.S. citizenship and stating the only citizenship I claim by birth in Arizona. I have lived in California for more than 60 years but I'm still a citizen of Arizona.

## DATES TO REMEMBER

**May 25, 1787:** The Constitutional Convention opens with a quorum of seven states in Philadelphia to discuss revising the Articles of Confederation. Eventually all states but Rhode Island are represented.

**Sept. 17, 1787:** All 12 state delegations approve the Constitution, 39 delegates sign it of the 42 present, and the Convention formally adjourns.

**June 21, 1788:** The Constitution becomes effective for the ratifying states when New Hampshire is the ninth state to ratify it.

**March 4, 1789:** The first Congress under the Constitution convenes in New York City.

**April 30, 1789:** George Washington is inaugurated as the first President of the United States.

**June 8, 1789:** James Madison introduces proposed Bill of Rights in the House of Representatives.

**Sept. 24, 1789:** Congress establishes a Supreme Court, 13 district courts, three ad hoc circuit courts, and the position of Attorney General.

**Sept. 25, 1789:** Congress approves 12 amendments and sends them to the states for ratification.

**Feb. 2, 1790:** Supreme Court convenes for the first time after an unsuccessful attempt February 1.

**Dec. 15, 1791:** Virginia ratifies the Bill of Rights, and 10 of the 12 proposed amendments become part of the U.S. Constitution.

December 7, 1787: Delaware becomes the first state to ratify Constitution.
December 12, 1787: Pennsylvania becomes the second state to ratify Constitution.
December 18, 1787: New Jersey becomes the third state to ratify Constitution.
January 2, 1788: Georgia becomes the fourth state to ratify Constitution.
January 9, 1788: Connecticut becomes the fifth state to ratify Constitution.
February 6, 1788: Massachusetts becomes the sixth state to ratify Constitution.
April 28, 1788: Maryland becomes the seventh state to ratify Constitution.
May 23, 1788: South Carolina becomes the eighth state to ratify Constitution.
June 21, 1788: New Hampshire becomes the ninth state to ratify Constitution.
June 25, 1788: Virginia becomes the tenth state to ratify Constitution.
July 26, 1788 New York becomes the eleventh state to ratify Constitution. (Continued on page 41)
November 21, 1789: North Carolina becomes the twelfth state to ratify the Constitution.
May 29, 1790: Rhode Island becomes the thirteenth state to ratify the Constitution.



any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

**Section. 7.** All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills.

Every Bill which shall have passed the House of Representatives and the Senate, shall, before it becomes a Law, be presented to the President of the United States; If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to



NOTES

and fit Instrument for introducing the same absolute Rule into these Colonies:

FOR taking away our Charters, abolishing our most valuable Laws, and altering fundamentally the Forms of our Governments:

FOR suspending our own Legislatures, and declaring themselves invested with Power to legislate for us in all Cases whatsoever.

HE has abdicated Government here, by declaring us out of his Protection and waging War against us.

HE has plundered our Seas, ravaged our Coasts, burnt our Towns, and destroyed the Lives of our People.

HE is, at this Time, transporting large Armies of foreign Mercenaries to compleat the Works of Death, Desolation, and Tyranny, already begun with circumstances of Cruelty and Perfidy, scarcely paralleled in the most barbarous Ages, and totally unworthy the Head of a civilized Nation.

HE has constrained our fellow Citizens taken Captive on the high Seas to bear Arms against their Country, to become the Executioners of their Friends and Brethren, or to fall themselves by their Hands.

HE has excited domestic Insurrections amongst us, and has endeavoured to bring on the Inhabitants of our Frontiers, the merciless Indian Savages, whose known Rule of Warfare, is an undistinguished Destruction, of all Ages, Sexes and Conditions.

IN every stage of these Oppressions we have Petitioned for Redress in the most humble Terms: Our repeated Petitions have been answered only by repeated Injury. A Prince, whose Character is thus marked by every act which may define a Tyrant, is unfit to be the Ruler of a free People.

NOR have we been wanting in Attentions to our British Brethren. We have warned them from Time to Time of Attempts by their Legislature to



COMMENTS

How many of the abuses recounted in the Declaration of Independence can you find in the federal government today?

