United States District Court
Southern District of Texas
FILED

MAY 20 2005

Michael N. Milby
Clerk of Court

**NAME AND ADDRESS OF STATE COURT**

| | | |
|---|---|---|
| UNITED STATES | § | |
| OF AMERICA | § | CASE NO.: B-04-107 |
| | § | |
| | § | PETITION TO DISMISS |
| v. | § | IN THE NATURE OF |
| | § | A DEMURRER |
| CARLOS JORGE HINOJOSA | § | |
| | § | |

## PETITION TO DISMISS IN THE NATURE OF A DEMURRER

COMES NOW Carlos Jorge: Hinojosa expressly without waiver of Law or legal Rights, under restricted/special appearance, and files this Petition to Dismiss in the Nature of a Demurrer.

Defendant grants limited jurisdiction to the above named court for this Petition only and for no other hearing or rulings.

Defendant CARLOS JORGE HINOJOSA demurs to the complaint filed by plaintiff UNITED STATES OF AMERICA on the following grounds:

1.  Defendant expressly reserves the substantive Law and his de jure constitutionally protected Rights.

2.  Defendant expressly does not waive the de jure substantive Law or his legal Rights.

3.  Defendant does not consent to contract and will not contract with the above named court that is proceeding in the de facto UNITED STATES OF AMERICA

4.  Under substantive Law of the de jure United States of America, a cause of action can only be brought for breach of contract or tort injury.

5. There is no evidence of a contract between Plaintiff and Defendant.

6. There is no real party of interest to allege a tort injury under the substantive Law in the above captioned matter.

7. There are **no facts** to support the allegations in Plaintiff's unverified complaint.

8. Defendant objects to the 14th amendment to the constitution for the United States of America.

9. Defendant does not voluntarily accept benefits from the United States.

10. The above named court lacks jurisdiction over defendant in the de jure United States of America.

11. The complaint does not state facts sufficient to constitute a cause of action against defendant in the de jure United States of America.

### 28 USC § 1746 (1) Verification

I, Carlos Jorge: Hinojosa, declare under 28 USC § 1746 (1) that the above claims are true, correct and not misleading pursuant to my personal knowledge and belief.

*[signature]*
Carlos Jorge: Hinojosa, Declarant

WHEREFORE, defendant requests that:

1. Defendant's demurrer be sustained without leave to amend.

2. The court enter an order dismissing the action against defendant.

3. Defendant be awarded the costs of this action; and

4. The court grant such other and further relief that the

court considers proper.

Dated 5-20-05

Presented without waiver of substantive Law or legal Rights and with reservation of Right under the Uniform Commercial Code at Article I, § 207.

By: *[signature]*
Carlos Jorge: Hinojosa
c/o: Address
Ph. ___ ___ ___

Using a notary on this document does not constitute any adhesion nor does it alter our Neutral standing *in itinere* in original Common Law Jurisdiction. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

## JURAT

**STATE OF TEXAS**

**COUNTY OF HIDALGO**                                                             [seal]

**SUBSCRIBED AND SWORN TO        (or Affirmed)**

**BEFORE ME ON THIS** __20__ **DAY OF** __may__ 2005

By: Carlos Jorge: Hinojosa

A sovereign man personally known to me or proved to me on the basis

of satisfactory evidence to be the person(s) who appeared before me.

*[signature]*
NOTARY PUBLIC IN AND FOR STATE OF TEXAS

My Commission Expires on: __9-03-05__.        Seal:



ARMANDO R. SALDANA
Notary Public, State of Texas
My Commission Expires 09-03-05

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that on this, the 20TH day of MAY 2005, I mailed a copy of the attached:

**PETITION TO DISMISS IN THE NATURE OF A DEMURRER**

to HILDA TAGLE, attorney for Plaintiff and prosecutor, whose address is: UNITED STATE DIST COURT 600 E HARRISON ST BROWNSVILLE, TEXAS 78520

By: _[signature]_
Signature