United States District Court
Southern District of Texas
FILED

JUN 0 1 2005

Michael N. Milby
Clerk of Court

Carlos Jorge Hinojosa

United States District Court

For the Southern District of Texas

| | |
|---|---|
| United States of America <br><br> Plaintiff, <br><br> vs. <br><br> Carlos Jorge Hinojosa <br><br> Defendant | Case No.: i B-04-107 <br><br> MOTION TO PROVIDE FOR INSPECTION OF JURY LIST IN SUPPORT OF MOTION TO DISMISS GRAND JURY INDICTMENT PURSUANT TO TITLE 28 U.S.C. § 1867 (a) AND (f) |

I

Defendant, moving party moves this court to provide the necessary orders to permit his through inspection of the grand and petit juror lists for the judicial district, so that he can properly document a motion to dismiss the indictment against him on the ground of substantial failure to comply with the provisions of Title 28 U.S.C. § 1861. He charges that no grand jury is qualified to bring any indictment against him and no lawful petit jury can be formed from the jury lists he will inspect.

II

Every federal litigant has, pursuant to the Jury Selection and Service Act of 1968, Title 28 U.S.C. § 1867 (f), an unqualified right to inspect jury lists. Defendant must be allowed to inspect the jury lists at all reasonable times during preparation of a motion challenging compliance with jury selection procedures. *Test v. United States*, 420 U.S. 28 (1975).

III

that the Judiciary and Judicial Procedure Code would conform with existing statute law. The geographical place names that are found in Sections 81-131, therefore, provide examples of the territorial composition of the districts and divisions on a date certain, in compliance with the Sixth Amendment. The federal court districts and divisions are comprised of the federal territory, Seat of Government or federal possessions found in the counties that comprise the districts and divisions on January 1, 1945.

IV

The moving party has determined by exercising due diligence that the charging United States grand jurors must reside within the judicial district of the United States district court for Texas, Southern District, McAllen Division and that Division is only comprised of the federal territory in Hidalgo and Starr Counties on January 1, 1945.

V

Defendant's inspection of grand and petit jury lists of the district and divisions will prove that the grand jurors that brought any indictment against him were not qualified on the date of the indictment for their failure to reside within the district and any petit jurors drawn from areas not within the judicial district or division would, similarly, be unqualified.

VI

The moving party cannot by the exercise of due diligence ascertain the identities and residences of the persons that make up the jury list in order to place them within or without the district or division on the date each of them completed the jury questionnaire.

VII

Once the individual residences of the charging grand jurors is known to the moving party, he can establish which of the individual members of the charging grand jury willfully misrepresented a material fact by claiming to reside within this court's judicial district in violation of Title 28 U.S.C. §1864(b).

VIII

The Sixth amendment requires that:

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the Assistance of Counsel for his defense.

IX

The moving party is being denied all his Sixth Amendment rights and, thereupon, moves this court to make the necessary orders implementing defendant's unqualified right to inspect the jury lists, so that he can support his jury challenge and the charge that a substantial failure to comply with the provisions of Title 28 U.S.C. § 1861 has occurred. In the alternative, moving party demands that the indictment be dismissed and that he be immediately released from federal custody.

Submitted by the moving party, on this date:

5-31-05

*/s/ Carlos J. Hinojosa*
Carlos Jorge Hinojosa