United States District Court
Southern District of Texas
FILED

JUN 0 2 2005

Michael N. Milby
Clerk of Court

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

7003 1010 0003 4967 3471

Mr. Carlos Jorge Hinojosa
309 East Libery Drive
Mercedes, TX 78570

CA B04-107 (6/02/05 R&R)