United States District Court
Southern District of Texas
FILED

JUN 0 8 2005

Michael N. Milby
Clerk of Court

| SENDER: | |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Emma Hinojosa_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>                                 6/6/05 |
| 1. Article Addressed to:<br><br>Mr. Carlos Jorge Hinojosa<br>309 East Liberty Drive<br>Mercedes, TX  78570<br><br>CA B04-107 (6/2/05 R&R) | D. Is delivery address different from item 1?  ☐ Yes<br>   If YES, enter delivery address below:     ☐ No<br><br>3. Service Type<br>   ☐ Certified Mail    ☐ Express Mail<br>   ☐ Registered       ☐ Return Receipt for Merchandise<br>   ☐ Insured Mail     ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)         ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7003 1010 0003 6967 3471 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540