United States District Court
Southern District of Texas
FILED

JUN 1 6 2005

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE, DIVISION

CARLOS JORGE HINOJOSA

Vs.

ALBERT BRAVO

CIV. ACTION NO. B-04-107
CRIM. NO. M-03-1010-1

## IN RESPONSE TO MAGISTRATE OPINION

COMES NOW CARLOS JORGE HINOJOSA, Defendant in Criminal Case No. M-03-1010-1 in Responds To MAGISTRATE OPINION.

### I

Objection, Defendant objects to Magistrate opinion on Docket Nos. 24, 25 and 26. These Docket Nos. 24, 25, and 26 have nothing to do with the Writ of Habeas Corpus and I object to Magistrates' opinion that U.S. Supreme Court cases are Frivolous and moot.

### II

I, the Defendant object to Magistrate even doing an opinion.

(Pg 1 of 4)

A) Webster's Dictionary defines Magistrate as:

(Magistrate) n. ((<L magister, Master))

1) A civil officer empowered to administer the law (Civil Law)

2) A minor official, as a Justice of the peace.

I the defendant am accused of a criminal offense, why is a civil officer making opinions in my case. Even though a Judge may assign certain work to a magistrate, Magistrate's have no authority over a criminal case as Magistrate has no criminal Judicial Powers. (Not an Article III Court or Judge). since the accused defendant has never given any authority over himself, nor has he voluntarily agreed, accepted, or contracted for any benefits from the United States government, district court, Judge(s) or it's instrumentalities; And I do not waive law or any of my legal Constitutional rights or God given rights. Any authority given to Magistrate by court or Judge would not be valid, unless defendant accepts and defendant does not accept Magistrates opinion. Defendant has the right to an Article III Court and Judge to Rule on his accused case.

(Pg 2 of 4)

### III

Defendent in criminal case No. M-03-1010-1 may have filed or submitted legal documintation 25, 26 and 27 and other legal documination(s) incorrectly using the wrong case No. B-04-107, instead of M-03-1010-1. This was not done intentionally, as Defendent thought the criminal case No. was B-04-107 for his accused case (criminal case).

### IV

The Defendent will comply and not file any new legal documents using case No. B-04-107.

### V   Summary

Defendent objects to magistrate doing the opinion(s) as he is a civil officer and not a criminal judge with any judicial powers (not an artical III court or judge).

Defendent agrees not to file any new legal documents using case No. B-04-107.

Defendent request that all legal documents filed under B-04-107 (docket # 17, 24, 25 and 26 and any other legal document not related to B-04-107 be excepted

As Documents for Case No. M-03-1010-1.

## VI

Carlos Jorge Hinojosa, the Defendant in Case No. M-03-1010-1 Request consideration of this Court as to proceeding within his own Poper Person without aid of Consel pursuant to the Rule of Law established in Hughes vs. Rowe, 449, U.S. 5, 9; 101 S.Ct. 173, 176.

## VII

I, Carlos Jorge Hinojosa, verify under my unlimited commercial liability that the above declaration is true, correct and not misleading.

Presented this ___ day of June, 2005, with no waiver of Law or legal rights.

by: /s/ Carlos Jorge Hinojosa
    Carlos Jorge Hinojosa
    A Free and Sovereign Man

(Pg 4 of 4)