IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CARLOS JORGE HINOJOSA, § § Plaintiff, § § v. § § ALBERT BRAVO, In charge of the East § Hidalgo Federal Detention Center, § § Defendant. § | CIVIL ACTION NO. B-04-107 |

### ORDER

BE IT REMEMBERED that on June 20, 2005, the Court, with one exception, **ADOPTED** Magistrate Judge Felix Recio's Report and Recommendation dated June 2, 2005. Dkt. No. 28. In particular, the Court declines to adopt the finding that the imposition of monetary sanctions is inappropriate because the plaintiff "is currently incarcerated and has no means of income." Although the plaintiff submitted a CJA 23 financial affidavit in his pending criminal case (Dkt. No. 56, in 7:03cr1010), the Court declines to find, without more, that the plaintiff has no income, property, or other assets, that could be used to satisfy any future monetary sanctions.

DONE at Brownsville, Texas, this 20th day of June, 2005.

_____
Hilda G. Tagle
United States District Judge