ORDER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

JUN 2 3 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| CARLOS JORGE HINOJOSA, | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIV. ACTION NO. B-04-107 · |
| | § | (CRIM. NO. M-03-1010-1) |
| ALBERT BRAVO, In charge of East Hidalgo | § | |
| Federal Detention Center, | § | |
| Respondent. | § | |

## ORDER AND IMPOSITION OF SANCTIONS

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is hereby ADOPTED. It is, therefore, ORDERED, ADJUDGED, and DECREED that Carlos Jorge Hinojosa's filings (Docket Nos. 24, 25, and 26) are SUMMARILY DISMISSED as MOOT.

Furthermore, pursuant to FED. R. CIV. P. 11 Carlos Jorge Hinojosa is hereby ENJOINED from submitting any additional filings under civil action number B-04-107, aside from an appropriate appeal of a district court order, without the written permission of the Chief Judge of the district.

The clerk of the court is ORDERED to maintain a copy of the Court's order in this case at each of its division offices so that any future frivolous filings by Hinojosa can be identified, and the Court notified. Should he attempt to file additional inappropriate pleadings under case number B-04-107 the clerk is ORDERED to inform the court and return the submission, unfiled, to Hinojosa.

1

Additionally, Hinojosa is hereby WARNED that future frivolous filings of any kind will result in further sanctions and may eventually lead to contempt charges, for which additional prison time may be assessed.

IT IS SO ORDERED.

DONE at Brownsville, Texas this 22 day of June, 2005.

_____
Hilda Tagle
United States District Judge