To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

To provide and maintain a Navy;

To make Rules for the Government and Regulation of the land and naval Forces;

To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards and other needful Buildings;—And

To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

**Section. 9.** The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.



COMMENTS

The power: "To constitute Tribunals inferior to the supreme Court," will certainly create a court substantially inferior to the Article III inferior courts, which are to be specifically ordained and established.

The power to: "exercise exclusive Legislation" over federal territory was the basis for the creation of a national government consisting of federal judges "governing" federal territory in the continental United States.

absolute Despotism, it is their Right, it is their Duty, to throw off such Government, and to provide new Guards for their future Security. Such has been the patient Sufferance of these Colonies; and such is now the Necessity which constrains them to alter their former Systems of Government. The History of the present King of Great-Britain is a History of repeated Injuries and Usurpations, all having in direct Object the Establishment of an absolute Tyranny over these States. To prove this, let Facts be submitted to a candid World.

HE has refused his Assent to Laws, the most wholesome and necessary for the public Good.

HE has forbidden his Governors to pass Laws of immediate and pressing Importance, unless suspended in their Operation till his Assent should be obtained; and when so suspended, he has utterly neglected to attend to them.

HE has refused to pass other Laws for the Accommodation of large Districts of People, unless those People would relinquish the Right of Representation in the Legislature, a Right inestimable to them, and formidable to Tyrants only.

HE has called together Legislative Bodies at Places unusual, uncomfortable, and distant from the Depository of their public Records, for the sole Purpose of fatiguing them into Compliance with his Measures.

HE has dissolved Representative Houses repeatedly, for opposing with manly Firmness his Invasions on the Rights of the People.

HE has refused for a long Time, after such Dissolutions, to cause others to be elected; whereby the Legislative Powers, incapable of Annihilation, have returned to the People at large for their exercise; the State remaining in the mean time exposed to all the Dangers of Invasion from without, and Convulsions within.

HE has endeavoured to prevent the Population of these States; for that Purpose obstructing



COMMENTS

How many of the abuses recounted in the Declaration of Independence can you find in the federal government today?

on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

## Article. II.

**Section. 1.** The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

[The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President,



COMMENTS

The power: "To constitute Tribunals inferior to the supreme Court," will certainly create a court substantially inferior to the Article III inferior courts, which are to be ordained and established.

The power to: "exercise exclusive Legislation" over federal territory was the basis for the creation of a national government consisting of federal judges "governing" federal territory in the continental United States.

## Amendment XXVI*

**Section 1.** The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied or abridged by the United States or by any State on account of age.

**Section 2.** The Congress shall have power to enforce this article by appropriate legislation.

## Amendment XXVII**

No law, varying the compensation for the services of the Senators and Representatives, shall take effect, until an election of Representatives shall have intervened.

*The Twenty-Sixth Amendment was ratified July 1, 1971.

**Congress submitted the text of the Twenty-Seventh Amendment to the States as part of the proposed Bill of Rights on September 25, 1789. The Amendment was not ratified together with the first ten Amendments, which became effective on December 15, 1791. The Twenty-Seventh Amendment was ratified on May 7, 1992, by the vote of Michigan.



NOTES

of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.]*

The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be increased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:—"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

**Section. 2.** The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offenses against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not

*Changed by the Twenty-Fifth Amendment.



COMMENTS

No provision was made in the Articles of Confederation for a chief executive and in the Constitution no provision is made for a popular election of what amounts to an executive for a confederacy of independent states. The Framers were well aware that the citizens of the states that constituted the confederacy could not also be citizens of that organization of states. After the Civil War, Congress created a government for the District of Columbia and the federal government begins nation building.

States, but they shall be considered, for the purposes of the election of President and Vice President, to be electors appointed by a State; and they shall meet in the District and perform such duties as provided by the twelfth article of amendment.

**Section 2.** The Congress shall have power to enforce this article by appropriate legislation.

## Amendment XXIV.*

**Section 1.** The right of citizens of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay any poll tax or other tax.

**Section 2.** The Congress shall have power to enforce this article by appropriate legislation.

## Amendment XXV.**

**Section 1.** In case of the removal of the President from office or of his death or resignation, the Vice President shall become President.

**Section 2.** Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both Houses of Congress.

**Section 3.** Whenever the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his writ-

*The Twenty-Fourth Amendment was ratified January 23, 1964.

**The Twenty-Fifth Amendment was ratified February 10, 1967.



COMMENTS

The 24th Amendment says, essentially, that paying taxes is not a duty of citizenship, since not paying does not deny the right to vote. This is consistent with the Declaration of Independence, which states that it is the Right of the people to alter or abolish government.

The 1894 federal income tax law was held to be unconstitutional because it imposed a duty on persons to make returns and pay income taxes. Those taxes should have been imposed on the states by apportionment. The 16th Amendment does not confer on Congress power to impose duties on persons in the states.

**Section. 2.** The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;—to all Cases affecting Ambassadors, other public Ministers and Consuls;—to all Cases of admiralty and maritime Jurisdiction;—to Controversies to which the United States shall be a Party;—to Controversies between two or more States;—[between a State and Citizens of another State;—]* between Citizens of different States,—between Citizens of the same State claiming Lands under Grants of different States, [and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.]*

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment; shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

**Section. 3.** Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

*Changed by the Eleventh Amendment.



Judicial power extends to cases and controversies, but not to administrative disputes involving government law. In administrative cases there is no problem finding the law—administrative law is the only law. The federal legislative and executive branches are balanced, as Chief Justice Burger noted, by the boundaries set up by the law. The Supreme Court determines what the law is for those branches, but at the level of the people of the states there are only two branches. Freedom suffers when two branches connive to obtain the trust and consent of the governed and cut off access to justice courts.

At the time the first states were ratifying the Constitution, there were few if any administrative courts in the several states. After all, those were the courts, where according to the Declaration of Independence, "Judges dependent on his Will alone" held court.

son shall act accordingly until a President or Vice President shall have qualified.

**Section 4.** The Congress may by law provide for the case of the death of any of the persons from whom the House of Representatives may choose a President whenever the right of choice shall have devolved upon them, and for the case of the death of any of the persons from whom the Senate may choose a Vice President whenever the right of choice shall have devolved upon them.

**Section 5.** Sections 1 and 2 shall take effect on the 15th day of October following the ratification of this article.

**Section 6.** This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission.

## Amendment XXI.*

**Section 1.** The eighteenth article of amendment to the Constitution of the United States is hereby repealed.

**Section 2.** The transportation or importation into any State, Territory, or possession of the United States for delivery or use therein of intoxicating liquors, in violation of the laws thereof, is hereby prohibited.

**Section 3.** This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by conventions in the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

*The Twenty-First Amendment was ratified December 5, 1933.



NOTES

Claims of the United States, or of any particular State.

**Section. 4.** The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened) against domestic Violence.

## Article. V.

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of it's equal Suffrage in the Senate.

## Article. VI.

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made,



An amendment to the Constitution defining marriage as only between a man and woman is bound to fail because it will not expand government. In 1909, Taft asked Congress to propose an amendment to permit an income tax on the national government. That amendment was successful because it enabled the federal government to expand to its present state. Gay people are asking to be willing participants in the system income taxation created. Popular opposition to increased inclusion in another type of taxation marks the beginning of the end of tax expansion. Government has reached a limit to its growth and will now begin to contract. Gay couples are already "married" when their relationship is examined using common law principles. Gay civil marriages would expand government and payment of licenses increase revenues, but the public views civil licenses as sanctions rather than as mere revenue raising devices.

of the most numerous branch of the State legislatures.

When vacancies happen in the representation of any State in the Senate, the executive authority of such State shall issue writs of election to fill such vacancies: *Provided*, That the legislature of any State may empower the executive thereof to make temporary appointments until the people fill the vacancies by election as the legislature may direct.

This amendment shall not be so construed as to affect the election or term of any Senator chosen before it becomes valid as part of the Constitution.

## Amendment XVIII.*

[**Section 1.** After one year from the ratification of this article the manufacture, sale, or transportation of intoxicating liquors within, the importation thereof into, or the exportation thereof from the United States and all territory subject to the jurisdiction thereof for beverage purposes is hereby prohibited.

**Section 2.** The Congress and the several States shall have concurrent power to enforce this article by appropriate legislation.

**Section 3.** This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.]

*The Eighteenth Amendment was ratified January 16, 1919. It was repealed by the Twenty-First Amendment, December 5, 1933.



NOTES

**New York** Alexander Hamilton

**New Jersey** Wil: Livingston
David Brearley
Wm. Paterson
Jona: Dayton

**Pennsylvania** B Franklin
Thomas Mifflin
Robt Morris
Geo. Clymer
Thos. FitzSimons
Jared Ingersoll
James Wilson
Gouv Morris

**Delaware** Geo: Read
Gunning Bedford jun
John Dickinson
Richard Bassett
Jaco: Broom

**Maryland** James McHenry
Dan of St Thos. Jenifer
Danl Carroll

**Virginia** John Blair—
James Madison Jr.

**North Carolina** Wm. Blount
Richd. Dobbs Spaight
Hu Williamson

**South Carolina** J. Rutledge
Charles Cotesworth Pinckney
Charles Pinckney
Pierce Butler

**Georgia** William Few
Abr Baldwin

Attest William Jackson Secretary

These are the thirteen original states:

New Hampshire
Massachusetts
Rhode Island
Connecticut
New York
New Jersey
Pennsylvania
Delaware
Maryland
Virginia
North Carolina
South Carolina
Georgia

the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

## Amendment XII.*

The Electors shall meet in their respective states, and vote by ballot for President and Vice President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate;—The President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted;—The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. [And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth

*The Twelfth Amendment was ratified June 15, 1804.



# AMENDMENTS TO THE CONSTITUTION OF THE UNITED STATES OF AMERICA

## Amendment I.*

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press, or the right of the people peaceably to assemble, and to petitión the Government for a redress of grievances.

## Amendment II.

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

## Amendment III.

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

*The first ten Amendments (Bill of Rights) were ratified effective December 15, 1791.



NOTES

COMMENTS

Constitutional rights are insignificant and fleeting when compared to God given rights enjoyed by all persons not constrained by abusive government.

Rights result from the acceptance of duties and only a Creator knows the limits of his creation, so only a Creator can test the limits of mankind. For example, the right to own weapons arises from the duty God imposes on men to live free. Government is correctly defined in the Declaration of Independence and the right of the people with respect to government is also correctly stated.

## *Congress OF THE United States

begun and held at the City of New-York,
on Wednesday the fourth of March,
one thousand seven hundred and eighty nine

THE Conventions of a number of the States, having at the time of their adopting the Constitution, expressed a desire, in order to prevent misconstruction or abuse of its powers, that further declaratory and restrictive clauses should be added: And as extending the ground of public confidence in the Government, will best ensure the beneficent ends of its institution:

RESOLVED by the Senate and House of Representatives of the United States of America, in Congress assembled, two thirds of both Houses concurring, that the following Articles be proposed to the Legislatures of the several States, as Amendments to the Constitution of the United States, all or any of which Articles, when ratified by three fourths of the said Legislatures, to be valid to all intents and purposes, as part of the said Constitution; viz.:

ARTICLES in addition to, and Amendment of the Constitution of the United States of America, proposed by Congress, and ratified by the Legislatures of the several States, pursuant to the fifth Article of the original Constitution. . . .

FREDERICK AUGUSTUS MUHLENBERG
Speaker of the House of Representatives.
JOHN ADAMS, Vice-President of the United States,
and President of the Senate.

ATTEST,
JOHN BECKLEY, Clerk of the House of Representatives.
SAM. A. OTIS Secretary of the Senate.

* On September 25, 1789, Congress transmitted to the state legislatures twelve proposed amendments, two of which, having to do with Congressional representation and Congressional pay, were not adopted. The remaining ten amendments became the Bill of Rights.



day of March next following, then the Vice-President shall act as President, as in the case of the death or other constitutional disability of the President—]* The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.

## Amendment XIII.**

**Section 1.** Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

**Section 2.** Congress shall have power to enforce this article by appropriate legislation.

## Amendment XIV.***

**Section 1.** All persons born or naturalized in the United States and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges

*Superseded by section 3 of the Twentieth Amendment.

**The Thirteenth Amendment was ratified December 6, 1865.

***The Fourteenth Amendment was ratified July 9, 1868.



NOTES

COMMENT

Fourteenth Amendment citizens are a group of special people who were born slaves in states that permitted slavery. They had to be made subject to the jurisdiction of the United States government in order to be freed from slavery.